ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN NAKASH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. C-08-4312 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR INTRADISTRICT RE-ASSIGNMENT TO THE SAN JOSE DIVISION**<br><br>**[CIV. L.R. 3-2]** |

WHEREAS, Plaintiff Steven Nakash, individually and on behalf of an alleged class, filed this action against nVidia Corporation ("NVIDIA") on September 12, 2008 in the United States District Court, Northern District of California, San Francisco Division, alleging claims related to certain computer chips sold by NVIDIA;

WHEREAS, NVIDIA maintains its corporate headquarters and principal place of business at 2701 San Tomas Expressway, Santa Clara, California, 95050;

WHEREAS, Civ. L.R. 3-2(e) provides that "all civil actions which arise in the counties of Santa Clara … shall be assigned to the San Jose Division";

WHEREAS, the parties agree that this matter should be assigned to the San Jose Division pursuant to L.R. 3-2(e);

WHEREAS, there are currently other actions pending in the San Jose Division that involve some or all of the same parties, and appear to arise out of the same essential facts and circumstances, and transfer of this action to the San Jose Division would facilitate coordination and/or consolidation of this action with such other actions; and

WHEREAS, the Court may transfer this action to the San Jose Division pursuant to Civ. L.R. 3-2(f).

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel, that this action be transferred forthwith to the San Jose Division.

Dated: October 21, 2008     ROBERT P. VARIAN
                            JAMES N. KRAMER
                            JUSTIN M. LICHTERMAN
                            JOSHUA D. WATTS
                            Orrick, Herrington & Sutcliffe LLP


                            _____*/s/ Robert P. Varian*_____
                            ROBERT P. VARIAN
                            Attorneys for Defendant
                            NVIDIA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: October 21, 2008 | PAUL R. KIESEL (STATE BAR NO. 119854)<br>Kiesel Boucher Larson LLP |

*/s/ Paul R. Kiesel*
PAUL R. KIESEL
Attorneys for Plaintiffs

The filer shall attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __27__, 2008

_____
Honorable Maria-Elena James
United States Magistrate Judge