1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                   SAN JOSE DIVISION

9  Steven Nakash, et al.,                 NO. C 08-04312 JW

      ————————————————————/   NO. C 08-04332 JF

10                                NO. C 08-04596 RS

  Inicom Networks, Inc.,               NO. C 08-05082 HRL

11  ————————————————————/   NO. C 08-05179 HRL

                                NO. C 08-05217 PVT

12  Todd Feinstein,                   NO. C 08-05520 JF

  ————————————————————/   NO. C 08-05081 RMW

13                                NO. C 09-00260 JW

  Jordan Cormier,                  NO. C 09-00295 PVT

14  ————————————————————/   NO. C 09-00328 RMW

15  National Business Officers Association, Inc.,  **ORDER FOLLOWING CASE**

  ————————————————————/   **MANAGEMENT CONFERENCE; ORDER**

16                             **RELATING CASE**

  Brent West,

17  ————————————————————/

18  Louis Olivos,

  ————————————————————/

19

  Milosz Sielicki,

20  ————————————————————/

21  Katherine Decker,

  ————————————————————/

22

  Tracy LeBlanc,

23  ————————————————————/

24          Plaintiffs,

    v.

25

  NVIDIA Corp., Hewlett Packard,

26

27         Defendants.

  ————————————————————/

28

**United States District Court**
For the Northern District of California

On February 23, 2009, the Court conducted a Case Management Conference concerning the above entitled related cases except for <u>Leblanc v. Hewlett Packard, Co.</u>, C 09-0328 JW, which was related on February 20, 2009, and <u>Decker v. Hewlett Packard Co.</u>, C 09-0295 PVT, which has not yet been related to these actions.  Counsel for the respective parties were present.  In light of the discussion at the conference, the Court orders as follows:

(1)   Based on the parties' representations and the Court's evaluation of the Complaint filed in <u>Decker v. Hewlett Packard</u>, the Court finds that <u>Decker</u> is related to all of the above entitled cases within the meaning of Civ. L.R. 3-12.  Accordingly, the Court, *sua sponte*, orders <u>Decker</u> related to these actions.

(2)   While the Court favors consolidation of these cases, various Plaintiffs expressed a desire to brief the Court on whether consolidation should be for all purposes or only for pretrial coordination.  The Court will give all parties an opportunity to brief this issue.  However, to ease potential multiple filings in various dockets, the Court ORDERS these cases consolidated into one action and reserves a determination on the scope of consolidation until the completion of the briefings.  The Clerk of Court shall consolidate these actions such that the earlier filed action, C 08-04312 JW, is the lead case.  All future filings, including the motions set forth below, shall be filed in C 08-04312 JW and bear the caption: "<u>The NVIDIA GPU Litigation</u>."  The Court will order the Clerk to administratively close all the other cases once it determines the scope of consolidation.

(3)   The Court sets the following schedule to advance this case:

| | |
|---|---|
| **Deadline to File Brief re: the Scope of Consolidation** | **March 2, 2009** |
| **Deadline to File a Motion for Appointment of Interim Lead Counsel** | **March 2, 2009** |
| **Deadline to File Oppositions to Motions for Appointment of Interim Lead Counsel** | **March 6, 2009** |
| **Deadline to File Replies for Motions for Appointment of Interim Lead Counsel** | **March 11, 2009** |

United States District Court

For the Northern District of California

2

| Hearing on Motions for Appointment of Interim Lead Counsel | March 16, 2009 at 9 a.m. |
| --- | --- |
| Deadline to File Amended Consolidated Complaint | May 6, 2009 |
| Interim Case Management Conference | May 18, 2009 at 10 a.m. |
| Interim Case Management Conference Statement<br>*The Statement shall include, among other things, the parties' good faith discovery plan with a proposed date the close of all discovery.* | May 8, 2009 |

Dated:  February 25, 2009

_____
JAMES WARE
United States District Judge

United States District Court
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Alan McQuarrie Mansfield alan@rosnerandmansfield.com
     Alreen Haegquist alreenh@zhlaw.com
3    Christopher C. Loeber cloeber@morganlewis.com
     Christopher Clinton Costello cccostello@winston.com
4    Elizabeth Rosenberg erosenberg@wdklaw.com
     Gina M. Tufaro gtufaro@hhplawny.com
5    Helen I. Zeldes helenz@zhlaw.com
     Howard Holderness hholderness@morganlewis.com
6    Ira P. Rothken ndca@techfirm.com
     James Neil Kramer jkramer@orrick.com
7    James E. Cecchi jcecchi@carellabyrne.com
     James C. Sturdevant jsturdevant@sturdevantlaw.com
8    James Neil Kramer jkramer@orrick.com
     James D. Baskin jbaskin@baskin.com
9    Jeff S. Westerman jwesterman@milberg.com
     Jeffrey Jay Lederman jlederman@winston.com
10   Joe R. Whatley jwhatley@wdklaw.com
     John Allen Lowther john@doylelowther.com
11   Jonathan Shub jshub@seegerweiss.com
     Joshua Daniel Watts jwatts@orrick.com
12   Justin Myer Lichterman jlichterman@orrick.com
     Kimball R. Anderson kanderson@winston.com
13   Krista M. Enns kenns@winston.com
     Meredith Ann Galto mgalto@morganlewis.com
14   Michael J. Boni mboni@bonizack.com
     Monique Olivier molivier@sturdevantlaw.com
15   Nicholas Koluncich nkoluncich@newmexicoclassactions.com
     Paul O. Paradis pparadis@hhplawny.com
16   Paul R. Kiesel Kiesel@kbla.com
     Peter G.A. Safirstein psafirstein@milberg.com
17   Robert P. Varian rvarian@orrick.com
     Robert A. Particelli rparticelli@morganlewis.com
18   Robert A. Particelli rparticelli@morganlewis.com
     Sabrina S. Kim skim@milberg.com
19   Seth Michael Cohen scohen@orrick.com
     Stephen A. Weiss sweiss@seegerweiss.com
20   Whitney Huston whuston@sturdevantlaw.com
     William James Doyle bill@doylelowther.com

21

22   **Dated:  February 25, 2009**                    **Richard W. Wieking, Clerk**

23

24                                                    By:____/s/ JW Chambers_____
                                                           **Elizabeth Garcia**
25                                                         **Courtroom Deputy**

26

27

28