HOWARD HOLDERNESS (SBN 169814)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com

ROBERT A. PARTICELLI (PAB 82651)
(*Pro Hac Vice*)
KRISTOFOR T. HENNING (PAB 85047)
(*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com
khenning@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| The NVIDIA GPU Litigation | Case No. 08-cv-04312-JW<br><br>**DEFENDANT HEWLETT-PACKARD COMPANY'S BRIEF REGARDING THE SCOPE OF CONSOLIDATION** |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

**HP'S BRIEF REGARDING SCOPE OF CONSOLIDATION  (08-CV-04312-JW)**

Pursuant to ¶ 3 of the Court's Order of February 25, 2009 (Docket Entry No. 63), Defendant Hewlett-Packard Company ("HP") respectfully submits this Brief Regarding the Scope of Consolidation. As HP indicated during the February 23, 2009 Case Management Conference before the Court, it joins in Defendant nVidia Corp.'s request to consolidate all of the related cases that are part of this consolidation action. In its February 25, 2009 Order, the Court indicated that it "favors consolidation of these cases," but reserved a decision regarding the scope of such consolidation pending briefing on certain Plaintiffs' request to limit consolidation to pre-trial purposes only. HP likewise seeks consolidation for all purposes, but recognizes (as the Court and parties discussed on February 23, 2009) that future events may lead to requests for separate trials. Therefore, HP respectfully requests that the Court consolidate the related cases in this matter for all purposes.

Dated: March 2, 2009                MORGAN, LEWIS & BOCKIUS LLP


/s/
ROBERT A. PARTICELLI, ESQUIRE
KRISTOFOR T. HENNING, ESQUIRE
Attorneys for Defendant
HEWLETT-PACKARD COMPANY