Ralph M. Stone (*pro hac vice* pending)
Thomas G. Ciarlone, Jr.
**SHALOV STONE BONNER & ROCCO LLP**
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel:   (212) 239-4340
Fax:   (212) 239-4310

Ira P. Rothken (SBN #160029)
**ROTHKEN LAW FIRM**
3 Hamilton Landing, Ste. 280
Novato, CA 94949
Tel:   (415) 924-4250
Fax:   (415) 924-2905

Attorneys for Plaintiff LANCE WAIDZUNAS, *et al.*,
individually and on behalf of all others similarly situated

U UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation | Case No. C 08-04312 JW<br><br>*WAIDZUNAS* **PLAINTIFFS' STATEMENT CONCERNING CONSOLIDATION**<br><br>Date: n/a<br>Time: n/a<br>Court: Courtroom 8, 4th Floor<br>Judge: The Honorable James Ware |

  Plaintiffs in the *Waidzunas* case ("Plaintiffs") respectfully submit this statement concerning the scope of consolidation of those cases involving defendant Hewlett-Packard Company ("HP"), further to the discussions with the Court during the Case Management Conference held on February 23, 2009.

  Plaintiffs hereby consent to consolidation of all of the above-captioned actions for all

---

purposes.  Consistent with the discussions with the Court during the Case Management Conference held on February 23, 2009, Plaintiffs reserve the right to later seek by motion a bifurcated trial for the subclass of purchasers of computers manufactured by HP.[1]

DATED:  March 2, 2009                    Respectfully submitted,

**ROTHKEN LAW FIRM**

By:   /s/ Ira P. Rothken
      Ira P. Rothken (SBN160029)

3 Hamilton Landing, Ste 280
Novato, CA 94949
Tel:     (415) 924-4250
Fax:     (415) 924-2905

**SHALOV STONE BONNER
  & ROCCO LLP**
Ralph M. Stone (*pro hac vice* pending)
rstone@lawssb.com
Thomas G. Ciarlone, Jr.
tciarlone@lawssb.com
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel:     (212) 239-4340
Fax:     (212) 239-4310

*Attorneys for Plaintiffs LANCE WAIDZUNAS, BRENT WEST, MICHAEL MANN, TYLER BURGERT, CHI LOK LEUNG, and BRIAN ROBINSON*

---

[1] Contrary to the suggestion of other counsel during the conference, plaintiffs' counsel in the *Waidzunas* case had never previously agreed to consolidation of the HP-oriented cases for all purposes.