ROBERT P. VARIAN (SBN 107459)
Email: rvarian@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
JUSTIN M. LICHTERMAN (SBN 225734)
Email: jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
Nvidia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| The NVIDIA GPU Litigation | Case No. 5:08-cv-04312-JW<br><br>**NVIDIA CORPORATION'S CONDITIONAL NON-OPPOSITION TO REQUEST TO FIND *DECKER* ACTION UNRELATED TO NVIDIA GPU LITIGATION** |
|---|---|

1   NVIDIA Corporation ("NVIDIA") submits this conditional statement of non-opposition to
2   the Request to Find *Decker* Action Unrelated to NVIDIA GPU Litigation ("the Request") filed by
3   plaintiff Katherine E. Decker (Docket No. 64).

4   Counsel for plaintiff in *Decker v. Hewlett-Packard Co.*, No, 09-cv-00295-PVT (N.D.
5   Cal.), has represented in filings before this Court and a subsequent discussion with counsel for
6   NVIDIA:  (1) that plaintiff is not asserting, and does not intend to assert, claims against NVIDIA;
7   (2) that the claims asserted in the *Decker* action do not implicate any NVIDIA product; and (3) that
8   plaintiff will not seek discovery from NVIDIA.

9   Based on those understandings and conditions, NVIDIA does not oppose the Request, and
10  agrees that the *Decker* action may be excluded from the consolidation of cases in *The NVIDIA*
11  *GPU Litigation*.  NVIDIA reserves its right to seek inclusion of the *Decker* action in this
12  consolidated proceeding in the event that the understandings set forth above prove incorrect or
13  circumstances change.

14  Respectfully submitted:

15  Date:  March 6, 2009                ROBERT P. VARIAN
16                                      JAMES N. KRAMER
                                        JUSTIN M. LICHTERMAN
17                                      Orrick, Herrington & Sutcliffe LLP

18                                              */s/Robert P. Varian*
                                        ROBERT P. VARIAN
19                                      Attorneys for Defendant
                                        NVIDIA Corporation
20