KIESEL BOUCHER LARSON LLP
PAUL R. KIESEL (SBN 119854)
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
kiesel@kbla.com

HORWITZ, HORWITZ
& PARADIS, Attorneys At Law
PAUL O. PARADIS
28 West 44th Street – 16th Flr.
New York, NY 10036
Telephone: (212) 404-2200
Facsimile: (212) 404-2226
pparadis@hhplawny.com

Attorneys for Plaintiff Steven Nakash
[Additional counsel appear on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| The NVIDIA GPU Litigation | Case No. 5:08-cv-04312-JW |
| | CLASS ACTION |
| | |
| | **NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FIND *DECKER* ACTION UNRELATED TO NVIDIA GPU LITIGATION** |
| | |
| | DATE:   March 16, 2009 |
| |  (Specially Set) |
| | TIME:   9:00 a.m. |
| | COURT:  8, 4th Floor |
| | JUDGE:  Hon. James Ware |

1

1  The signatories hereto submit the following statement of non-opposition to Plaintiff Decker's request to find *Decker v. Hewlett Packard Co.*, No. 09-cv-00295-PVT (N.D. Cal.) (the "*Decker Action*") unrelated to the above-captioned action against NVIDIA. Based upon Plaintiff Decker's March 2, 2009 submission to this Court, and Plaintiff Decker's representation that she will not seek discovery from NVIDIA in any capacity, the NVIDIA Plaintiffs Group believe that the Decker Action is unrelated to the above-captioned action and should not be consolidated therewith.

Dated: March 6, 2009

*/s/ Paul R. Kiesel*
Paul R. Kiesel
**KIESEL BOUCHER & LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
310-854-0812

*/s/ Paul O. Paradis*
Paul O. Paradis
**HORWITZ HORWITZ & PARADIS, ATTORNEYS AT LAW**
28 West 44th Street
16th Floor
New York , NY 10036
212-404-2200
212-404-2226

Brant C. Martin
**WICK PHILLIPS, LLP**
2100 Ross Avenue
Suite 950
Dallas , TX 75201
214-692-6200
214-692-6255

2

NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FUND *DECKER* ACTION
UNRELATED TO NVIDIA GPU LITIGATION – MASTER FILE NO. C 08-04312 JW

James V. Bashian
**THE LAW OFFICES of
JAMES V. BASHIAN, P.C.**
500 Fifth Avenue, Suite 2700
New York , NY 10110
212-921-4110
212-921-4249

Robert B. Weiser
**THE WEISER LAW FIRM, P.C.**
121 N. Wayne Avenue, Suite 100
Wayne , PA 19087
610-225-2616
610-225-2678

*For Plaintiff Nakash*


*/s/ William J. Doyle, II*
William J. Doyle, II
John A. Lowther, IV
**DOYLE LOWTHER LLP**
9466 Black Mountain Road
Suite 210
San Diego, CA 92126
619-573-1700
619-573-1701

Nicholas Koluncich , III
**LAW OFFICES OF
NICHOLAS KOLUNCICH , III**
6501 Americas Parkway NE
One Park Square - Suite 620
Albuqueruqe , NM 87110
619-227-7486
505-881-4288

*For Plaintiff Inicom Networks, Inc.*

NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FUND *DECKER* ACTION
UNRELATED TO NVIDIA GPU LITIGATION – MASTER FILE NO. C 08-04312 JW

|   |   |
|---|---|
| 1 | /s/ Jeff Westerman |
| 2 | Jeff S. Westerman |
|   | Sabrina S. Kim |
| 3 | **MILBERG LLP** |
|   | One California Plaza |
| 4 | 300 S. Grand Avenue, Suite 3900 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: (213) 617-1200 |
| 6 | Facsimile: (213) 617-1975 |
|   |     - and- |
| 7 | Peter Safirstein |
| 8 | Jennifer S. Czeisler |
|   | Roland Riggs |
| 9 | One Pennsylvania Avenue |
|   | New York, NY 10119 |
| 10 | Telephone: 212-594-5300 |
| 11 | Facsimile: 212-868-1229 |

Stephen A. Weiss
Jonathan Shub
**Seeger Weiss LLP**
One William Street – Suite 1380
New York, New York 10004

Michael J. Boni
**BONI & ZACK LLC**
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0201
Facsimile: (610) 822-0206

*For Plaintiff Todd Feinstein*

4

NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FUND *DECKER* ACTION
UNRELATED TO NVIDIA GPU LITIGATION – MASTER FILE NO. C 08-04312 JW

|  |  |
|---|---|
| 1 | */s/ Ralph M. Stone* |
| 2 | Ralph M. Stone (*pro hac vice*) |
|  | **SHALOV STONE BONNER** |
| 3 | **& ROCCO LLP** |
|  | rstone@lawssb.com |
| 4 | Thomas G. Ciarlone, Jr. |
|  | tciarlone@lawssb.com |
| 5 | 485 Seventh Avenue, Suite 1000 |
|  | New York, NY 10018 |
| 6 | Tel:    (212) 239-4340 |
| 7 | Fax:   (212) 239-4310 |

Ira P. Rothken (SBN160029)
**ROTHKEN LAW FIRM**
3 Hamilton Landing, Ste 280
Novato, CA 94949
Tel:    (415) 924-4250
Fax:   (415) 924-2905

*Attorneys for Plaintiffs JORDAN CORMIER, LANCE WAIDZUNAS, BRENT WEST, MICHAEL MANN, TYLER BURGERT, CHI LOK LEUNG, and BRIAN ROBINSON*


Joe R. Whatley, Jr,
**WHATLEY DRAKE & KALLAS LLC**
1540 Broadway
37th Floor
New York, NY 10036
212-447-7070
212-447-7077


Alan M. Mansfield
**ROSNER & MANSFIELD, LLP**
10085 Carroll Canyon Road
First Floor
San Diego , CA 92131
858-348-1005
858-348-1150

*For Plaintiff Louis Olivos*

5

NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FUND *DECKER* ACTION
UNRELATED TO NVIDIA GPU LITIGATION – MASTER FILE NO. C 08-04312 JW

|  |  |
|---|---|
| 1 | James D. Baskin, III |
| 2 | **THE BASKIN LAW FIRM** |
|   | 300 West 6th Street |
| 3 | Suite 1950 |
|   | Austin, TX 78701 |
| 4 | 512-381-6300 |
| 5 | 512 381-6300 |
| 6 | *For Plaintiff Milosz Sielicki* |
| 7 |   |
| 8 | Alreen Haeggquist |
|   | Helen I. Zeldes |
| 9 | **ZELDES & HAEGGQUIST** |
|   | 655 West Broadway, Suite 1410 |
| 10 | San Diego, CA 92101 |
| 11 | 619-955-8218 |
|    | 619-342-7878 |
| 12 |   |
| 13 | *For Plaintiff National Business Officers Association, Inc.* |

6

NVIDIA PLAINTIFF GROUP'S NON-OPPOSITION TO REQUEST TO FUND *DECKER* ACTION
UNRELATED TO NVIDIA GPU LITIGATION – MASTER FILE NO. C 08-04312 JW