1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KIESEL BOUCHER LARSON LLP
PAUL R. KIESEL (SBN 119854)
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
kiesel@kbla.com

HORWITZ, HORWITZ
& PARADIS, Attorneys At Law
PAUL O. PARADIS
28 West 44th Street – 16th Flr.
New York, NY 10036
Telephone: (212) 404-2200
Facsimile: (212) 404-2226
pparadis@hhplawny.com

Attorneys for Plaintiff Steven Nakash
[Additional counsel appear on signature pages]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

The NVIDIA GPU Litigation

:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 5:08-cv-04312-JW
CLASS ACTION

**[PROPOSED] ORDER RE**
**CONTINUATION**
**OF HEARING**

DATE:     March 30, 2009
(Specially Set)
TIME:     9:00 a.m.
COURT:   8, 4th Floor
JUDGE:   Hon. James Ware

IT IS SO ORDERED
AS MODIFIED
_James Ware_
Judge James Ware

[PROPOSED] ORDER RE CONTINUATION OF HEARING – Master File No. C 08-04312 JW

Presently before the Court is the parties' Stipulation Re Continuation of Hearing, pursuant to which the parties seek a brief extension of time by which: (i) plaintiff Decker may file motion papers concerning the appointment of interim lead counsel and her brief on the scope of consolidation; (ii) any other parties may file responsive papers; and (iii) continuation of the hearing concerning appointment of Interim Lead Counsel from March 30, 2009 to **April 13, 2009** (the "Stipulation").  After considering the Stipulation and any opposition thereto,

It is **HEREBY ORDERED THAT:**

1. The date by which plaintiff Decker may file motion papers concerning the appointment of interim lead counsel and her brief on the scope of consolidation shall be extended from March 16, 2009 to **March 24, 2009** and that the time for any other parties to file any responsive papers shall be extended from March 18, 2009 to **March 27, 2009.**

2. The hearing on Plaintiffs' Motions for Appointment of Interim Lead Counsel is hereby continued to **April 13, 2009 at 9 a.m.**

Dated: March 19, 2009

_____
JAMES WARE
United States District Judge

[PROPOSED] ORDER RE CONTINUATION OF HEARING – MASTER FILE NO. C 08-04312 JW