1  KIESEL BOUCHER LARSON LLP
   PAUL R. KIESEL (SBN 119854)
2  8648 Wilshire Boulevard
   Beverly Hills, California 90211
3  Telephone: (310) 854-4444
   Facsimile: (310) 854-0812
4  kiesel@kbla.com

5  HORWITZ, HORWITZ
   & PARADIS, Attorneys At Law
6  PAUL O. PARADIS
   28 West 44th Street – 16th Flr.
7  New York, NY 10036
   Telephone: (212) 404-2200
8  Facsimile: (212) 404-2226
   pparadis@hhplawny.com
9
   Attorneys for Plaintiff Steven Nakash
10 [Additional counsel appear on signature pages]

11
                    **UNITED STATES DISTRICT COURT**
12           **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

13
   | **The NVIDIA GPU Litigation** | Case No. C 08-04312 JW |
14 | | |
   | | CLASS ACTION |
15 | | |
   | | **PROPOSED INTERIM CLASS COUNSEL'S RESPONSE TO PLAINTIFF DECKER'S MOTION FOR RECONSIDERATION OF ORDER DENYING REQUEST TO FIND DECKER ACTION UNRELATED (DOCKET NO. 92).** |

---

1

PROPOSED INTERIM CLASS COUNSEL'S RESPONSE TO PLAINTIFF DECKER

Proposed Interim Co-Lead Counsel, on behalf of the putative plaintiff class, responds to Plaintiff Decker's Motion For Reconsideration of Order Denying Request to Find Decker Action Unrelated (Docket No. 92).

### 1. The *Decker* And *Nygren* Actions Concern Substantially The Same Parties And Factual Allegations

Proposed Interim Class Counsel agrees the *Decker* and *Nygren* actions are related. In her motion, Plaintiff Decker describes how her case is completely unrelated to the NVIDIA GPU Litigation. In contrast, the asserted claims by all other Plaintiffs in The NVIDIA GPU Litigation arise from NVIDIA's design, manufacture and sale of defective graphics chips or GPUs. Plaintiff Decker properly states:

> it appears that the *Decker* Action and the *Nygren* Action – which is not consolidated with the NVIDIA GPU Litigation – are far more similar to each other in terms of the factual allegations than the Decker Action has to the NVIDIA GPU Litigation.

*Id.* Proposed Interim Class Counsel submits Plaintiff Decker has accurately described how atypical its claims are to those asserted by all Plaintiffs in the NVIDIA GPU Litigation, and the similarities between the *Decker* and *Nygren* actions.

### 2. The NVIDIA GPU Litigation Does Not Concern Defective HP Wireless Cards

To the extent The NVIDIA GPU Litigation pleadings make passing reference to wireless problems or issues with HP laptops, these allegations serve only to incorporate the entirety of press releases or generally are from media releases or reports that were quoted in their entirety for accuracy and completeness. Proposed Interim Co-Lead Counsel have consulted with counsel to the consolidated NVIDIA GPU Litigation cases and agree if Decker is removed from this consolidated action, a structure is appointed and a consolidated amended complaint is filed, the operative pleading will allege only claims arising from NVIDIA's design, manufacture and sale of defective NVIDIA GPUs (which affect many computers across brands, makes and models).

The consolidated amended complaint will not allege claims arising from HP's laptop computers equipped with defective wireless communication cards.

**3.     Conclusion**

For these reasons, the Court should grant Plaintiff Decker's Motion For Reconsideration of Order Denying Request to Find Decker Action Unrelated (Docket No. 92).

Dated:  March 27, 2009

/s/ Paul R. Kiesel
Paul R. Kiesel
KIESEL BOUCHER & LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211
310-854-4444
310-854-0812

/s/ Paul O. Paradis
Paul O. Paradis
HORWITZ HORWITZ & PARADIS,
ATTORNEYS AT LAW
28 West 44th Street
16th Floor
New York , NY 10036
212-404-2200
212-404-2226

Brant C. Martin
WICK PHILLIPS, LLP
2100 Ross Avenue
Suite 950
Dallas , TX 75201
214-692-6200
214-692-6255

James V. Bashian
THE LAW OFFICES of
JAMES V. BASHIAN, P.C.
500 Fifth Avenue, Suite 2700
New York , NY 10110
212-921-4110
212-921-4249

Robert B. Weiser
THE WEISER LAW FIRM, P.C.
121 N. Wayne Avenue, Suite 100

Wayne , PA 19087
610-225-2616
610-225-2678

For Plaintiff Nakash

/s/ William J. Doyle, II
William J. Doyle, II
John A. Lowther, IV
DOYLE LOWTHER LLP
9466 Black Mountain Road
Suite 210
San Diego, CA 92126
619-573-1700
619-573-1701

Nicholas Koluncich , III
LAW OFFICES OF
NICHOLAS KOLUNCICH , III
6501 Americas Parkway NE
One Park Square - Suite 620
Albuqueruqe, NM 87110
619-227-7486
505-881-4288

For Plaintiff Inicom Networks, Inc.

/s/ Jeff Westerman
Jeff S. Westerman
Sabrina S. Kim
MILBERG LLP
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

- and-

Peter Safirstein
Jennifer S. Czeisler
Roland Riggs
One Pennsylvania Avenue
New York, NY 10119
Telephone: 212-594-5300
Facsimile: 212-868-1229

4
_____
PROPOSED INTERIM CLASS COUNSEL'S RESPONSE TO PLAINTIFF DECKER

Stephen A. Weiss
Jonathan Shub
Seeger Weiss LLP
One William Street – Suite 1380
New York, New York 10004

Michael J. Boni
BONI & ZACK LLC
15 St. Asaphs Rd.
Bala Cynwyd, PA 19004
Telephone: (610) 822-0201
Facsimile: (610) 822-0206

For Plaintiff Todd Feinstein


/s/ Ralph M. Stone
Ralph M. Stone (pro hac vice)
SHALOV STONE BONNER
  & ROCCO LLP
rstone@lawssb.com
Thomas G. Ciarlone, Jr.
tciarlone@lawssb.com
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel:    (212) 239-4340
Fax:    (212) 239-4310

Ira P. Rothken (SBN160029)
ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA 94949
Tel:    (415) 924-4250
Fax:    (415) 924-2905

Attorneys for Plaintiffs JORDAN CORMIER, LANCE WAIDZUNAS, BRENT WEST, MICHAEL MANN, TYLER BURGERT, CHI LOK LEUNG, and BRIAN ROBINSON


Joe R. Whatley, Jr.,
WHATLEY DRAKE & KALLAS LLC
1540 Broadway
37th Floor
New York, NY 10036
212-447-7070
212-447-7077

5
_____
PROPOSED INTERIM CLASS COUNSEL'S RESPONSE TO PLAINTIFF DECKER

Alan M. Mansfield
ROSNER & MANSFIELD, LLP
10085 Carroll Canyon Road
First Floor
San Diego , CA 92131
858-348-1005
858-348-1150

For Plaintiff Louis Olivos

James D. Baskin, III
THE BASKIN LAW FIRM
300 West 6th Street
Suite 1950
Austin, TX 78701
512-381-6300
512 381-6300

For Plaintiff Milosz Sielicki


Alreen Haeggquist
Helen I. Zeldes
ZELDES & HAEGGQUIST
655 West Broadway, Suite 1410
San Diego, CA 92101
619-955-8218
619-342-7878

For Plaintiff National Business Officers Association, Inc.

PROPOSED INTERIM CLASS COUNSEL'S RESPONSE TO PLAINTIFF DECKER