*E-FILED 5/11/2009*

ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation | Case No.  C-08-04312-JW (HRL) <br><br> [PROPOSED] STIPULATED ORDER INSTITUTING DISCOVERY WALL |

1   On April 9, 2009 the Honorable Judge Ware presiding, entered an Order (the "April 9 Order") appointing Milberg LLP lead counsel in this consolidated action, captioned *The NVIDIA GPU Litigation*, Case. No. C-08-04312-JW (the "GPU Litigation");

Milberg LLP is also appointed lead counsel in another action, captioned *In re NVIDIA Corp. Securities Litig.*, Case No. C-08-04260-JW (N.D. Cal.) (the "Securities Case"), which involves overlapping factual issues with the GPU Litigation and is also pending before Judge Ware;

Discovery in the Securities Case is subject to the automatic discovery stay provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(3)(B) (the "Reform Act Stay");

Prior to issuance of the April 9 Order the parties discussed and briefed issues regarding the Reform Act Stay, and the possibility that plaintiffs in the Securities Case might receive or have access to discovery and related information from the GPU Litigation during the Reform Act Stay;

The April 9, 2009 Order mandated that "the parties shall contact Judge Lloyd's Chambers to set a conference to work out a protective order regarding Milberg LLP's involvement in the securities class action involving NVIDIA";

Milberg LLP, as Court-appointed lead counsel, is authorized to act on behalf of all plaintiffs in the GPU Litigation (the "Plaintiffs") for purposes of entering into a protective order, and has consulted with other counsel for the Parties as necessary or appropriate regarding the terms and conditions of this Stipulated Protective Order; and

Milberg LLP and counsel for defendants NVIDIA and Hewlett-Packard Company met and conferred, and subject to Court approval worked out and agreed to the terms and conditions set forth in this Stipulated Protective Order.

NOW THEREFORE, the parties, by and through the undersigned counsel, stipulate and agree as follows:

1.      While the Reform Act Stay is in effect in the Securities Case, no Plaintiff, agent of any Plaintiff, Plaintiff's counsel, or agent of Plaintiff's counsel will transmit or convey any document, knowledge or information obtained in discovery in the GPU Litigation ("Discovery Information") to any plaintiff, agent of any plaintiff, plaintiff's counsel, or agent of plaintiff's counsel, in the Securities Case; nor will any Discovery Information be used in connection with the Securities Case.

2.      While the Reform Act Stay is in effect in the Securities Case, no Plaintiff, agent of any Plaintiff, Plaintiff's counsel, or agent of Plaintiff's counsel will make any Discovery Information available to any plaintiff, agent of any plaintiff, plaintiff's counsel, or agent of plaintiffs' counsel, in the Securities Case.

3.      This Order does not prevent law firms that are counsel of record in both the GPU Litigation and the Securities Case from receiving Discovery Information, but controls the dissemination and handling of Discovery Information within those firms.

4.      The Discovery Information subject to this Order does not include information, knowledge or documents that are obtained by Plaintiffs or Plaintiffs' counsel, or their respective agents, outside of the discovery process in the GPU Litigation, nor does it include information that is publicly available.

5.      This Order will cease to have effect upon the earlier of the expiration of the Reform Act Stay in the Securities Case, or the final disposition of the Securities Case.

6.      If any party believes that subsequent events warrant a modification of this Order, that party will make a good-faith effort to confer with the other party or parties in an attempt to resolve any issue or dispute before petitioning the Court for modification of this Order.

///

///

///

| | |
|---|---|
| MILBERG LLP<br>JEFF S. WESTERMAN<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071<br>Telephone:      (213) 617-1200<br>Facsimile:        (213) 617-1975<br><br><br>By:   */s/ Jeff S. Westerman*<br>          Jeff S. Westerman<br><br>*Lead Counsel for Plaintiffs* | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ROBERT P. VARIAN<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Telephone:  (415) 773-5700<br>Facsimile:   (415) 773-5759<br><br>By:   */s/ Robert P. Varian*<br>           Robert P. Varian<br><br>*Counsel for Defendant NVIDIA*<br><br><br>MORGAN, LEWIS & BOCKIUS LLP<br>ROBERT A. PARTICELLI, III<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Telephone:  (215) 963-5000<br>Facsimile:   (215) 963-5001<br><br>By:   */s/ Robert A. Particelli, III*<br>           Robert A. Particelli, III<br><br>*Counsel for Defendant Hewlett-Packard Company* |

The filer shall attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from a single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated:  ~~April~~ May 11 , 2009

_____
HONORABLE HOWARD R. LLOYD
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA