1 ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
2 JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
3 JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
4 ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
5 405 Howard Street
San Francisco, CA 94105-2669
6 Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759
7
Attorneys for Defendant
8 NVIDIA CORPORATION

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14                                          Case No.  C 08-04312 JW

   The NVIDIA GPU Litigation            **STIPULATION REGARDING**
15                                       **HEARING DATE FOR RULE 12**
                                         **MOTIONS**
16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, this Court in its Scheduling Order dated May 14, 2009 ("Scheduling Order"), set a hearing on anticipated Rule 12 motions for September 28, 2009 at 9 a.m., and instructed the parties to adhere to the briefing schedule as set forth in the Civil Local Rules of the Court;

WHEREAS, continuing the September 28 hearing date for anticipated Rule 12 motion to October 5, 2009 at 9 a.m. would resolve two conflicts on the part of NVIDIA Corporation's ("NVIDIA's") counsel, and enable the Court to have more time to review the papers in advance of the hearing;

WHEREAS, all other deadlines set out in the Scheduling Order would remain unaffected;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA, through their counsel of record and Interim Lead Class Counsel for Plaintiffs, that the hearing date for anticipated Rule 12 motions currently set for September 28, 2009 at 9 a.m. be vacated and a new hearing date for anticipated Rule 12 motions be scheduled for October 5, 2009 at 9 a.m.

Dated: June 16, 2009
ROBERT P. VARIAN
JUSTIN M. LICHTERMAN
JOSHUA D. WATTS
Orrick, Herrington & Sutcliffe LLP

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant
NVIDIA CORPORATION

Dated: June 16, 2009
JEFF S. WESTERMAN
SABRINA S. KIM
Millberg LLP

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN
Interim Lead Class Counsel for
Plaintiffs and All Others Similarly Situated

**\*\*\* ORDER \*\*\***

The Court finds good cause to grant the parties' Stipulation to continue the hearing on Defendants' anticipated Rule 12 motions. However, the Court's October 5, 2009 calendar cannot accommodate these motions. Accordingly, the hearing is set for **October 19, 2009 at 9 a.m.** In light of this change, the parties may Stipulate to a different briefing schedule, except that all briefing shall be completed on or before **September 28, 2009**.

Dated: July 1, 2009

_____
JAMES WARE
United States District Judge