IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Plaintiff,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | No. 09-02046 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case to District Judge James Ware to consider whether this case is related to C-08-4312 JW, <u>The NVIDIA GPU Litigation</u>. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

7/20/09
Dated _____

                            CLAUDIA WILKEN
                            United States District Judge