MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG LLP
PETER SAFIRSTEIN
psafirstein@milberg.com
ROLAND RIGGS
rriggs@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | CLASS ACTION |
| | Case No. C 08-4312 JW |
| | STIPULATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND CONTINUE HEARING DATE |
| This Document Relates To: | **AND ORDER AS MODIFIED** |
| ALL ACTIONS. | |

STIP TO EXTEND TIME TO FILE MOT. FOR
CLASS CERT. & CONTINUE HR'G DATE
Case No. C 08-4312 JW

DOCS\480183v1

This Court, in its Scheduling Order dated May 14, 2009, set a hearing date on Plaintiffs' anticipated motion for class certification for December 7, 2009 at 9:00 a.m., and instructed the parties to meet and confer and determine a briefing schedule to be completed by November 16, 2009.  In its Order dated July 1, 2009, the Court granted the parties' stipulation to continue the hearing date for Defendant's anticipated motion to dismiss to October 19, 2009 at 9:00 a.m.  The parties have met and conferred with respect to the briefing schedules and, based on the reasons set forth below, request that the Court continue the hearing on Plaintiffs' motion for class certification until after the Court hears Defendant's motion to dismiss.  The parties wish to continue the hearing on Plaintiffs' motion for class certification from December 7, 2009 to March 22, 2010.

The parties are in discussions regarding discovery, have exchanged information and documents informally and have exchanged information and documents formally pursuant to Fed.R.Civ.P. 26.  Accordingly, the case will be well underway by the time of the hearing on Defendant's motion to dismiss and, due to certain issues that will be adjudicated as part of the motion to dismiss, the parties agree it is more efficient to brief class certification after the Court has made its determinations with respect to the motion to dismiss.

Furthermore, pursuant to the Court's comments on settlement at the February 23, 2009 Case Management Conference, the parties have met and conferred regarding settlement and plan to hold a formal settlement conference before the end of the year.  The parties do not believe it is necessary to decide class certification prior to that conference.  The parties wish to prevent the need to notify the class twice in the event of settlement.

In any event, the briefing on class certification will be completed well in advance - over three months - before the Preliminary Pretrial Conference, which is currently set for June 14, 2010.  Finally, all other deadlines set forth in the Scheduling Order will remain unaffected.

IT IS STIPULATED AND AGREED, by and between Plaintiffs and Defendant, through their counsel of record, subject to Court approval, that:

1.      All briefing on any motion to dismiss shall be completed by September 28, 2009;

| STIP TO EXTEND TIME TO FILE MOT. FOR CLASS CERT. & CONTINUE HR'G DATE Case No. C 08-4312 JW | | - 1 - |
|---|---|---|

DOCS\480183v1

1    2.    The hearing on Defendant's motion to dismiss remains set on October 19, 2009;

2    3.    All briefing on the motion for class certification shall be completed by

3 **January 5, 2010;** and

4    4.    The hearing date for the motion for class certification currently set for December

5 7, 2009 at 9:00 a.m. shall be vacated and a new hearing date for the motion for class certification

6 shall be scheduled for **January 25, 2010 at 9 a.m.**

7 DATED:  August 12, 2009                      MILBERG LLP
                                                JEFF S. WESTERMAN
8                                               NICOLE M. DUCKETT

9

10                                              _____*/s/ Jeff S. Westerman*_____
                                                JEFF S. WESTERMAN
11
                                                One California Plaza
12                                              300 S. Grand Avenue, Suite 3900
                                                Los Angeles, CA  90071
13                                              Telephone:     (213) 617-1200
                                                Facsimile:     (213) 617-1975
14
                                                *Interim Lead Class Counsel*
15
   DATED:  August 12, 2009                      ORRICK HERRINGTON & SUTCLIFFE LLP
16                                              ROBERT P. VARIAN
                                                JAMES NEIL KRAMER
17                                              JUSTIN MYER LICHTERMAN
                                                JOSHUA DANIEL WATTS
18

19                                              _____*/s/ Justin M. Lichterman*_____
                                                JUSTIN M. LICHTERMAN
20
                                                405 Howard Street
21                                              San Francisco, CA 94105
                                                Telephone:  (415) 773-5700
22                                              Facsimile:   (415) 773-5759

23                                              *Counsel for Defendant NVIDIA Corporation*

24 PURSUANT TO STIPULATION, IT IS SO ORDERED **AS MODIFIED.**

25 DATED:  August 19, 2009                      _____
                                                JAMES WARE
26                                              United States District Judge

27

28