MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG LLP
PETER SAFIRSTEIN
psafirstein@milberg.com
JENNIFER S. CZEISLER
jczeisler@milberg.com
ROLAND RIGGS
rriggs@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C 08-4312 JW<br><br>**CLASS ACTION**<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND CONTINUE HEARING DATE |

On August 12, 2009, the parties filed a stipulation requesting that the Court extend the briefing completion date on Plaintiffs' motion for class certification to March 8, 2010 and continue the hearing on Plaintiffs' motion to March 22, 2010 in light of (1) NVIDIA's anticipated motion to dismiss, set for hearing on October 19, 2009, which the parties believed would result in adjudication of certain issues relevant to class certification, and (2) the parties' intention to hold a settlement conference before the end of the year. The Court determined to extend the class certification briefing completion date to January 5, 2010 and continue the hearing on the motion to January 25, 2010. To meet the Court's briefing deadline, Plaintiffs planned to file their class certification motion by October 23, 2009.

The parties requested and participated in a status and discovery conference with Judge Lloyd and, based on new circumstances in the litigation set forth below, the parties request that the Court revisit the parties' request to continue the briefing completion date and hearing on class certification to March 2010.

Since the filing of the parties' August 12 stipulation, NVIDIA filed its motion to dismiss, and briefing on the motion is completed. NVIDIA also filed a motion to strike class allegations which Plaintiffs did not anticipate. NVIDIA's motion to dismiss challenges every claim in Plaintiffs' Amended Consolidated Complaint ("ACC"). NVIDIA's motion to strike seeks to strike all class allegations in the ACC. The Court's rulings on NVIDIA's motions may affect class certification, class definition and the consideration of sub-classes.

Also since the filing of the parties' prior stipulation, the parties have set a date certain for mediation and agreed upon and engaged a mediator. On December 15, 2009, NVIDIA is mediating with its insurance carrier over a coverage dispute and, on December 16, 2009, the parties will use the same mediator for this action. The parties wish to prevent the need to, and expense of, notifying the class twice in the event (a) a class is certified requiring general notice, and (b) subsequent class notice if the case settles. If the mediation process is successful then there will only be the expense of single class-wide settlement notice, and class certification will likely not be contested.

Finally, the parties anticipate that, in light of the discovery received to date, there may be additional factual matters beyond those identified in the ACC raised during the class certification process. The parties therefore believe that factual issues may arise during class certification in this case. As discussed with Magistrate Judge Lloyd, following extended efforts to narrow issues, Plaintiffs anticipate filing a motion to compel production of certain documents that implicate complex and multi-party common interest and joint defense privilege issues in the next 1-2 weeks, and the implicated documents may bear on class certification issues. Accordingly, the parties believe that additional discovery and a more developed factual record would be useful before class certification is briefed and adjudicated.

For these reasons, the parties respectfully request that the Court revisit extending completion of class certification briefing to March 8, 2010 and continue the hearing to March 2010.

IT IS STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA, through their counsel of record, subject to Court approval, that:

1. All briefing on the motion for class certification shall be completed by March 8, 2010;

2. The current January 5, 2010 deadline for completion of briefing for class certification shall be vacated; and

3. The hearing date for the motion for class certification currently set for January 25, 2010 at 9:00 a.m. shall be vacated and a new hearing date for the motion for class

| | |
|---|---|
| 1 | certification shall be scheduled for March 22, 2010 at 9:00 a.m., or a date convenient to the |
| 2 | Court. |

DATED: October 15, 2009   MILBERG LLP
                          JEFF S. WESTERMAN
                          NICOLE M. DUCKETT

                                           */s/ Jeff S. Westerman*
                                           JEFF S. WESTERMAN

One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:   (213) 617-1200
Facsimile:    (213) 617-1975

*Interim Lead Class Counsel*

DATED: October 15, 2009   ORRICK HERRINGTON & SUTCLIFFE LLP
                          ROBERT P. VARIAN
                          JAMES NEIL KRAMER
                          JUSTIN MYER LICHTERMAN
                          JOSHUA DANIEL WATTS

                                           */s/ Justin M. Lichterman*
                                           JUSTIN M. LICHTERMAN

405 Howard Street
San Francisco, CA 94105
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

*Counsel for Defendant NVIDIA Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED

    Plaintiff's anticipated Motion for Class Certification is set for **March 22, 2010 at 9 a.m.** Although the parties may stipulate to a briefing schedule, all briefing shall be completed on or before **February 22, 2010.**

Dated: October 22, 2009   _____
                                         JAMES WARE
                                         United States District Judge