ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation | Case No. C 08-04312 JW<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR RULE 12 MOTIONS** |

| | |
|---|---|
| 1 | WHEREAS, this Court in its Order dated July 2, 2009 moved the September 28, 2009 hearing date in the Stipulation and Order submitted by the parties to October 19, 2009 at 9 a.m., and instructed the parties that all briefing shall be completed on or before September 28, 2009; |

WHEREAS, this Court in its Order dated July 2, 2009 moved the September 28, 2009 hearing date in the Stipulation and Order submitted by the parties to October 19, 2009 at 9 a.m., and instructed the parties that all briefing shall be completed on or before September 28, 2009;

WHEREAS, NVIDIA Corporation's ("NVIDIA's") reply brief on its Motion to Dismiss the Consolidated Amended Complaint must currently be filed by September 28, 2009;

WHEREAS, the partner in charge of this matter for NVIDIA is out of the country on a long-planned family vacation during the period prior to September 28, and will not return to the United States until Sunday September 27, and the senior associate on the matter has conflicts during the preceding week as well due to the Jewish holidays;

WHEREAS, an extension until October 1 for the reply brief would not deprive the Court of sufficient time to review the papers in advance of the October 19 hearing; and

WHEREAS, the October 19, 2009 hearing date and all other deadlines set out in the July 2, 2009 Order would remain unaffected;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA, through their counsel of record and Interim Lead Class Counsel for Plaintiffs, that NVIDIA may file its reply brief on the motion to dismiss by October 1, 2009.

Dated: September 16, 2009
ROBERT P. VARIAN
JUSTIN M. LICHTERMAN
JOSHUA D. WATTS
Orrick, Herrington & Sutcliffe LLP

_____
*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant
NVIDIA CORPORATION

| | | |
|---|---|---|
| Dated: September 16, 2009 | | JEFF S. WESTERMAN<br>SABRINA S. KIM<br>Millberg LLP |

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN
Interim Lead Class Counsel for
Plaintiffs and All Others Similarly Situated

The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

IT IS SO ORDERED:

The Stipulation is found as MOOT. Reply memorandums were filed as stipulated by the parties. The hearing was held on October 19, 2009 and the matter was submitted to the Court after oral argument for further decision.

Dated: November 5, 2009

*/s/ James Ware*
United States District Court