ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

**\*\* E-filed November 17, 2009 \*\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation | Case No. C 08-04312 JW<br><br>**STIPULATION REGARDING OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

| | |
|---|---|
| 1 | WHEREAS, this Court in its Order Granting Plaintiffs' Ex Parte Application to Shorten |
| 2 | Time on Plaintiffs' Motion to Compel dated November 4, 2009 ("Order"), set a hearing on |
| 3 | Plaintiffs' Motion to Compel (the "Motion") for December 2, 2009 at 10:00 a.m., and instructed |
| 4 | any opposition to the Motion be served and filed by November 16, 2009 at 5:00 p.m. and any |
| 5 | reply to an opposition be served and filed by November 23, 2009 at 5:00 p.m.; |
| 6 | WHEREAS, non-parties Dell, Inc. and Hewlett-Packard Company ("HP") intend to file |
| 7 | oppositions to the Motion; |
| 8 | WHEREAS, because NVIDIA, Plaintiffs, Dell and HP continue to meet and confer on |
| 9 | some of the issues the parties have agreed to extend the filing deadline for non-parties Dell and |
| 10 | HP to file their respective oppositions to the Motion; |
| 11 | WHEREAS, non-parties Dell and HP agree to provide additional privileged logs with |
| 12 | their opposition; |
| 13 | WHEREAS, the December 2, 2009 hearing date and all other deadlines set out in the |
| 14 | Order would remain unaffected; |
| 15 | IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA, |
| 16 | through their counsel of record and Interim Lead Class Counsel for Plaintiffs, that anticipated |
| 17 | oppositions to the Motion by Dell and HP be filed on November 18, 2009 at 5:00 p.m. |

Dated: November 16, 2009
ROBERT P. VARIAN
JUSTIN M. LICHTERMAN
JOSHUA D. WATTS
Orrick, Herrington & Sutcliffe LLP

*/s/ Joshua D. Watts*
JOSHUA D. WATTS
Attorneys for Defendant
NVIDIA CORPORATION

OHS West:260777496.1 — - 1 - — STIPULATION REGARDING OPPOSITION TO PLAINTIFFS MOTION TO COMPEL
C 08-04312 JW

Dated: November 16, 2009

JEFF S. WESTERMAN
SABRINA S. KIM
Millberg LLP

                                    */s/ Jeff S. Westerman*
JEFF S. WESTERMAN
Interim Lead Class Counsel for
Plaintiffs and All Others Similarly Situated

The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

IT IS SO ORDERED:

DATE: November 17, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

OHS West:260777496.1        - 2 -        STIPULATION REGARDING OPPOSITION TO PLAINTIFFS MOTION TO COMPEL
C 08-04312 JW