ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
KRISTOFOR T. HENNING (PAB 85047) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com
E-mail: khenning@morganlewis.com

Attorneys for Non-Party
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. 08-04312-JW <br><br> **DECLARATION OF KRISTOFOR T. HENNING IN SUPPORT OF NON-PARTY HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT NVIDIA CORPORATION** |

I, Kristofor T. Henning, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and the State of New Jersey and have been admitted Pro Hac Vice in this Court in the above-captioned matter. I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for Hewlett-Packard Company ("HP"). I make this declaration of my own personal knowledge, and, if called as a witness, I could and would competently testify to the matters stated below.

2. As stated in HP's Opposition to Plaintiffs' Motion to Compel Production of Documents by Defendant Nvidia Corporation ("Nvidia"), HP does not contest the production of certain documents set forth on the October 21, 2009 HP Document Log prepared by Nvidia. Attached as Exhibit 1 hereto is a true and correct log of such uncontested documents.

3. Additionally, as stated in HP's Opposition to Plaintiffs' Motion to Compel Production of Documents by Nvidia, HP contests the production of the remaining documents set

forth on the October 21, 2009 HP Document Log prepared by Nvidia. Attached as Exhibit 2 hereto is a true and correct log of such contested documents.

I declare under the laws of the United States of America and under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November 2009 in Philadelphia, Pennsylvania.

*/s/* Kristofor T. Henning
Kristofor T. Henning

DECLARATION OF KRISTOFOR T. HENNING ISO NON-PARTY HP'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT NVIDIA CORP. (08-04312-JW)   2