1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  jwesterman@milberg.com
   SABRINA S. KIM (SBN 186242)
3  skim@milberg.com
   NICOLE M. DUCKETT (SBN 198168)
4  nduckett@milberg.com
   One California Plaza
5  300 S. Grand Avenue, Suite 3900
   Los Angeles, CA  90071
6  Telephone: (213) 617-1200
   Facsimile:  (213) 617-1975

7
   MILBERG LLP
8  PETER SAFIRSTEIN
   psafirstein@milberg.com
9  JENNIFER S. CZEISLER
   jczeisler@milberg.com
10 ROLAND RIGGS
   rriggs@milberg.com
11 One Pennsylvania Plaza, 49th Floor
   New York, NY  10119
12 Telephone: (212) 594-5300
   Facsimile:  (212) 868-1229

*Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware
12/18/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. C 08-4312 JW |
| | **CLASS ACTION** |
| This Document Relates To: | STIPULATION TO EXTEND TIME TO FILE MOTION FOR CLASS CERTIFICATION AND CONTINUE HEARING DATE |
| ALL ACTIONS. | |

On October 15, 2009, the parties filed a stipulation requesting for the Court to extend the briefing completion date on Plaintiffs' motion for class certification to March 8, 2010 and continue the hearing on Plaintiffs' motion to March 22, 2010 in light of: (1) NVIDIA's motion to dismiss which the Court would hear on October 19, 2009; (2) NVIDIA's motion to strike class allegations which the Court would also hear on October 19, 2009; (3) the parties' settlement conference set for December 16, 2009; and (4) Plaintiffs' anticipated motion to compel production of certain documents that may bear on class certification issues. The Court determined to extend the class certification briefing completion date to February 22, 2010 and continue the hearing on the motion to March 22, 2010. Based on new circumstances in the litigation set forth below, the parties request that the Court continue the briefing completion date and hearing on class certification to April 2010.

Since the filing of the parties' October 15 stipulation, the Court ruled on NVIDIA's motion to dismiss, upholding the majority of Plaintiffs' counts, dismissing two of Plaintiffs' counts and granting leave to amend two of Plaintiffs' counts. The Court also ruled on NVIDIA's motion to strike class allegations and denied the motion. Based on the Court's order, Plaintiffs are preparing an amended complaint. NVIDIA may file a motion to dismiss the amended complaint.

Also since the filing of the parties' prior stipulation, Plaintiffs filed a motion to compel production of documents that implicated multi-party common interest and joint defense privilege issues among NVIDIA and certain original equipment manufacturers ("OEMs"). Magistrate Judge Lloyd granted Plaintiffs' motion on December 1, 2009, and NVIDIA is producing the contested documents to Plaintiffs pursuant to Judge Lloyd's order. NVIDIA is producing documents consisting of several hundred thousand pages to Plaintiffs on a rolling basis pursuant to agreements between Plaintiffs and NVIDIA, and Plaintiffs are evaluating the documents. Evaluation of the documents is taking a significant amount of time because the production is voluminous and Plaintiffs are in the process of structuring a settlement demand.

In addition, the parties are working toward structuring settlement negotiations in advance of the December 16, 2009 mediation.

The parties believe it is beneficial to have a settled and operative complaint and a more developed factual record, and to know the outcome of any subsequent motion to dismiss or the parties' settlement efforts, before class certification is briefed. Further, the parties wish to prevent the need to, and expense of, notifying the class twice in the event (a) a class is certified requiring general notice, and (b) subsequent class notice if the case settles. If the mediation process is successful then there will only be the expense of single class-wide settlement notice, and class certification will likely not be contested.

For these reasons, the parties respectfully request that the Court extend completion of class certification briefing to April 5, 2010 and continue the hearing to April 26, 2009. This will ensure the briefing on class certification will be completed well in advance - over two months - before the Preliminary Pretrial Conference, which is currently set for June 14, 2010.

IT IS STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA, through their counsel of record, subject to Court approval, that:

1. All briefing on the motion for class certification shall be completed by April 5, 2010;

2. The current February 22, 2010 deadline for completion of briefing for class certification shall be vacated; and

3. The hearing date for the motion for class certification currently set for March 22, 2010 at 9:00 a.m. shall be vacated and a new hearing date for the motion for class certification shall be scheduled for April 26, 2010 at 9:00 a.m.

DATED: December 9, 2009  MILBERG LLP
　　　　　　　　　　　　　　JEFF S. WESTERMAN
　　　　　　　　　　　　　　NICOLE M. DUCKETT


　　　　　　　　　　　　　　　　　*/s/ Jeff S. Westerman*
　　　　　　　　　　　　　　　　　JEFF S. WESTERMAN

| | | |
|---|---|---|
| 1 | | One California Plaza |
| 2 | | 300 S. Grand Avenue, Suite 3900 |
| | | Los Angeles, CA 90071 |
| | | Telephone: (213) 617-1200 |
| 3 | | Facsimile: (213) 617-1975 |
| 4 | | *Interim Lead Class Counsel* |
| 5 | DATED: December 9, 2009 | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | | ROBERT P. VARIAN |
| 6 | | JAMES NEIL KRAMER |
| | | JUSTIN MYER LICHTERMAN |
| 7 | | JOSHUA DANIEL WATTS |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Justin M. Lichterman*
　　　　　　　　　　　　　　　　　　　　　　　JUSTIN M. LICHTERMAN

405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Defendant NVIDIA Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 18, 2009

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

STIP TO EXTEND TIME TO FILE MOT. FOR CLASS CERT. & CONTINUE HR'G DATE — Case No. C 08-4312 JW — - 3 -

DOCS\495840v1

1 | CERTIFICATE OF SERVICE

2 I hereby certify that on December 9, 2009, I electronically filed the foregoing with the
3 Clerk of the Court by using the CM/ECF system.

4 Participants in the case who are registered CM/ECF users will be served by the
5 CM/ECF system.

6 I further certify that some of the participants in the case are not registered CM/ECF
7 users. I have mailed the foregoing document by First-Class Mail, postage prepaid to the non-
8 CM/ECF participants indicated on the attached Manual Notice List.

9 I certify under penalty of perjury that the foregoing is true and correct. Executed on
10 December 9, 2009.

*Cecille Chaffins*
CECILLE CHAFFINS