# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. C 08-04312 JW |
| This Document Relates To: Case No. 08-04332 JW (PVT) | ORDER GRANTING DISMISSAL |

### ORDER ON PLAINTIFF INICOM NETWORKS, INC.'S NOTICE OF VOLUNTARY DISMISSAL

Having reviewed plaintiff Inicom Networks, Inc's notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(i), and considering (i) no answers have been filed, (ii) no summary judgment motion currently is pending, and (iii) no class has been certified, the Court

ORDERS plaintiff Inicom Networks, Inc.'s case dismissed without prejudice.

SIGNED this 13th day of April 2010.

_____
JUDGE JAMES WARE
UNITED STATES DISTRICT JUDGE