*IT IS SO ORDERED AS MODIFIED*

/s/ James Ware
Judge James Ware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE NVIDIA GPU LITIGATION | ) | Case No. C 08-4312 JW |
|---|---|---|
| | ) | **CLASS ACTION** |
| This Document Relates To: | ) | **ORDER SETTING HEARING FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| ALL ACTIONS. | ) | |

On July 16, 2010, the parties notified the Court that the above entitled case has reached a settlement. (Docket Item No. 234.) Based on the parties' representation, the Court VACATES all trial and pretrial dates and ORDERS all pending Motions terminated as moot. (Docket Item Nos. 168, 177, 223.) The Court sets the following schedule for Preliminary Approval of Class Settlement:

(1) On **August 30, 2010 at 9 a.m.**, the Court will conduct a hearing on Preliminary Approval of Class Settlement.

(2) On or before **August 16, 2010**, the parties shall file their Joint Motion for Preliminary Approval with a Proposed Order. The Proposed Order shall set forth all relevant deadlines post preliminary approval hearing, including the Final Approval hearing date.

(3) The Court will conduct a hearing on the Final Approval of Class Settlement on **November 22, 2010 at 9 a.m.**

Dated: July 19, 2010

_____
JAMES WARE
United States District Judge