**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9               SAN JOSE DIVISION

10                                        NO. C 08-04312 JW
    The NVIDIA GPU Litigation.
11                                        **ORDER RE: PRELIMINARY APPROVAL
                                          OF CLASS SETTLEMENT**
12
13
                                                    /
14
        Presently before the Court is Plaintiffs' Unopposed Motion For Preliminary Approval of
15
    Settlement.  (Docket Item No. 238.)  The Court conducted a hearing on August 30, 2010.  Based on
16
    the papers submitted to date and oral argument, the Court orders as follows:
17
        (1)    The HP Consumer Objectors' Objection to the Preliminary Settlement is overruled as
18
               premature.  (Docket Item No. 240.)
19
        (2)    The parties' proposed Class Notice and Claim Form shall be revised with respect to
20
               the requirement of proof of purchase as follows:
21
               1. Please attach to this Claim Form some form of proof of purchase, which shows the
22             date that you purchased your computer.  Proof of purchase can be a sales receipt,
               credit card or other account statement, shipping manifest, purchase order, proof of
23             registration, or such other documentation that the Administrator deems sufficiently
               reliable to demonstrate that one of the specified models was purchased in the
24             specified purchase date range.  If you cannot locate a receipt, please provide the
               product identification number found on the back of your computer, along with the
25             approximate date of when the computer was purchased.
26      (3)    On or before **September 9, 2010**, the parties shall file a Revised Proposed Order for
27             Preliminary Approval incorporating the changes as noted above and correcting any
28             errors discussed at the August 30, 2010 hearing.  The Revised Proposed Order shall

1  set out all relevant dates leading up to the Final Approval hearing of **November 22,**

2  **2010 at 9 a.m.** To extent that the Court's modification requires the parties to change

3  the hearing date for Final Approval, the parties shall contact the Courtroom Deputy to

4  coordinate a new date.

5  (4)  Ten (10) days before the date of the Final Approval hearing, the claims administrator

6  shall file with the Court and serve on the parties a report detailing the claims that

7  have been denied on the basis of failing to meet one of the requirements outlined in

8  the Claim Form and the reason why such claims were denied, organized by class of

9  computer involved.

10

11

12  Dated: September 2, 2010

13  JAMES WARE
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Alan M. Mansfield alan@clgca.com
   Alexander K Talarides atalarides@orrick.com
3  Alreen Haeggquist alreenh@zhlaw.com
   Coleen Patricia Schoch cschoch@orrick.com
4  Eric David Freed eric@freedweiss.com
   George Kevin Lang george@freedweiss.com
5  Gina M. Tufaro gtufaro@hhplawny.com
   Heather A. Moser hmoser@mofo.com
6  Helen I. Zeldes helenz@zhlaw.com
   Howard Holderness hholderness@morganlewis.com
7  Ira P. Rothken ndca@techfirm.com
   James C. Sturdevant jsturdevant@sturdevantlaw.com
8  James E. Cecchi jcecchi@carellabyrne.com
   Jeff S. Westerman jwesterman@milberg.com
9  Jennifer Nejad jnejad@orrick.com
   Joe R. Whatley jwhatley@wdklaw.com
10 John Allen Lowther john@doylelowther.com
   John Watson Crongeyer jwc@birdlawgroup.com
11 Jonathan Shub jshub@shublaw.com
   Joshua Daniel Watts jwatts@orrick.com
12 Justin Myer Lichterman jlichterman@orrick.com
   Karl Olson kolson@ramolson.com
13 Kristofor Tod Henning khenning@morganlewis.com
   Lindsey H. Taylor ltaylor@carellabyrne.com
14 Michael A. Schwartz mschwartz@hhplawny.com
   Michael Francis Ram mram@ramolson.com
15 Michelle Lindsay Leung mileung@orrick.com
   Monique Olivier molivier@sturdevantlaw.com
16 Nicholas Koluncich nkoluncich@newmexicoclassactions.com
   Nicole Marie Duckett nduckett@milberg.com
17 Paul O. Paradis pparadis@hhplawny.com
   Paul R. Kiesel Kiesel@kbla.com
18 Ralph M. Stone rstone@lawssb.com
   Robert P. Varian rvarian@orrick.com
19 Thomas G Ciarlone tciarlone@lawssb.com
   Whitney Huston whuston@sturdevantlaw.com

20

21

22
   **Dated:  September 2, 2010**                    **Richard W. Wieking, Clerk**
23

24                                                  **By:    /s/ JW Chambers**
                                                        **Elizabeth Garcia**
25                                                      **Courtroom Deputy**

26

27

28