ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 08-04312 JW<br><br>**STIPULATED JOINT REQUEST FOR ORDER EXTENDING TIME TO FILE REVISED PROPOSED ORDER FOR PRELIMINARY APPROVAL**<br><br>**[SUBMITTED PURSUANT TO CIVIL LOCAL RULE 6-2]** |

OHS West:260986020.1

STIPULATED REQUEST FOR ORDER EXTENDING
TIME   C 08-04312 JW

Pursuant to Civil Local Rule 6-2, Plaintiffs and NVIDIA, through their counsel of record and Interim Lead Class Counsel for Plaintiffs, hereby jointly seek an order extending time to file the Revised Proposed Order for Preliminary Approval until September 14, 2010.  Filed currently herewith is the Declaration of Robert P. Varian, which complies with the requirements of Civil Local Rule 6-2.

On September 2, 2010 the Court issued an Order ("Order") [Docket No. 244] requesting that the parties file a Revised Proposed Order for Preliminary Approval on or before September 9, 2010.

The requested extension of the deadline to file the Revised Proposed Order is necessary because:

1. The parties are in the process of seeking further guidance from the Court regarding the September 2, 2010 Order;

2. Interim Lead Counsel for Plaintiffs is on vacation;

3. Key attorneys who need to be consulted in connection with the submission of the Revised Proposed Order are currently out of the office due to religious holidays.

Accordingly, Plaintiffs and NVIDIA, though their counsel of record and Interim Lead Class Counsel for Plaintiffs, HEREBY STIPULATE AND AGREE, and jointly request the Court to enter an Order providing;

1. The Revised Proposed Order for Preliminary Approval shall be due on or before September 14, 2010.

Dated: September 9, 2010
ROBERT P. VARIAN
JAMES N. KRAMER
JUSTIN M. LICHTERMAN
Orrick, Herrington & Sutcliffe LLP

*/s/ Robert P. Varian*
ROBERT P. VARIAN
Attorneys for Defendant
NVIDIA CORPORATION

| | | |
|---|---|---|
| 1 | Dated: September 9, 2010 | JEFF S. WESTERMAN |
| 2 | | SABRINA S. KIM |
| | | NICOLE M. DUCKETT |
| 3 | | Milberg LLP |

*/s/ Jeff S. Westerman*
JEFF S. WESTERMAN
Interim Lead Class Counsel for
Plaintiffs and All Others Similarly Situated

The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory which shall serve in lieu of their signature(s) on the document.

IT IS SO ORDERED:

DATE: September 10, 2010

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

OHS West:260986020.1

- 2 -

STIPULATED REQUEST FOR ORDER EXTENDING
TIME   C 08-04312 JW