MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG LLP
PETER SAFIRSTEIN
psafirstein@milberg.com
JENNIFER S. CZEISLER
jczeisler@milberg.com
ROLAND W. RIGGS
rriggs@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Counsel for Plaintiff Todd Feinstein and Interim Lead Class Counsel*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. C 08-4312 JW |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TIME AND EXPENSE REIMBURSEMENT FOR PLAINTIFFS<br><br>DATE:   December 20, 2010<br>TIME:   9:00 a.m.<br>CTRM:  8, 4th Floor<br>JUDGE: Hon. James Ware |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that on December 20, 2010, at 9:00 a.m., or as soon as the
3  matter may be heard before the Honorable James Ware, United States District Judge, United
4  States District Court for the Northern District of California, San Jose Division, 280 South 1st
5  Street, San Jose, California, Plaintiffs' counsel will and hereby do move for (1) attorneys' fees
6  and expenses in the amount of $13,000,000 and (2) time and expense reimbursements totaling
7  $32,947.50 for named Plaintiffs Todd Feinstein, Nathan DeBockler, Steven Nakash, Lance
8  Waidzunas and John Russo.

9
10  DATED: October 15, 2010                              MILBERG LLP
                                                        JEFF S. WESTERMAN
                                                        SABRINA S. KIM
11                                                      NICOLE M. DUCKETT

12

13                                                         */s/ Jeff S. Westerman*
                                                        _____
14                                                         JEFF S. WESTERMAN

15                                                      One California Plaza
                                                        300 S. Grand Avenue, Suite 3900
                                                        Los Angeles, CA  90071
16                                                      Telephone: (213) 617-1200
                                                        Facsimile:  (213) 617-1975
17                                                      Email:  jwesterman@milberg.com
                                                          skim@milberg.com
18                                                        nduckett@milberg.com

19                                                      MILBERG LLP
                                                        PETER SAFIRSTEIN
20                                                      JENNIFER S. CZEISLER
                                                        ROLAND RIGGS
21                                                      One Pennsylvania Plaza, 49th Floor
                                                        New York, NY  10119
22                                                      Telephone: (212) 594-5300
                                                        Facsimile:  (212) 868-1229
23                                                      Email:  psafirstein@milberg.com
                                                          jczeisler@milberg.com
24                                                        rriggs@milberg.com

25                                                      *Counsel for Plaintiff Todd Feinstein and*
                                                        *Interim Lead Class Counsel*
26

27

28

NTC OF MTN AND MTN FOR PLTFS' MTN FOR ATTYS' FEES, EXPENSES, TIME , AND EXPENSE
REIMBURSEMENT FOR PLAINTIFFS ~ CASE NO. C 08-4312 JW                                   - 1 -
DOCS\533343v1

| | |
|---|---|
| 1 | SHALOV STONE BONNER & ROCCO LLP |
| | RALPH M. STONE |
| 2 | THOMAS G. CIARLONE, JR. |
| | 485 Seventh Avenue |
| 3 | Suite 1000 |
| | New York, New York 10018 |
| 4 | Telephone: (212) 239-4340 |
| | Facsimile:  (212) 239-4310 |
| 5 | Email:  rstone@lawssb.com |
| |    tciarlone@lawssb.com |

*Counsel for Plaintiff Lance Waidzunas and Plaintiffs' Co-Counsel*

HORWITZ HORWITZ & PARADIS
PAUL O. PARADIS
MICHAEL A. SCHWARTZ
GINA M. TUFARO
405 Lexington Avenue, 61st Floor
New York, NY  10174
Telephone: (212) 986-4500
Facsimile:  (212) 986-4501
Email:  pparadis@hhplawny.com
   mschwartz@hhplawny.com
   gtufaro@hhplawny.com

*Counsel for Plaintiff Nathan DeBockler and Plaintiffs' Co-Counsel*

DOYLE LOWTHER LLP
WILLIAM J. DOYLE, II
JOHN A. LOWTHER, IV
9466 Black Mountain Road, Suite 210
San Diego, CA 92126
Telephone: (619) 573-1700
Facsimile:  (619) 573-1701
Email:  bill@doylelowther.com
   john@doylelowther.com

*Counsel for Plaintiff John Russo and Plaintiffs' Co-Counsel*

NTC OF MTN AND MTN FOR PLTFS' MTN FOR ATTYS' FEES, EXPENSES, TIME , AND EXPENSE REIMBURSEMENT FOR PLAINTIFFS ~ CASE NO. C 08-4312 JW — - 2 -

DOCS\533343v1