UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation | ) Case No. C 08-04312 JW |
| This Document Relates To: | ) |
| ALL ACTIONS | ) **DECLARATION OF KATIE HORTON** ) **RE: NOTICE PROCEDURES** |
| | ) |
| | ) |
| | ) |
| | ) Judge: Hon. James Ware |
| | ) |

I, **Katie Horton,** declare:

1.      I am a Case Manager at Rosenthal & Company LLC ("Rosenthal"), a division of Kurtzman Carson Consultants LLC, located at 75 Rowland Way, Suite 250, Novato, California.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.  All facts and statements contained herein are made to the best of my knowledge and belief as of the date hereof.

2.      Among my duties as a Case Manager at Rosenthal, I am familiar with Rosenthal's retention as the settlement administrator in the NVIDIA GPU Litigation, and Rosenthal's notice and administration procedures and processes.  In addition, I am one of the employees responsible for recording, compiling and providing to counsel for the parties in the above-captioned action (the "Parties") and the Court a summary and the preliminary results of services performed by Rosenthal

related to the Notice Procedures for the NVIDIA GPU litigation following the Order Preliminarily Approving Settlement and Providing for Notice (the "Settlement").  Capitalized terms not otherwise defined herein shall have the meanings ascribed to those terms in the Stipulation and Agreement of Settlement and Release dated August 12, 2010 and entered into between the Parties.

3.      As detailed more fully below, Rosenthal was retained to, among other tasks, mail the Postcard Summary Notice, email the Email Summary Notice, publish the Summary Notice, provide copies of the Full Notice on request, and develop and maintain a website and an automated telephone line to provide information regarding the Settlement.  Copies of the Email Summary Notice, Postcard Summary Notice, Published Summary Notice and Full Notice are attached hereto as Exhibits A, B, C and D, respectively.

4.      On August 20, 2010, Rosenthal received from Apple Inc. a computerized list of Class Member names, addresses, and email addresses.  On August 25, 2010, Rosenthal received from Dell Inc. a computerized list of Class Member names addresses, and from Hewlett-Packard ("HP") a computerized list of Class Member names, addresses, and email addresses.  On September 23, 2010, Rosenthal received from Class Counsel a computerized list of Class Member email addresses that had been collected from Class Members who had called or emailed Class Counsel's offices to inquire about the settlement.  These files are collectively characterized as the Class Member List, *i.e.*, all a United States residents who purchased for their own personal use and not for resale one of the notebook computers listed in Section 7 of the Notice during the corresponding time period, which contained one of certain NVIDIA chips that were incorporated into some versions of those notebook computers.  Altogether, there are 7,616,900 names, addresses and email addresses on the Class Member List.

5.      On or before September 28, 2010, Rosenthal separated the records with email addresses from the records without email addresses, and identified a list of 2,079,637 records that have email addresses, and the remaining 5,639,752 records that have only postal addresses.

6.      Of the 2,079,637 email records, Rosenthal identified and removed 101,589 duplicate email records and removed 913 invalid email addresses.  This resulted in a final emailing list consisting of 1,977,135 Class Member email addresses.

7.      Of the 5,639,752 records that have only postal addresses, Rosenthal identified and

1  removed 2,488,003 duplicate postal address records and removed 5,290 incomplete and undeliverable

2  mailing addresses.  This resulted in a final mailing list consisting of 3,146,459 Class Member postal

3  addresses.

4         8.     Altogether, after removing duplicates, 5,123,594 names and postal and/or email addresses

5  remain on the Class Member list.  Of these 5,123,594 names and postal and/or email addresses,

6  1,688,587 belong to Class Members from the electronic HP data file, 2,435,787 belong to Class

7  Members from the electronic Dell Inc. data file and 998,303 belong to Class Members from the

8  electronic Apple Inc. data file.

9         9.     Prior to mailing the Postcard Summary Notices, I caused the mailing addresses in the

10  Class Member List to be updated with the National Change of Address system, which updates addresses

11  for each class member who provided a change of address to the U.S. Postal Service during the previous

12  four years.

13        10.    On or before September 28, 2010, I caused an Interactive Voice Response system (the

14  "IVR system") to be established (877-440-7557) to provide information about the Settlement and to

15  record requests for Notice Packets.

16        11.    On or before September 28, 2010, I caused a website to be established

17  (www.NVIDIASettlement.com) to provide information about the Settlement, and to allow Class

18  Members to check the class eligibility of their computer and to download copies of the Full Notice. This

19  website was established to assist Class Members owning Dell, HP and Apple computers confirm

20  whether the notebook computer that they owned contained an Nvidia chip and is potentially covered by

21  the settlement.

22        12.    On or before September 28, 2010, I caused a toll-free telephone number (866-612-5779)

23  to be established, and the staff members of our Call Center to be trained in the details of the Settlement.

24  This Call Center was established to assist Class Members owning Dell computers confirm whether the

25  notebook computer that they owned contained an Nvidia GPU and is potentially covered by the

26  settlement by helping them interpret certain technical information unique to Dell computers.

27        13.    On or before September 28, 2010, I caused the Postcard Summary Notice to be printed,

28  and each of the names and addresses of the Class Members to be printed on a Postcard Summary Notice.

Declaration of Katie Horton Re: Notice Procedures

14.     From September 28, 2010 through September 30, 2010, I caused 1,977,135 Email Summary Notices to be emailed to all Class Members with electronic mail address information.

15.     From September 28, 2010 through September 30, 2010, I caused 3,146,459 Postcard Summary Notices to be mailed to the Class Members with no electronic mail address information but with physical address information by First Class postage in Janesville, Wisconsin.

16.     On September 29, 2010, I caused the Summary Notice to be published in USA Today. The Affidavit of Publication from USA Today is attached hereto as Exhibit E.

17.     I caused the Internet portion of the Notice Plan to commence on September 30, 2010. The Internet media consists of posting banner and text ads on the websites of PCWorld.com and MacWorld.com, as well as posting banner ads on PCMag.com.  The Internet portion of the Notice Plan is scheduled to end on October 20, 2010.  True and correct copies of the banner and text notices are attached hereto as Exhibit F and G respectively.

18.     In addition to the media notification described above, a "post-opt-out" version of the Publication Notice will be scheduled in the December issue of PC World magazine, which will be on-sale approximately November 19, 2010.  A true and correct copy of the post-opt-out version of the Publication Notice is attached hereto as Exhibit H.

19.     As of October 14, 2010, Rosenthal started receiving returned undeliverable Postcard Summary Notices from the U.S. Postal Service.  This mail will be processed on an ongoing basis. Rosenthal will evaluate which Postcard Summary Notices were returned with forwarding addresses, and the Class Member List will be updated with the new addresses.  Rosenthal will then re-mail these Postcard Summary Notices to the Class Members at each of these new addresses.  As of October 14, 2010, approximately 22,700 Postcard Summary Notices have been returned to Rosenthal with forwarding addresses.

20.     For the records without a forwarding address, Rosenthal will record the returned undeliverable mail and maintain this list in a database through the duration of the Settlement administration.  As of October 14, 2010, approximately 247,300 Postcard Summary Notices have been returned to Rosenthal without forwarding addresses.

21.     Of the 1,977,135 emails sent, 560,948 were returned as undeliverable (the "Email

Bounce-backs"). Rosenthal will record these undeliverable email addresses and maintain this list in a database through the duration of the Settlement administration. Of these 560,948 undeliverable email addresses, 448,166 had corresponding deliverable postal addresses. Of these 448,166 deliverable postal addresses, 6,800 were exact duplicates of other records by name and postal address. These 6,800 records were removed, resulting in a total of 441,366 records remaining. Postcard Summary Notices are being mailed to the Class Members at these 441,366 postal addresses.

22.     After accounting for the number of Postcard Summary Notices and Email Summary Notices mailed, the returned undeliverable mail and emails, projecting the number of additional mail that will be returned as undeliverable, and including the readership of USA Today and PC World, Rosenthal estimates that the Summary Notice will be delivered to approximately 90% of the Class Members. Rosenthal believes that this is a very high level of reach whether the "target audience" (in media planning terms) is the Class Members of this proposed settlement or the target of a consumer product advertising campaign. The additional impressions delivered by the Internet advertising on PCWorld.com, MacWorld.com and PCMag.com will further increase the reach level of the Notice Plan.

23.     As of October 14, 2010, 7,761 calls have been received by the IVR system. Of these callers, 640 requested a Full Notice. Rosenthal has fulfilled 447 of these requests, and will continue to fulfill these requests on an on-going basis.

24.     As of October 14, 2010, 571 calls have been logged and handled by the Call Center.

25.     As of October 14, 2010, 356,942 visitors have viewed the settlement website and 50,028 unique email addresses have been registered through the website for future contact about this settlement. If the Court grants Final Approval of the Settlement, these registered email addresses (along with the email addresses on the list used to send the initial Email Summary Notice) will be used to provide notice of the opening of the Claims Phase.

26.     As of October 14, 2010, Rosenthal has received 18 Requests for Exclusion. A list of the individuals requesting exclusion and copies of the exclusion requests are attached hereto as Exhibit I.

\\

\\

\\

1       27.     As of October 14, 2010, Rosenthal has received three Objections to the Settlement.

2    Copies of the objections are attached hereto as Exhibit J.

3

4    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and

5    correct to the best of my knowledge and that this declaration was executed this 15th day of October

6    2010 at Novato, California.

7

8                                                          _Katie Horton_

9                                                          Katie Horton

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Katie Horton Re: Notice Procedures

Exhibit A

**If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.**

This is a summary of the Full Notice.  Click here to visit the settlement website to obtain the Full Notice.  Do not reply to this email. Replies will not be read.

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice. This is not a solicitation from a lawyer.*

A settlement of a class action lawsuit (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) relates to the NVIDIA chips inside certain Dell, Hewlett-Packard ("HP"), and Apple notebook computers.  The lawsuit claims that NVIDIA sold defective Graphics Processing Units ("GPU") and Media and Communications Processors ("MCP") that affected the performance of some of the notebook computers in which they were incorporated.  NVIDIA denies all allegations of wrongdoing and has asserted many defenses. The settlement is not an admission of wrongdoing.

### Who is Affected by this Class Action?

All United States residents who purchased in the United States a version of one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers and containing an NVIDIA MCP or GPU.  These individuals are referred to as "Class Members" in this Notice.

### What Can You Get From the Proposed Settlement?

Class Members who file an approved claim will be entitled to:

**1.  Replacement of the NVIDIA graphics processing unit or media and communications processor**, which are referred to in this Notice as the "chips" if you purchased a version of certain models of notebook computers manufactured by Dell, Inc. or Apple Inc. containing one of the NVIDIA chips; or

**2.  A Replacement notebook computer similar in kind and value if you purchased a version of certain models of notebook computers manufactured by HP** containing one of the NVIDIA chips; or

**3.  Reimbursement of amounts paid for repairs related to problems with the NVIDIA chips.**  NVIDIA will fund $2 million from which reimbursements will be made.  The amount paid may depend on the number of reimbursement claims received.

NVIDIA is providing these benefits to members of the class, and is funding the settlement.  Dell, HP and Apple are not parties to this lawsuit.

### How Do You Receive a Benefit?

You must first qualify for filing a claim, and then file an approved claim with supporting documentation during the Claim Period. To qualify for a replacement as described in numbers 1 and 2 above, your notebook computer must be one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers, contain an NVIDIA MCP or GPU, and be exhibiting one of the symptoms listed in the Table of Identified Symptoms.  To qualify for a reimbursement as described in number 3 above, your notebook computer must be listed in the Table of Class Computers, contain an NVIDIA MCP or GPU, and must have been repaired because it was exhibiting one of the symptoms listed in the Table of Identified Symptoms.  The Claim Period will begin after the Court grants final approval of the Settlement.  Whether or not the Court has granted final approval, the Claim Period dates and further instructions for how to qualify and file a claim will be posted at the settlement website (www.NVIDIASettlement.com) and at the toll-free telephone support line (1-877-440-7557).

### Register Your Email Address To Receive an Alert When the Claim Period Begins.

To receive an email alert when the Claim Period begins, between now and December 20, 2010, visit www.NVIDIASettlement.com and register your email address.  If you previously received an emailed notice about this settlement, there is no need to register.

### What Are Your Options?

If you are a Class Member and you don't want to receive a replacement or reimbursement as described above and you don't want to be legally bound by the settlement, you must exclude yourself by November 5, 2010, or you won't be able to sue, or continue to sue, NVIDIA about the legal claims in this case.  If you exclude yourself, you can't receive a replacement or reimbursement under this settlement.  If you remain a Class Member, you may object to the settlement by November 5, 2010.  The Full Notice describes how to exclude yourself or object.  The Court will hold a hearing in this case (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) on December 20, 2010, to consider whether to approve the settlement and attorneys' fees and expenses in the amount of $13 million. You

may appear at the hearing, but you don't have to. For more details, call toll-free 1-877-440-7557, go to www.NVIDIASettlement.com, or write to *NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.

This is only a summary of the Full Notice.  Please visit www.NVIDIASettlement.com or call 1-877-440-7557 to obtain a copy of the Full Notice.

**Table of Class Computers**

The following notebook computer models are included in the settlement if they contain an NVIDIA GPU or MCP and were purchased in the time period corresponding to each Product Identification Number:

| Mfr. | Platform Name | Purchase Date Ranges |
|------|---------------|----------------------|
| Dell | Inspiron 1420 | May 2007 – September 30, 2008 |
| Dell | Inspiron 9400/E1705 | March 2006 – February 28, 2010 |
| Dell | Latitude D620 | December 2005 – November 30, 2008 |
| Dell | Latitude D630 | February 2007 – September 30, 2008 |
| Dell | Latitude D630c | February 2007 – September 30, 2008 |
| Dell | Latitude D820 | November 2005 – March 31, 2008 |
| Dell | Latitude D830 | March 2007 – September 30, 2008 |
| Dell | Precision M2300 | August 2007 – September 30, 2008 |
| Dell | Precision M4300 | March 2007 – September 30, 2008 |
| Dell | Precision M6300 | December 2007 – March 31, 2009 |
| Dell | Precision M65 | November 2005 – January 31, 2008 |
| Dell | Vostro 1700 | March 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1310 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1400 | May 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1510 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1710 | January 2008 – July 31, 2008 |
| Dell | XPS M1210 | March 2006 – November 30, 2008 |
| Dell | XPS M1330 | March 2007 – September 30, 2008 |
| Dell | XPS M1530 | September 2007 – January 31, 2009 |
| Dell | XPS M1710 | March 2006 – February 28, 2010 |
| Dell | XPS M1730 | November 2007 – January 31, 2009 |
| Dell | XPS1710 | March 2006 – April 30, 2009 |
| HP | Compaq Presario v30xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v31xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v32xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v33xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v34xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v60xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v61xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v62xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v63xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v64xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario F500 | October 2006 – September 30, 2008 |
| HP | Pavilion dv20xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv21xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv22xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv23xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv24xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv60xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv61xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv62xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv63xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv64xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv90xx | May 2006 – November 30, 2008 |

| Mfr. | Platform Name | Purchase Date Ranges |
|------|---------------|---------------------|
| HP | Pavilion dv92xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv93xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv94xx | May 2006 – November 30, 2008 |
| HP | Pavilion tx1xxx | March 2007 – May 31, 2008 |
| Apple | MacBook Pro (15-inch) | May 2007 – September 2008 |
| Apple | MacBook Pro (17-inch) | May 2007 – September 2008 |

**Identified Symptoms per Settlement Agreement §1.14**

| Symptom | Class Computer Models Covered by the Settlement Agreement |
|---------|----------------------------------------------------------|
| Distorted or scrambled video on the notebook computer screen | All |
| No video on the notebook computer screen even when the notebook computer is on | All |
| Random characters, lines or garbled images on the notebook computer screen | Dell, Hewlett-Packard |
| Intermittent video issues | Dell, Hewlett-Packard |
| Failure to detect the wireless adaptor<br><br>or<br><br>Failure to detect the wireless network | **Hewlett-Packard systems only.**<br>Certain versions of the following HP models<br>do not contain an NVIDIA MCP:<br>dv2xxx<br>dv6xxx<br>dv9xxx<br>If your system does not contain an NVIDIA MCP, you are not entitled to replacement or reimbursement for a wireless problem, and the administrator may deny your claim. |

Exhibit B

**If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.**

NVF

*NVIDIA GPU Litigation*
Settlement Administrator
P.O. Box 6175
Novato, CA  94948-6175

First-Class
Mail
US Postage
Paid
Permit #



Postal Service:  Please do not mark barcode

NVF – «ClaimID»   «MailRec»

«First1» «Last1»
«CO»
«Addr2»
«Addr1»
«City», «ST»  «Zip»  «Country»

---

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice.  This is not a solicitation from a lawyer.*

A settlement of a class action lawsuit (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) relates to the NVIDIA chips inside certain Dell, Hewlett-Packard ("HP"), and Apple notebook computers.  The lawsuit claims that NVIDIA sold defective Graphics Processing Units ("GPU") and Media and Communications Processors ("MCP") that affected the performance of some of the notebook computers in which they were incorporated.  NVIDIA denies all allegations of wrongdoing and has asserted many defenses.  The settlement is not an admission of wrongdoing.

**Who is Affected by this Class Action?**  All United States residents who purchased in the United States a version of one of the Dell, HP or Apple notebook computer models listed in the Full Notice and at the settlement website (www.NVIDIASettlement.com) and containing an NVIDIA MCP or GPU.  These individuals are referred to as "Class Members" in this Notice.

**What Can You Get From the Proposed Settlement?**  Class Members who file an approved claim will be entitled to:  **(1) Replacement of the NVIDIA graphics processing unit or media and communications processor**, which are referred to in this Notice as the "chips" if you purchased a version of certain models of notebook computers manufactured by Dell, Inc. or Apple Inc. containing one of the NVIDIA chips; or **(2) A Replacement notebook computer similar in kind and value if you purchased a version of certain models of notebook computers manufactured by HP** containing one of the NVIDIA chips; or **(3) Reimbursement of amounts paid for repairs related to problems with the NVIDIA chips**.  NVIDIA will fund $2 million from which reimbursements will be made.  The amount paid may depend on the number of reimbursement claims received.  NVIDIA is providing these benefits to members of the class, and is funding the settlement.  Dell, HP and Apple are not parties to this lawsuit.

**How Do You Receive a Benefit?**  You must first qualify for filing a claim, and then file an approved claim with supporting documentation during the Claim Period.  To qualify for a replacement as described in numbers 1 and 2 above, your notebook computer must be one of the Dell, HP or Apple notebook computer models listed in the Full Notice and at the settlement website (www.NVIDIASettlement.com), contain an NVIDIA MCP or GPU, and be exhibiting one of the identified symptoms listed in the Full Notice.  To qualify for a reimbursement as described in number 3 above, your notebook computer must be listed in the Full Notice, contain an NVIDIA MCP or GPU and must have been repaired because it was exhibiting one of the identified symptoms listed in the Full Notice and at the settlement website (www.NVIDIASettlement.com).  The Claim Period will begin after the Court grants final approval of the settlement.  Whether or not the Court has granted final approval, the Claim Period dates and further instructions for how to qualify and file a claim will be posted at the settlement website (www.NVIDIASettlement.com) and at the toll-free telephone support line (1-877-440-7557).

**Register Your Email Address To Receive an Alert When the Claim Period Begins.**  To receive an email alert when the Claim Period begins, between now and December 20, 2010, visit www.NVIDIASettlement.com and register your email address.  If you previously received an emailed notice about this settlement, there is no need to register.

**What Are Your Options?**  If you are a Class Member and you don't want to receive a replacement or reimbursement as described above and you don't want to be legally bound by the settlement, you must exclude yourself by November 5, 2010, or you won't be able to sue, or continue to sue, NVIDIA about the legal claims in this case.  If you exclude yourself, you can't receive a replacement or reimbursement under this settlement.  If you remain a Class Member, you may object to the settlement by November 5, 2010.  The Full Notice describes how to exclude yourself or object.  The Court will hold a hearing in this case (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) on December 20, 2010, to consider whether to approve the settlement and attorneys' fees and expenses in the amount of $13 million.  You may appear at the hearing, but you don't have to. This is only a summary of the Full Notice.  For more details or to obtain a copy of the Full Notice, call toll free  1-877-440-7557, go to www.NVIDIASettlement.com, or write to *NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.

Exhibit C

# If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice. This is not a solicitation from a lawyer.*

A settlement of a class action lawsuit (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) relates to the NVIDIA chips inside certain Dell, Hewlett-Packard ("HP"), and Apple notebook computers. The lawsuit claims that NVIDIA sold defective Graphics Processing Units ("GPU") and Media and Communications Processors ("MCP") that affected the performance of some of the notebook computers in which they were incorporated. NVIDIA denies all allegations of wrongdoing and has asserted many defenses. The settlement is not an admission of wrongdoing.

**Who is Affected by this Class Action?**

All United States residents who purchased in the United States a version of one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers. These individuals are referred to as "Class Members" in this Notice.

**What Can You Get From the Proposed Settlement?**

Class Members who file an approved claim will be entitled to:

**1. Replacement of the NVIDIA graphics processing unit or media and communications processor,** which are referred to in this Notice as the "chips" if you purchased a version of certain models of notebook computers manufactured by Dell, Inc. or Apple Inc. containing one of the NVIDIA chips; or

**2. A Replacement notebook computer similar in kind and value if you purchased a version of certain models of notebook computers manufactured by HP** containing one of the NVIDIA chips; or

**3. Reimbursement of amounts paid for repairs related to problems with the NVIDIA chips.** NVIDIA will fund \$2 million from which reimbursements will be made. The amount paid may depend on the number of reimbursement claims received.

NVIDIA is providing these benefits to members of the class, and is funding the settlement. Dell, HP and Apple are not parties to this lawsuit.

**How Do You Receive a Benefit?**

You must first qualify for filing a claim, and then file an approved claim with supporting documentation during the Claim Period. To qualify for a replacement as described in numbers 1 and 2 above, your notebook computer must be one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers, contain an NVIDIA MCP or GPU, and be exhibiting one of the symptoms listed in the Full Notice. To qualify for a reimbursement as described in number 3 above, your notebook computer must be listed in the Table, contain an NVIDIA MCP or GPU, and must have been repaired because it was exhibiting one of the symptoms listed in the Full Notice. The Claim Period will begin after the Court grants final approval of the Settlement. Whether or not the Court has granted final approval, the Claim Period dates and further instructions for how to qualify and file a claim will be posted at the Settlement Website and at the toll-free telephone support line shown at the bottom of this Notice.

**Register Your Email Address**
**To Receive an Alert When the Claim Period Begins.**

To receive an email alert when the Claim Period begins, between now and December 20, 2010, visit www.NVIDIASettlement.com and register your email address. If you previously received an emailed notice about this settlement, there is no need to register.

**What Are Your Options?**

If you are a Class Member and you don't want to receive a replacement or reimbursement as described above and you don't want to be legally bound by the settlement, you must exclude yourself by November 5, 2010, or you won't be able to sue, or continue to sue, NVIDIA about

the legal claims in this case. If you exclude yourself, you can't receive a replacement or reimbursement under this settlement. If you remain a Class Member, you may object to the settlement by November 5, 2010. The Full Notice describes how to exclude yourself or object. The Court will hold a hearing in this case (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) on December 20, 2010, to consider whether to approve the settlement and attorneys' fees and expenses in the amount of \$13 million. You may appear at the hearing, but you don't have to. For more details, call toll-free 1-877-440-7557, go to www.NVIDIASettlement.com, or write to *NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.

This is only a summary of the Full Notice. Please visit www.NVIDIASettlement.com or call 1-877-440-7557 to obtain a copy of the Full Notice.

**Table of Class Computers**

The following notebook computer models are included in the settlement if they contain an NVIDIA GPU or MCP and were purchased in the time period corresponding to each Product Identification Number:

| MFR. | PLATFORM NAME | PURCHASE DATE RANGES |
|------|---------------|----------------------|
| Dell | Inspiron 1420 | May 2007 – September 30, 2008 |
| Dell | Inspiron 9400/E1705 | March 2006 – February 28, 2010 |
| Dell | Latitude D620 | December 2005 – November 30, 2008 |
| Dell | Latitude D630 | February 2007 – September 30, 2008 |
| Dell | Latitude D630c | February 2007 – September 30, 2008 |
| Dell | Latitude D820 | November 2005 – March 31, 2008 |
| Dell | Latitude D830 | March 2007 – September 30, 2008 |
| Dell | Precision M2300 | August 2007 – September 30, 2008 |
| Dell | Precision M4300 | March 2007 – September 30, 2008 |
| Dell | Precision M6300 | December 2007 – March 31, 2009 |
| Dell | Precision M65 | November 2005 – January 31, 2008 |
| Dell | Vostro 1700 | March 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1310 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1400 | May 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1510 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1710 | January 2008 – July 31, 2008 |
| Dell | XPS M1210 | March 2006 – November 30, 2008 |
| Dell | XPS M1330 | March 2007 – September 30, 2008 |
| Dell | XPS M1530 | September 2007 – January 31, 2009 |
| Dell | XPS M1710 | March 2006 – February 28, 2010 |
| Dell | XPS M1730 | November 2007 – January 31, 2009 |
| Dell | XPS1710 | March 2006 – April 30, 2009 |
| HP | Compaq Presario v30xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v31xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v32xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v33xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v34xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v60xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v61xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v62xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v63xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v64xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario F500 | October 2006 – September 30, 2008 |
| HP | Pavilion dv20xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv21xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv22xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv23xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv24xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv60xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv61xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv62xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv63xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv64xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv90xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv92xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv93xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv94xx | May 2006 – November 30, 2008 |
| HP | Pavilion tx1xxx | March 2007 – May 31, 2008 |
| Apple | MacBook Pro (15-inch) | May 2007 – September 2008 |
| Apple | MacBook Pro (17-inch) | May 2007 – September 2008 |

# www.NVIDIASettlement.com          1-877-440-7557

Exhibit D

# If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice.*
*This is not a solicitation from a lawyer.*

- The settlement relates to the purchase of Dell, Hewlett-Packard ("HP"), and Apple notebook computers containing NVIDIA chips. It will provide for (1) replacement of the NVIDIA graphics processing unit or media and communications processor, which are referred to in this Notice as the "chips," if you purchased a version of certain models of notebook computers manufactured by Dell, Inc., or Apple Inc. containing one of the NVIDIA chips, and your notebook computer is experiencing certain identified symptoms; or (2) a payment from a $2,000,000 settlement fund established for the purpose of providing reimbursements to persons who purchased a specified model of notebook computer, experienced certain identified symptoms, and paid to have the notebook computer repaired, although the amount of reimbursement may depend on the number of reimbursement claims received; or (3) a replacement notebook computer similar in kind and value, if you purchased a version of certain models of notebook computer manufactured by HP containing one of the NVIDIA chips and your notebook computer is experiencing certain identified symptoms, and if you return your eligible malfunctioning HP notebook computer once your claim is approved.

- NVIDIA is providing these benefits to members of the class, and is funding the settlement. Dell, HP and Apple are not parties to this lawsuit. This settlement does not affect any existing notebook computer warranty that you may have. To the extent applicable, such warranties will continue to apply according to their terms.

- To qualify for a replacement chip in your Dell or Apple notebook computer, you must be a United States resident who purchased in the United States one of the Dell or Apple notebook computer models listed in Section 7 hereto, your notebook computer must be experiencing one of the symptoms identified on Exhibit 1 hereto, and you must submit a Claim Form and the identified supporting documentation within the applicable deadlines. To qualify for a reimbursement, you must be a United States resident who purchased in the United States one of the notebook computer models listed in Section 7 hereto, your notebook computer must have experienced one of the symptoms identified on Exhibit 1 hereto, you must have paid to have your notebook computer repaired because it was experiencing one of the symptoms identified on Exhibit 1 hereto, and you must submit a Claim Form and the identified supporting documentation within the applicable deadlines. To qualify for a replacement notebook computer, you must be a United States resident who purchased in the United States a version of one of the HP notebook computer models listed in Section 7 hereto containing an NVIDIA chip, your notebook computer must be experiencing one of the symptoms identified on Exhibit 1 hereto, and you must submit a Claim Form and the identified supporting documentation and, if your claim is approved, return the HP notebook computer that is experiencing the symptoms within the applicable deadlines.

- Your legal rights are affected whether you act or don't act. Please read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A CLAIM FORM AND SUPPORTING DOCUMENTATION WITHIN THE DEADLINES | The only way to get a replacement remedy or a reimbursement. |
| EXCLUDE YOURSELF | Get no replacement remedy or reimbursement payment. This is the only option that allows you to ever be part of any other lawsuit against NVIDIA about the legal claims in the case. |
| OBJECT | Write to the Court about why you don't like the settlement. |
| GO TO A HEARING | Ask to speak in Court about the fairness of the settlement. |
| DO NOTHING | Get no replacement remedy or reimbursement remedy. Give up rights. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case must decide whether to approve the settlement as part of the process described in this Notice. Replacements or reimbursements will be made if the Court approves the settlement.

## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...................................................................................................... **2**
1. Why did I get this Notice package? ............................................................................... 2
2. What is this lawsuit about? ............................................................................................ 3
3. Why is this a class action? ............................................................................................ 3
4. Why is there a settlement? ............................................................................................ 3

NVF_NOT_100927_rev1

**WHO IS IN THE SETTLEMENT** ................................................................................................................ **3**
    5.   How do I know if I am part of the settlement? ....................................................................... 3
    6.   Who is not included in the Class? .......................................................................................... 3
    7.   Which products are included? ................................................................................................ 3
    8.   I'm still not sure if I am included. ........................................................................................ 5

**THE SETTLEMENT BENEFITS -- WHAT YOU GET** ........................................................................... **5**
    9.   What does the settlement provide? ........................................................................................ 5
   10.  What can I get from the settlement? ...................................................................................... 5
   11.  Does this settlement affect my existing product warranty? ................................................... 5
   12.  If I purchased one of the listed notebook computers during the corresponding time period but have not
         experienced an identified symptom, am I included? ............................................................. 5
   13.  If I purchased one of the listed notebook computers during the corresponding time period and paid to
         have it repaired when it experienced an identified symptom, am I included? .......................... 5
   14.  What if my notebook computer experiences symptoms in the future? .................................... 5

**HOW YOU GET A REPLACEMENT OR REIMBURSEMENT -- SUBMITTING A CLAIM FORM** ........................... **6**
   15.  How can I get a replacement or reimbursement? .................................................................. 6
   16.  When would I get my replacement or reimbursement? .......................................................... 6
   17.  What am I giving up if I remain in the Class? ........................................................................ 6

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ........................................................................ **6**
   18.  How do I get out of the settlement? ....................................................................................... 7
   19.  What is the effect if I exclude myself from this settlement? ................................................... 7
   20.  If I don't exclude myself, can I sue NVIDIA for the same thing later? .................................... 7

**THE LAWYERS REPRESENTING YOU** ............................................................................................. **7**
   21.  Do I have a lawyer in the case? ............................................................................................. 7
   22.  How will the lawyers be paid? ............................................................................................... 7

**OBJECTING TO THE SETTLEMENT** ................................................................................................ **7**
   23.  How do I tell the Court that I don't like the settlement? ........................................................ 7
   24.  What's the difference between objecting and excluding? ....................................................... 8

**THE COURT'S FAIRNESS HEARING** ............................................................................................... **8**
   25.  When and where will the Court decide whether to approve the settlement? ........................... 8
   26.  Do I have to come to the hearing? ......................................................................................... 8
   27.  May I speak at the hearing? ................................................................................................... 8

**IF YOU DO NOTHING** .................................................................................................................... **8**
   28.  What happens if I do nothing at all? ...................................................................................... 8

**GETTING MORE INFORMATION** ..................................................................................................... **8**
   29.  Are there more details about the settlement? ........................................................................ 8
   30.  How do I get more information? ............................................................................................. 8

**BASIC INFORMATION**

| 1. | Why did I get this Notice package? |
|---|---|

You may be a United States resident who purchased for your own personal use and not for resale one of the notebook computers listed in Section 7 hereto during the corresponding time period, which contained one of certain NVIDIA chips that were incorporated into some versions of those notebook computers.

The Court ordered this Notice to be sent to you because you have a right to know about a proposed settlement of a class action lawsuit against NVIDIA, and about your options, before the Court decides whether to approve the settlement. If the Court approves it, an administrator will, where appropriate, authorize the replacements and make the reimbursement payments that the settlement allows.

This package explains the lawsuit, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW. The people who sued are called the Plaintiffs, and the company they sued, NVIDIA Corporation, is called the Defendant.

**2.    What is this lawsuit about?**

The lawsuit claimed that NVIDIA sold defective Graphics Processing Units ("GPUs") and Media and Communications Processors ("MCPs") that affected the performance of some of the notebook computers in which they were incorporated.  NVIDIA denies all allegations of wrongdoing and has asserted many defenses.  The settlement is not an admission of wrongdoing.

**3.    Why is this a class action?**

In a class action, one or more people, called Class Representatives (in this case Todd Feinstein, Nathan DeBockler, and John Russo), sue on behalf of people who have alleged similar claims.  All these people are a Class or Class Members.  One court resolves the issues for all Class Members, except those who exclude themselves from the Class.  United States District Court Judge James Ware is in charge of this class action.

**4.    Why is there a settlement?**

The Court did not decide in favor of Plaintiffs or Defendant.  Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and settlement benefits go to the Class Members.  The Class Representatives and their attorneys think the settlement is best for the Class Members.

**WHO IS IN THE SETTLEMENT**

To see if you get a replacement remedy or a reimbursement from this settlement, you first have to determine whether you are a Class Member.

**5.    How do I know if I am part of the settlement?**

Judge Ware has decided that everyone who fits this description is a Class Member:  *All persons and entities resident in the United States of America who purchased a "Class Computer" in the United States of America.*

**6.    Who is not included in the Class?**

The Class does *not* include (1) employees of NVIDIA, including its current or former directors, officers and counsel; (2) any entity that has a controlling interest in NVIDIA; (3) NVIDIA's affiliates and subsidiaries; and (4) the judge to whom this case is assigned and any member of the judge's immediate family.  The Class also does not include all persons who validly request exclusion from the Class.

**7.    Which products are included?**

The following notebook computer models are included in the settlement, if they contain an NVIDIA GPU or MCP and were purchased in the time period corresponding to each model.  In some of the notebook computer models listed, only certain versions of the models contain NVIDIA chips, even though the notebook computer has the same model name. Only those versions containing NVIDIA chips are entitled to a remedy as part of this settlement. The following information will assist in determining whether your model contains an NVIDIA chip.

**DELL NOTEBOOK COMPUTERS**

| PLATFORM NAME | PURCHASE DATE RANGES | SERVICE TAG NUMBER |
|---|---|---|
| Dell Inspiron 1420 | May 2007 – September 30, 2008 | |
| Dell Inspiron 9400/E1705 | March 2006 – February 28, 2010 | |
| Dell Latitude D620 | December 2005 – November 30, 2008 | |
| Dell Latitude D630 | February 2007 – September 30, 2008 | |
| Dell Latitude D630c | February 2007 – September 30, 2008 | |
| Dell Latitude D820 | November 2005 – March 31, 2008 | |
| Dell Latitude D830 | March 2007 – September 30, 2008 | |
| Dell Precision M2300 | August 2007 – September 30, 2008 | |
| Dell Precision M4300 | March 2007 – September 30, 2008 | |
| Dell Precision M6300 | December 2007 – March 31, 2009 | Please visit www.NVIDIASettlement.com or call 1-877-440-7557 to use your Service Tag Number to find out if your computer is affected by the settlement. |
| Dell Precision M65 | November 2005 – January 31, 2008 | |
| Dell Vostro 1700 | March 2007 – September 30, 2008 | |
| Dell Vostro Notebook 1310 | December 2007 – September 30, 2008 | |
| Dell Vostro Notebook 1400 | May 2007 – September 30, 2008 | |
| Dell Vostro Notebook 1510 | December 2007 – September 30, 2008 | |
| Dell Vostro Notebook 1710 | January 2008 – July 31, 2008 | |
| Dell XPS M1210 | March 2006 – November 30, 2008 | |
| Dell XPS M1330 | March 2007 – September 30, 2008 | |
| Dell XPS M1530 | September 2007 – January 31, 2009 | |
| Dell XPS M1710 | March 2006 – February 28, 2010 | |
| Dell XPS M1730 | November 2007 – January 31, 2009 | |
| Dell XPS1710 | March 2006 – April 30, 2009 | |

**HP-COMPAQ NOTEBOOK OR TABLET COMPUTERS**

| PLATFORM NAME | PURCHASE DATE RANGES | PRODUCT IDENTIFICATION NUMBER |
|---|---|---|
| HP Pavilion dv20xx | March 2006 – December 31, 2008 | ES745AV; ES 746AV; ES817A; ES826AV; ES892AV; EZ643UA; EZ644UA; EZ645UA; EZ648UA; EZ649UA; EZ672UA; EZ674UA; EZ675UA; EZ676UA; EZ677UA; EZ678UA; EZ679UA; EZ680UA; EZ681UA; GD275AV; RD140AV; RD153AV; RK416AV; RK434AV * |
| Compaq Presario v30xx | March 2006 – October 31, 2008 | |
| HP Pavilion dv21xx | March 2006 – December 31, 2008 | EY045AV; EY046AV; EY047AV; EY048AV; RG404UA; RG406UA; RG407UA; RG408UA; RG411UA; RG413UA; RG414UA; RG415UA * |
| Compaq Presario v31xx | March 2006 – October 31, 2008 | |
| HP Pavilion dv22xx/dv23xx | March 2006 – December 31, 2008 | GA154UA; GA155UA; RD856AV; RD857AV; RD858AV; RD859AV; RE205AV; RE206AV; RP408UA; RP409UA; RP410UA; RP412UA; RP413UA; RP415UA; RU767UA; RU768UA; RU769UA; RV322UA; RV323UA; RV324UA; RV325UA; RV326UA; RV327UA; RV328UA; RZ833PA * |
| Compaq Presario v32xx/v33xx | March 2006 – October 31, 2008 | |
| HP Pavilion dv24xx | March 2006 – December 31, 2008 | GA532UA; GA533UA; GA534UA; GA535; GA536; GA537UA; GM035UA; GM037UA; GM038UA; GM039UA; GM040UA; RX692AV; RX693AV; RX694AV * |
| Compaq Presario v34xx | March 2006 – October 31, 2008 | |
| HP Pavilion dv90xx | May 2006 – November 30, 2008 | EW635AV; EW680AV; EX988AV; EZ452UA; EZ453UA; EZ456UA; EZ457UA; EZ458UA; EZ459UA; EZ460UA; EZ461UA; EZ462UA; EZ468UA; EZ470UA; EZ471UA; RG139AS; RG564AV; RG931AS * |
| HP Pavilion dv92xx/dv93xx | May 2006 – November 30, 2008 | GA074UA; GA075UA; GA076UA; GA077UA; GA078UA; RD860AV; RG565AV; RL015AV; RP114UA; RP115UA; RP116UA; RP122UA; RU312UA; RU313UA; RU314UA; RU971UA; RU972UA; RU974UA; RU975UA; RW113AS * |
| HP Pavilion dv94xx | May 2006 – November 30, 2008 | GA354UA; GA355UA; GA356UA; GA358UA; GA359UA; GA361UA; GD545AV; GD574AV; GL880UA; GL885UA; GL886UA; GL887UA; GL888UA; GL889UA; GL890UA; GL891UA; GL892UA; RX944AV * |
| HP Pavilion dv60xx | May 2006 – April 30, 2009 | EW434AV; EW435AV; EW468AV; EW585AV; EW586AV; EW618AV; EZ472UA; EZ473UA; EZ474UA; EZ475UA; EZ502UA; EZ503UA; RE603AS; RE606AS * |
| Compaq Presario v60xx | May 2006 – October 31, 2008 | |
| HP Pavilion dv61xx | May 2006 – April 30, 2009 | EX991AV; EX992AV; EX992AV; EX994AV; GD536AV; RD167AV; RD181AV; RG253UA; RG254UA; RG264UA; RG265UA; RG266UA; RG267UA; RG272UA; RG273UA; RG274UA; RG279UA; RG282UA; RG286UA; RG287UA; RG289UA; RG290UA; RG293UA; RG294UA; RG298UA; RG563AV; RG568AV; RK415AV; RM662LA; RN906UA; RN907UA; RN910UA; RN911UA; RN914UA; RN926UA; RN927UA * |
| Compaq Presario v61xx | May 2006 – October 31, 2008 | |
| HP Pavilion dv62xx/dv63xx | May 2006 – April 30, 2009 | GA212UA; GA213UA; GA215UA; GA218UA; GA219UA; GA231UA; GA232UA; GA233UA; GA235UA; GA238UA; GA451UA; GA452UA; GA673AV; RD861AV; RD862AV; RD863AV; RD864AV; RD865AV; RJ637AV; RK654AV; RK664AV; RP153UA; RP154UA; RP156UA; RP158UA; RP160UA; RP162UA; RP164UA; RP165UA; RP168UA; RP203UA; RP211UA; RP287UA; RU676UA; RU677UA; RU678UA; RU679UA; RV003UA; RV004UA; RV005UA; RV009UA; RV010UA; RV011UA; RV012UA; RV013UA; RV018UA; RV020UA; RV052UA; RV053UA; RW114AS; RW115AS * |
| Compaq Presario v62xx/v63xx | May 2006 – October 31, 2008 | |
| HP Pavilion dv64xx | May 2006 – April 30, 2009 | GA442UA; GA443UA; GA444UA; GA445UA; GA447UA; GA448UA; GA 449UA; GA450UA; GA454UA; GA456UA; GA458UA; GD661AV; RX950AV; RX951AV; GA462UA; GL896UA; GL909UA; GL910UA; GL911UA; GN202AV; GD662AV; GL912UA; GL913UA; GL914UA; GL915UA; GL916UA; RX945AV; RX947AV; GL917UA; GL925UA; GL926UA; KA249UA; KA250UA; RX946AV; RX948AV * |
| Compaq Presario v64xx | May 2006 – October 31, 2008 | |
| Compaq Presario F500 | October 2006 – September 30, 2008 | RZ326UA; RZ327UA; RZ329UA; RZ330UA; RZ335UA; RZ340UA; GF593UA; GF596UA; GF602UA; GF606UA; GF606UA#AVA |
| HP Pavilion Tx1xxx (tablet computer) | March 2007 – May 31, 2008 | RD192AV; RV307UA; RV308UA; RV309UA; RV312UA; RV313UA; RX695AV; GM025UA; GS865UA; GS866UA; GS867UA; GS868UA; GS877UA; GS877UA#ABA; GA646UA; GA647UA; GA648UA; GA650UA; GA469UA; GA469UA#ABA; KC468UA; KC474UA; KC474UA#ABA; KC475UA; KC479UA |

\* If the notebook product number is listed here, it is included as a Class Computer whether it does or does not contain the letter "R."

QUESTIONS?  CALL 1-877-440-7557 TOLL FREE, OR VISIT WWW.NVIDIASETTLEMENT.COM

**APPLE MACBOOK PRO COMPUTERS**

| PLATFORM NAME | PURCHASE DATE RANGES | SERIAL NUMBERS |
|---|---|---|
| Apple MacBook Pro (15-inch) | May 2007 – September 2008 | Please visit www.NVIDIASettlement.com  to use your Serial Number to find out if your computer is affected by the settlement. |
| Apple MacBook Pro (17-inch) | May 2007 – September 2008 | |

---

**8.      I'm still not sure if I am included.**

If you are still not sure whether you are included, you can visit the website, www.NVIDIASettlement.com, for more information.

**THE SETTLEMENT BENEFITS — WHAT YOU GET**

**9.      What does the settlement provide?**

NVIDIA has agreed to provide a replacement of the NVIDIA GPU or MCP to Class Members who purchased certain versions of some Dell, Inc. or Apple Inc. notebook computers that contain an NVIDIA chip and who send in a valid Claim Form and appropriate supporting documentation.  NVIDIA has also agreed to provide a replacement HP notebook computer to Class Members who bought certain versions of some HP notebook computers that contain an NVIDIA chip and who send in a valid Claim Form, appropriate supporting documentation, and (if the Claim Form is approved) their eligible malfunctioning HP notebook computer.  The replacement HP notebook computer will be of similar kind and value as their eligible malfunctioning notebook computer.  The settlement covers certain versions of certain models of notebook computers manufactured by Dell, Inc., HP or Apple Inc., identified in Section 7 and purchased between the dates correlating to those models.  Only versions of those models that contain an NVIDIA GPU or MCP and experienced certain symptoms identified in Exhibit 1 are entitled to a replacement remedy.

NVIDIA has also agreed to provide a fund in the amount of $2,000,000 to provide reimbursements if you purchased a version of one of the notebook computer models identified in Section 7 that contains an NVIDIA GPU or MCP during the dates listed in Section 7, experienced certain identified symptoms, and have appropriate documentation proving that you paid to have the notebook computer repaired.  The amount of reimbursement may depend on the number of reimbursement claims received.

To qualify for the reimbursement remedy, you must have purchased a version of the notebook computer that contained an NVIDIA chip, and the purchase must have occurred within the date range correlating to your notebook computer model.  To qualify for the replacement remedy, you must have purchased a version of the notebook computer that contained an NVIDIA chip, the purchase must have occurred within the date range correlating to your notebook computer model, and if your claim is approved, you must return your eligible malfunctioning HP notebook computer.

**10.     What can I get from the settlement?**

Depending on which model you have and whether you paid for repairs, the settlement provides for: (1) a replacement of the NVIDIA chip inside your notebook computer; (2) for a replacement HP notebook computer with one similar in kind and value if you bought a subject HP notebook computer; and (3) for reimbursement of either the entire amount that you spent to have the notebook computer repaired due to a previous failure of the NVIDIA graphics chip or a portion of that amount, depending on the number of people who submit valid claims for reimbursement. All settlement benefits are provided by NVIDIA.

**11.     Does this settlement affect my existing product warranty?**

No.  This settlement does not affect any existing warranty that you may have.  Those warranties, if any, will continue to apply to your notebook computer according to their terms.

**12.     If I purchased one of the listed notebook computers during the corresponding time period but have not experienced an identified symptom, am I included?**

Yes, but to obtain a replacement remedy or reimbursement payment your notebook computer must have experienced one of the symptoms identified on Exhibit 1.

**13.     If I purchased one of the listed notebook computers during the corresponding time period and paid to have it repaired when it experienced an identified symptom, am I included?**

Yes.  You may be entitled to make a claim for reimbursement of any payments you made to have your notebook computer repaired as a result of a problem with an NVIDIA GPU or MCP if you can provide appropriate documentation showing proof of payment for a repair.  The amount you are reimbursed may not cover the full amount of your payment, depending on how many people claim and are entitled to reimbursement.

**14.     What if my notebook computer experiences symptoms in the future?**

If your notebook computer experiences symptoms before the deadline to submit a Claim Form, you may submit a Claim Form within the applicable deadline and obtain a replacement remedy.  You may also submit your notebook computer for repair under any existing and operative warranty provided to you by, or purchased by you from, the manufacturer of your notebook computer or the retailer from whom you purchased the notebook computer.

HOW YOU GET A REPLACEMENT OR REIMBURSEMENT -- SUBMITTING A CLAIM FORM

**15.    How can I get a replacement or reimbursement?**

To qualify for a replacement remedy or a reimbursement, you must send in a Claim Form and appropriate supporting documentation after the Court grants Final Approval of the settlement, and within the deadline. A Claim Form, including instructions on how to make a claim, will be available after Final Approval of the settlement on the Internet at www.NVIDIASettlement.com or by calling 1-877-440-7557. If you choose to submit a Claim Form, you will need to provide information that will help verify that your notebook computer is a version of an eligible model that contains an NVIDIA chip.

If you choose to send in a Claim Form, you must do so **only** during the period specified for submitting a Claim Form, called the "Claim Period." The Claim Period will begin after the Court grants Final Approval of the settlement. If you did not receive notice of this settlement by email, then visit www.NVIDIASettlement.com and register your email address and you will be notified when the Claim Period begins. If you received this Notice via email or register your email address, you will be notified by email when the Court grants Final Approval and advised when the Claim Period begins. Alternatively, at any time you may visit www.NVIDIASettlement.com or call 1-877-440-7557 to find out if the Final Approval has been granted and when the Claim Period will begin. The Court has scheduled a hearing to decide whether to grant Final Approval for December 20, 2010, and is expected to rule on that date or shortly afterwards.

When you fill in your Claim Form, you must read the instructions carefully, fill out the form as directed in the instructions, include all information and documents the form asks for, and sign the Claim Form under penalty of perjury. Required documentation is a form of proof of purchase, which shows the date that you purchased your notebook computer. Proof of purchase can be a sales receipt, credit card or other account statement, shipping manifest, purchase order, proof of registration, or such other documentation that the Administrator deems sufficiently reliable to demonstrate that one of the specified models was purchased in the specified purchase date range, along with the product identification number found on the back of your notebook computer and the date of when the notebook computer was purchased. If you cannot find your receipt, please call the Administrator at 1-877-440-7557.

If you choose to submit the Claim Form by U.S. Mail, you must mail the Claim Form postmarked on or before the last date of the Claim Period. If you choose to submit the Claim Form by any means other than U.S. Mail, you must submit the Claim Form on or before the last date of the Claim Period.

Follow all the instructions for the Claim Form.

**16.    When would I get my replacement or reimbursement?**

The Court will hold a hearing on December 20, 2010 at 9:00 a.m., to decide whether to approve the settlement. If Judge Ware approves the settlement, the processing of replacements is expected to begin shortly afterwards. Reimbursements will be paid after all claims are filed. Please be patient.

**17.    What am I giving up if I remain in the Class?**

Unless you exclude yourself, you stay in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against NVIDIA, Dell, Inc., HP, or Apple Inc. about the legal issues in this case. If the settlement is approved and becomes final and not subject to appeal, then you and all Class Members release all "Released Claims" against all "Released Persons."

"Class Computer" means any of the notebook computers listed in Section 7 above.

"Identified Symptom" means any symptom listed on Exhibit 1 to this document.

"Released Claims" means all claims that were or could have been asserted in *The NVIDIA GPU Litigation*, to the extent they arise out of or relate to the weak die/packaging material set in NVIDIA GPU and MCP products incorporated into Class Computers, including Class Computers that exhibit Identified Symptoms.

"Released Persons" means: (1) NVIDIA Corporation and its present or past parent corporations, subsidiaries, divisions, affiliates, partners, directors, officers, employees, agents and insurers, and each of their respective predecessors, heirs, executors, administrators, successors, and assigns; (2) HP and its present or past parent corporations, subsidiaries, divisions, affiliates, partners, directors, officers, employees, agents and insurers, and each of their respective predecessors, heirs, executors, administrators, successors, and assigns; (3) Dell and its present or past parent corporations, subsidiaries, divisions, affiliates, partners, directors, officers, employees, agents and insurers, and each of their respective predecessors, heirs, executors, administrators, successors, and assigns; (4) Apple and its present or past parent corporations, subsidiaries, divisions, affiliates, partners, directors, officers, employees, agents and insurers, and each of their respective predecessors, heirs, executors, administrators, successors, and assigns; and (5) Taiwan Semiconductor Manufacturing Company Limited and its present or past parent corporations, subsidiaries, divisions, affiliates, partners, directors, officers, employees, agents and insurers, and each of their respective predecessors, heirs, executors, administrators, successors, and assigns.

Remaining in the Class will NOT affect any existing notebook computer warranty that you may have. To the extent applicable, such warranties will continue to apply according to their terms.

EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a replacement or reimbursement from this settlement, but you want to keep any right you may have to sue or continue to sue NVIDIA and the other Released Parties, on your own, about the Released Claims, then you must take steps to remove yourself from the Class. This is called excluding yourself — or is sometimes referred to as "opting out" of the Class. NVIDIA may withdraw from and terminate the settlement if a certain number of people exclude themselves from the Class.

**18.    How do I get out of the settlement?**

To exclude yourself from the settlement, you must send a signed letter by mail stating that you want to be excluded from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.  Your letter should state a product identification number of your notebook computer, such as the service tag number for notebook computers manufactured by Dell, the product identification number for notebook computers manufactured by HP, or the serial number for notebook computers manufactured by Apple. These product identification numbers consist of letters and/or digits and are embedded on the cover, back, or bottom of your notebook computer.  In addition, please be sure to include your name, address, telephone number, and your signature.  You must mail your exclusion request postmarked no later than November 5, 2010 to:

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177, Novato, CA  94948-6177

You can't exclude yourself on the phone or by fax or email.

**19.    What is the effect if I exclude myself from this settlement?**

If you ask to be excluded, you will not get any replacement remedy or reimbursement payment, and you cannot object to the settlement.  You will not be legally bound by anything that happens in this lawsuit.  You may be able to sue (or continue to sue) NVIDIA in the future about the legal issues in this case.

**20.    If I don't exclude myself, can I sue NVIDIA for the same thing later?**

No.  Unless you exclude yourself, you give up your right to sue NVIDIA for the claims that this settlement resolves.  You must exclude yourself from *this* Class to pursue your own lawsuit.  Remember, your exclusion must be postmarked on or before November 5, 2010.

### THE LAWYERS REPRESENTING YOU

**21.    Do I have a lawyer in the case?**

The Class is represented in this case by Jeff S. Westerman and Nicole M. Duckett of Milberg LLP in Los Angeles, California, and Peter Safirstein and Roland Riggs of Milberg LLP in New York, New York.  These lawyers are called Class Counsel.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer, you may hire one at your own expense.

**22.    How will the lawyers be paid?**

Class Counsel will ask the Court for attorneys' fees and expenses in the amount of $13,000,000. NVIDIA will pay Class Counsel's fees and expenses. These amounts will not come out of any funds for payments to Class Members. NVIDIA has agreed not to oppose these fees and expenses. NVIDIA will also pay the costs to administer the settlement and will fund the settlement. Dell, HP and Apple are not paying the costs of the settlement.

Class Counsel also expect to apply to the Court for time and expense reimbursements for certain of the named Plaintiffs, not to exceed $50,000 in the aggregate, in connection with their roles in overseeing the litigation, responding to discovery requests and traveling to depositions, among other things.

Plaintiffs' Counsel will file their papers in support of final approval of the Settlement and their application for attorneys' fees and reimbursement of expenses, and for time and expenses reimbursements for certain of the past or present named Plaintiffs, by no later than October 18, 2010.  These papers will also be posted on the settlement website (www.NVIDIASettlement.com).

### OBJECTING TO THE SETTLEMENT
You can tell the Court that you don't agree with the settlement or some part of it.

**23.    How do I tell the Court that I don't like the settlement?**

If you're a Class Member, you can object to the settlement if you don't like any part of it.  You can give reasons why you think the Court should not approve it.  The Court will consider your views.  To object, you must send a signed letter saying that you object to the proposed settlement in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.  Be sure to include your name, address, telephone number, and your signature, identify the name of the manufacturer of your notebook computer, the product identification number of your notebook computer, such as the service tag number for notebook computers manufactured by Dell, the product identification number for notebook computers manufactured by HP, or the serial number for notebook computers manufactured by Apple, which are letters and/or digits embedded on the cover, back, or bottom of your notebook, and state the reasons why you object to the settlement.  Your objection and any supporting papers must be mailed to and actually received by all of the following three addressees no later than November 5, 2010:

| COURT | CLASS COUNSEL | DEFENSE COUNSEL |
|---|---|---|
| Clerk of the Court<br>United States District Court for the<br>Northern District of California<br>San Jose Division, 280 South 1st Street<br>San Jose, CA  95113 | Jeff S. Westerman<br>Milberg LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA  90071 | Robert P. Varian<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA  94105 |

**24.    What's the difference between objecting and excluding?**

Objecting is simply telling the Court that you don't like something about the settlement.  You can object only if you stay in the Class.  Excluding yourself is telling the Court that you don't want to be part of the Class.  If you exclude yourself, you have no basis to object, because the case no longer affects you.

### THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement.  You may attend, and you may ask to speak, but you don't have to.

**25.    When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at 9:00 a.m. on December 20, 2010, at the United States District Court for the Northern District of California, San Jose Division, Courtroom 8 (4th Floor), located at 280 South 1st Street, San Jose, California 95113.  At this hearing, the Court will consider whether the settlement is fair, reasonable and adequate.  If there are objections, the Court will consider them.  Judge Ware will listen to people who have asked to speak at the hearing.  The Court may also consider how much to pay Class Counsel.  After the hearing, the Court will decide whether to approve the settlement.  We do not know how long these decisions will take.

**26.    Do I have to come to the hearing?**

No. Class Counsel will answer questions Judge Ware may have.  But, you are welcome to come at your own expense.  If you send an objection, you don't have to come to Court to talk about it.  As long as your written objection was received on time, the Court will consider it.  You may also pay your own lawyer to attend, but it's not necessary.  Finally, you may seek to intervene in the action, but you need not do so.

**27.    May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must send a letter saying that it is your "Notice of Intention to Appear" in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW."  Be sure to include your name, address, telephone number, and your signature.  Your Notice of Intention to Appear must be received by the Clerk of the Court, Class Counsel, and Defense Counsel, at the three addresses in Section 23, no later than November 5, 2010.  You cannot speak at the hearing if you exclude yourself.

### IF YOU DO NOTHING

**28.    What happens if I do nothing at all?**

If you do nothing, you will not receive a replacement remedy or a reimbursement payment.  If you do not exclude yourself from the Class, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against NVIDIA or the Released Parties about the legal issues in this case, ever again.

### GETTING MORE INFORMATION

**29.    Are there more details about the settlement?**

This Notice summarizes the proposed settlement.  More details are in a Settlement Agreement and Amendment No. 1 to the Settlement Agreement (together, the "Settlement Agreement").  Copies of the Settlement Agreement and the pleadings and other documents relating to the case are on file at the United States District Court for the Northern District of California, San Jose Division, and may be examined and copied at any time during regular office hours at the Office of the Clerk, 280 South 1st Street, San Jose, California  95113.

**30.    How do I get more information?**

You can visit the settlement website at www.NVIDIASettlement.com, where you will find answers to common questions about the settlement, a Claim Form, plus other information, including a copy of the Settlement Agreement.  You may also write to:  *NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.  **Questions may not be directed to the Court**.

### Exhibit 1 to Settlement Agreement

IDENTIFIED SYMPTOMS PER SETTLEMENT AGREEMENT §1.14

| Symptom | Class Computer Models Covered by the Settlement Agreement |
|---|---|
| Distorted or scrambled video on the notebook computer screen | All |
| No video on the notebook computer screen even when the notebook computer is on | All |
| Random characters, lines or garbled images on the notebook computer screen | Dell, Hewlett-Packard |
| Intermittent video issues | Dell, Hewlett-Packard |
| Failure to detect the wireless adaptor<br><br>or<br><br>Failure to detect the wireless network | **Hewlett-Packard systems only.**<br>Certain versions of the following HP models do not contain an NVIDIA MCP:<br>dv2xxx, dv6xxx, dv9xxx<br>If your system does not contain an NVIDIA MCP, you are not entitled to replacement or reimbursement for a wireless problem, and the Administrator may deny your claim. |

Exhibit E

 

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX**

Being duly sworn, Stacey Moore says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Wednesday, September 29, 2010** the following legal advertisement – *The NVIDIA GPU Litigation* - was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
September 29, 2010

This 29th day of September month 2010 year.

Notary Public



ANTOINETTE MICHELLE CHASE
NOTARY PUBLIC
REGISTRATION # 7325787
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2014

# If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice. This is not a solicitation from a lawyer.*

A settlement of a class action lawsuit (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) relates to the NVIDIA chips inside certain Dell, Hewlett-Packard ("HP"), and Apple notebook computers. The lawsuit claims that NVIDIA sold defective Graphics Processing Units ("GPU") and Media and Communications Processors ("MCP") that affected the performance of some of the notebook computers in which they were incorporated. NVIDIA denies all allegations of wrongdoing and has asserted many defenses. The settlement is not an admission of wrongdoing.

### Who is Affected by this Class Action?

All United States residents who purchased in the United States a version of one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers. These individuals are referred to as "Class Members" in this Notice.

### What Can You Get From the Proposed Settlement?

Class Members who file an approved claim will be entitled to:

**1. Replacement of the NVIDIA graphics processing unit or media and communications processor,** which are referred to in this Notice as the "chips" if you purchased a version of certain models of notebook computers manufactured by Dell, Inc. or Apple Inc. containing one of the NVIDIA chips; or

**2. A Replacement notebook computer similar in kind and value** if you purchased a version of certain models of notebook computers manufactured by HP containing one of the NVIDIA chips; or

**3. Reimbursement of amounts paid for repairs related to problems with the NVIDIA chips.** NVIDIA will fund $2 million from which reimbursements will be made. The amount paid may depend on the number of reimbursement claims received.

NVIDIA is providing these benefits to members of the class, and is funding the settlement. Dell, HP and Apple are not parties to this lawsuit.

### How Do You Receive a Benefit?

You must first qualify for filing a claim, and then file an approved claim with supporting documentation during the Claim Period. To qualify for a replacement as described in numbers 1 and 2 above, your notebook computer must be one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers, contain an NVIDIA MCP or GPU, and be exhibiting one of the symptoms listed in the Full Notice. To qualify for a reimbursement as described in number 3 above, your notebook computer must be listed in the Table, contain an NVIDIA MCP or GPU, and must have been repaired because it was exhibiting one of the symptoms listed in the Full Notice. The Claim Period will begin after the Court grants final approval of the Settlement. Whether or not the Court has granted final approval, the Claim Period dates and further instructions for how to qualify and file a claim will be posted at the Settlement Website and at the toll-free telephone support line shown at the bottom of this Notice.

### Register Your Email Address To Receive an Alert When the Claim Period Begins.

To receive an email alert when the Claim Period begins, between now and December 20, 2010, visit www.NVIDIASettlement.com and register your email address. If you previously received an emailed notice about this settlement, there is no need to register.

### What Are Your Options?

If you are a Class Member and you don't want to receive a replacement or reimbursement as described above and you don't want to be legally bound by the settlement, you must exclude yourself by November 5, 2010, or you won't be able to sue, or continue to sue, NVIDIA about

the legal claims in this case. If you exclude yourself, you can't receive a replacement or reimbursement under this settlement. If you remain a Class Member, you may object to the settlement by November 5, 2010. The Full Notice describes how to exclude yourself or object. The Court will hold a hearing in this case (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) on December 20, 2010, to consider whether to approve the settlement and attorneys' fees and expenses in the amount of $13 million. You may appear at the hearing, but you don't have to. For more details, call toll-free 1-877-440-7557, go to www.NVIDIASettlement.com, or write to *NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.

This is only a summary of the Full Notice. Please visit www.NVIDIASettlement.com or call 1-877-440-7557 to obtain a copy of the Full Notice.

### Table of Class Computers

The following notebook computer models are included in the settlement if they contain an NVIDIA GPU or MCP and were purchased in the time period corresponding to each Product Identification Number:

| Mfr. | Platform Name | Purchase Date Ranges |
|---|---|---|
| Dell | Inspiron 1420 | May 2007 – September 30, 2008 |
| Dell | Inspiron 9400/E1705 | March 2006 – February 28, 2010 |
| Dell | Latitude D620 | December 2005 – November 30, 2008 |
| Dell | Latitude D630 | February 2007 – September 30, 2008 |
| Dell | Latitude D630c | February 2007 – September 30, 2008 |
| Dell | Latitude D820 | November 2005 – March 31, 2008 |
| Dell | Latitude D830 | March 2007 – September 30, 2008 |
| Dell | Precision M2300 | August 2007 – September 30, 2008 |
| Dell | Precision M4300 | March 2007 – September 30, 2008 |
| Dell | Precision M6300 | December 2007 – March 31, 2009 |
| Dell | Precision M65 | November 2005 – January 31, 2008 |
| Dell | Vostro 1700 | March 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1310 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1400 | March 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1510 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1710 | January 2008 – July 31, 2008 |
| Dell | XPS M1210 | March 2006 – November 30, 2008 |
| Dell | XPS M1330 | March 2007 – September 30, 2008 |
| Dell | XPS M1530 | September 2007 – January 31, 2009 |
| Dell | XPS M1710 | March 2006 – February 28, 2010 |
| Dell | XPS M1730 | November 2007 – January 31, 2009 |
| Dell | XPS1710 | March 2006 – April 30, 2009 |
| HP | Compaq Presario v30xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v31xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v32xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v33xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v34xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v60xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v61xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v62xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v63xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v64xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario F500 | October 2006 – September 30, 2008 |
| HP | Pavilion dv20xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv21xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv22xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv23xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv24xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv60xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv61xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv62xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv63xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv64xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv90xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv92xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv93xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv94xx | May 2006 – November 30, 2008 |
| HP | Pavilion tx1xxx | March 2007 – May 31, 2008 |
| Apple | MacBook Pro (15-inch) | May 2007 – September 2008 |
| Apple | MacBook Pro (17-inch) | May 2007 – September 2008 |

## www.NVIDIASettlement.com     1-877-440-7557

Exhibit F

If you purchased certain models of
notebook computers containing an
NVIDIA graphics processing unit or
media and communications processor,
you could be entitled to benefits under
a class action settlement.

FOR DETAILS CLICK HERE

Exhibit G

Purchase a notebook computer with an NVIDIA chip?
You could be entitled to benefits under a class action settlement.
www.NVIDIASettlement.com

Exhibit H

e5:08-cv-04812-JW   Document299   Filed10/13/10   Page32 of

# If you purchased certain models of notebook computers containing an NVIDIA graphics processing unit or media and communications processor, you could be entitled to benefits under a class action settlement.

*The United States District Court for the Northern District of California, San Jose Division, authorized this Notice. This is not a solicitation from a lawyer.*

A settlement of a class action lawsuit (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) relates to the NVIDIA chips inside Dell, Hewlett-Packard ("HP"), and Apple notebook computers. The lawsuit claims that NVIDIA sold defective Graphics Processing Units ("GPU") and Media and Communications Processors ("MCP") that affected the performance of some of the notebook computers in which they were incorporated. NVIDIA denies all allegations of wrongdoing and has asserted many defenses. The settlement is not an admission of wrongdoing.

**Who is Affected by this Class Action?**

All United States residents who purchased in the United States a version of one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers. These individuals are referred to as "Class Members" in this Notice.

**What Can You Get From the Proposed Settlement?**

Class Members who file an approved claim will be entitled to:

**1. Replacement of the NVIDIA graphics processing unit or media and communications processor**, which are referred to in this Notice as the "chips" if you purchased a version of certain models of notebook computers manufactured by Dell, Inc. or Apple Inc. containing one of the NVIDIA chips; or

**2. A Replacement notebook computer similar in kind and value if you purchased a version of certain models of notebook computers manufactured by HP** containing one of the NVIDIA chips; or

**3. Reimbursement of amounts paid for repairs related to problems with the NVIDIA chips.** NVIDIA will fund $2 million from which reimbursements will be made. The amount paid may depend on the number of reimbursement claims received.

NVIDIA is providing these benefits to members of the class, and is funding the settlement. Dell, HP and Apple are not parties to this lawsuit.

**How Do You Receive a Benefit?**

You must first qualify for filing a claim, and then file an approved claim with supporting documentation during the Claim Period. To qualify for a replacement as described in numbers 1 and 2 above, your notebook computer must be one of the Dell, HP or Apple notebook computer models listed in the Table of Class Computers, contain an NVIDIA MCP or GPU, and be exhibiting one of the symptoms listed in the Full Notice. To qualify for a reimbursement as described in number 3 above, your notebook computer must be listed in the Table, contain an NVIDIA MCP or GPU, and must have been repaired because it was exhibiting one of the symptoms listed in the Full Notice. The Claim Period will begin after the Court grants final approval of the Settlement. Whether or not the Court has granted final approval, the Claim Period dates and further instructions for how to qualify and file a claim will be posted at the Settlement Website and at the toll-free telephone support line shown at the bottom of this Notice.

**Register Your Email Address To Receive an Alert When the Claim Period Begins.**

To receive an email alert when the Claim Period begins, between now and December 20, 2010, visit www.NVIDIASettlement.com and register your email address. If you previously received an emailed notice about this settlement, there is no need to register.

**The Final Approval Hearing.**

The Court will hold a hearing in this case (*The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW) on December 20, 2010, to consider whether to approve the settlement and attorneys' fees and expenses in the amount of $13 million. You may appear at the hearing, but you don't have to. For more details, see the Full Notice, call toll-free 1-877-440-7557, go to www.NVIDIASettlement.com, or write to *The NVIDIA GPU Litigation* Settlement Administrator, P.O. Box 6177, Novato, CA 94948-6177.

This is only a summary of the Full Notice. Please visit www.NVIDIASettlement.com or call 1-877-440-7557 to obtain a copy of the Full Notice.

**Table of Class Computers**

The following notebook computer models are included in the settlement if they contain an NVIDIA GPU or MCP and were purchased in the time period corresponding to each Product Identification Number:

| Mfr. | Platform Name | Purchase Date Ranges |
|------|--------------|---------------------|
| Dell | Inspiron 1420 | May 2007 – September 30, 2008 |
| Dell | Inspiron 9400/E1705 | March 2006 – February 28, 2010 |
| Dell | Latitude D620 | December 2005 – November 30, 2008 |
| Dell | Latitude D630 | February 2007 – September 30, 2008 |
| Dell | Latitude D630c | February 2007 – September 30, 2008 |
| Dell | Latitude D820 | November 2005 – March 31, 2008 |
| Dell | Latitude D830 | March 2007 – September 30, 2008 |
| Dell | Precision M2300 | August 2007 – September 30, 2008 |
| Dell | Precision M4300 | March 2007 – September 30, 2008 |
| Dell | Precision M6300 | December 2007 – March 31, 2009 |
| Dell | Precision M65 | November 2005 – January 31, 2008 |
| Dell | Vostro 1700 | March 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1310 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1400 | May 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1510 | December 2007 – September 30, 2008 |
| Dell | Vostro Notebook 1710 | January 2008 – July 31, 2008 |
| Dell | XPS M1210 | March 2006 – November 30, 2008 |
| Dell | XPS M1330 | March 2007 – September 30, 2008 |
| Dell | XPS M1530 | September 2007 – January 31, 2009 |
| Dell | XPS M1710 | March 2006 – February 28, 2010 |
| Dell | XPS M1730 | November 2007 – January 31, 2009 |
| HP | Compaq Presario v30xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v31xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v32xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v33xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v34xx | March 2006 – October 31, 2008 |
| HP | Compaq Presario v60xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v61xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v62xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v63xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario v64xx | May 2006 – October 31, 2008 |
| HP | Compaq Presario F500 | October 2006 – September 30, 2008 |
| HP | Pavilion dv20xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv21xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv22xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv23xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv24xx | March 2006 – December 31, 2008 |
| HP | Pavilion dv60xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv61xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv62xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv63xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv64xx | May 2006 – April 30, 2009 |
| HP | Pavilion dv90xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv92xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv93xx | May 2006 – November 30, 2008 |
| HP | Pavilion dv94xx | May 2006 – November 30, 2008 |
| HP | Pavilion tx1xxx | March 2007 – May 31, 2008 |
| Apple | MacBook Pro (15-inch) | May 2007 – September 2008 |
| Apple | MacBook Pro (17-inch) | May 2007 – September 2008 |

# www.NVIDIASettlement.com         1-877-440-7557

Exhibit I

Rosenthal & Company LLC
*NVIDIA GPU Litigation*
Exclusions
10/14/2010

**Total:**       18

| Record | Last | First | |
|---|---|---|---|
| 1 | Tolbert IV | Anthony | |
| 2 | Blessing | Leonard | |
| 3 | Gartrelle | Jeff | |
| 4 | Bowers | Mark | |
| 5 | Bowers | Mark | *Duplicate |
| 6 | Graber | Andrew | |
| 7 | Roll | Tom | |
| 8 | Phinney | Ellen | |
| 9 | Ngo | Vada | |
| 10 | Chen | Calvin | |
| 11 | Winters | Dorothy M | |
| 12 | Weeratunge | Channa | |
| 13 | Angin | Mary | |
| 14 | Simmons | R | |
| 15 | Doenecke | Norma | |
| 16 | Morresi | Lucia | |
| 17 | Roosa | Kenneth | |
| 18 | Loyd | Thomas | |

NVidia Settlement Exclusion.txt

october 3, 2010

NVIDIA GPU Litigation Settlement Adminsitrator
PO Box 6177
Novato, CA 94948-6177

RE: The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

To whom it may concern,

I wish to be excluded from the class in the NVIDIA GPU Litigation,
Case No. 08-cv-04312-JW. My Dell service tag is          My contact
information is Anthony Tolbert
Phone is

Sincerely,

Anthony Tolbert





October 3, 2010

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

Settlement Administrator,

I wish to be excluded from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.  My notebook computer is a Dell Inspiron 1420, Service Tag (product identification) number ███████.

Thank you,

Leonard Blessing

9/2/2010
20977518401
③

Settlement Administration -

Please exclude me from the Class in the NVIDIA GPU Litigation, Case No. 08-cv-04312-JW. The service tag from our Dell Notebook Inspiron E 170 is  We do not have any NVIDIA chips in our PC.

Thank You.
Jeffrey M. Gartrelle

**I want to be excluded from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.**

Your letter should state a product identification number of your notebook computer, such as the service tag number for notebook computers manufactured by Dell, the product identification number for notebook computers manufactured by HP, or the serial number for notebook computers manufactured by Apple. These product identification numbers consist of letters and/or digits and are embedded on the cover, back, or bottom of your notebook computer. In addition, please be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than November 5, 2010 to:

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

_____

EXCLUDE me

FUCK YOU you piece of INTEL shit on the planet. NIVIDIA rocks. INTEL GRAPHICS suck donkey AND very small LAWYER DICKS. YOU lying cheating fuck-shits!!!

You prick fuck INTEL lying pussies

FUCK FUCK FUCK you

Mark Bowers

FUCK YOU!!

**I want to be excluded from the Class in** *The NVIDIA GPU Litigation*, **Case No. 08-cv-04312-JW.**

Your letter should state a product identification number of your notebook computer, such as the service tag number for notebook computers manufactured by Dell, the product identification number for notebook computers manufactured by HP, or the serial number for notebook computers manufactured by Apple. These product identification numbers consist of letters and/or digits and are embedded on the cover, back, or bottom of your notebook computer. In addition, please be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request postmarked no later than November 5, 2010 to:

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

EXCLUDE me

FUCK YOU you piece of INTEL shit on the planet. NIVIDIA rocks. INTEL GRAPHICS suck donkey AND very small LAWYER DICKS. YOU lying cheating fuck-shits!!!

You prick fuck INTEL lying pussies

FUCK FUCK FUCK you

Mark Bowers

FUCK YOU!!

Date October 3, 2010

Reference:  NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

To Whom It May Concern,

I Andrew E. Graber of ██████████████████████ ██████████████ owner of Dell
Laptop Model ██████, service tag number ████████ want to be excluded from the Class
in The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW.  The reason is that this
laptop has the ATI Radeon Graphics Card making me ineligible for the litigation.

Sincerely,

Andrew E. Graber





October 3, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA  94948-6177

I want to be excluded from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.

The computer I purchased is a MacBook Pro ▉▉▉▉▉▉▉ serial number
▉▉▉▉▉▉▉.

Tom Roll

Tom Roll





Ellen Phinney

October 5, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

RE: The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

To Whom It May Concern:

Please exclude me from the NVIDIA GPU Litigation Settlement. Thank you.

Ellen Phinney

Sincerely,

Ellen Phinney

Vada Ngo



To Whom It May Concern,

Regarding the case matters in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW, I have purchased an ▉▉▉▉▉ notebook computer (Dell ▉▉▉▉▉▉▉▉▉▉▉▉▉, shipped on ▉▉▉▉▉▉ from Dell, Inc. that included a defective NVIDIA GeForce 8400M GS graphics card. However, Dell has already replaced the defective NVIDIA component for me.

To protect my legal rights in this matter to allow me to object to the settlement, be legally bound by anything that happens in this lawsuit, and to be able to sue NVIDIA in the future about the legal issues in this case, I am asking that I be excluded from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW.

Regards,

Calvin Chen



10/1/10

Dear NVIDIA GPU Litigation Settlement Administrator

I, Calvin Y Chen, will like to be excluded from the class in The NVIDIA GPU Litigation Case No. 08-cv-04312-JW. I have an ████████ model # ████████. The serial number is ████████.

Sincerley

Calvin Chen



October 1, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

     Re: Case No. 08-CV-04312-JW

I wish to be excluded from this class action.

Dorothy M. Winters

**COOKE ROOSA, LLC**
*Attorneys at Law*

2209472830
(17)

Christopher R. Cooke
Kenneth S. Roosa

Toll Free ███████████

Tel: ████████
Fax: ████████

October 5, 2010

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

Re: Request for Exclusion from Class Action

Dear Sir:

Please exclude me from the Class in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW. I purchased a Dell ████████ laptop computer, Service Tag ████████, on June 13, 2008. My name is Kenneth S. Roosa, my business address is reflected in the letterhead of this communication – ████████████████████████  My business telephone number is ████████.

Sincerely,

Kenneth Roosa

KSR/gm
Gen'l Corr/Dell Laptop Computer

Exd 02 - 101015                    2293505790 1
                                      (12)

NVIDIA GPU Litigation Settlement Administrator,
P.O.Box 6177, Novato, CA 94948-6177

I would like to be excluded from The NVIDIA GPU  Litigation, Case No. 08-cv-04312-JW.

Dell Service Tag#: ▓▓▓▓
Name: Channa Weeratunge
Address: ▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
Phone Number: ▓▓▓▓▓▓

Channa Weeratunge.
Oct  ot, 2010

R .   S I M M O N S

2223142130?

(14)

October 6, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

Dear Sir or Madam:

I received the enclosed notice that I may be included in a class action suit against NVIDIA in relation to a graphics processing unit or media and communications processor. I am writing to notify you that I have absolutely no interest in participating in any such suit, and I want to be excluded from the Class in The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW.

I understand that I am expected to "state a product identification number of your notebook computer, such as the service tag number for notebook computers manufactured by Dell, the product identification number for notebook computers manufactured by HP, or the serial number for notebook computers manufactured by Apple". I am not sure which of my computers may have had the alleged defect, and in any event do not have the numbers for all of the Dell and Apple computers I have bought over the years. I did not ask to be included in this suit, and I do not intend to spend my time doing research in order to escape it. I do know that you cannot claim to represent me, or include me in a class, without my consent, and I do not give my consent. I trust that the same database that was used to generate the notice to me can be used to eliminate me from the class, and plaintiffs' counsel is ethically bound to remove me from the class as a result of this notice.

Sincerely

R. Simmons

21702478401

**Sabrina Morresi-Quairoli, Successor Trustee of Lucia Morresi' Trust** 

October 5, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

Dear Administrator:

This is a exclusion request letter (Class in *The NVIDIA GPU Litigation,* Case No. 08-cv-04312-JW) stating that on behalf of Lucia Morresi, she wishes to exclude herself from the settlement for NVIDIA GPU Litigation.  She is deceased and I am her Trust's Successor Trustee.  Please exclude her name from the settlement.  Her laptop model is Dell ▆▆▆▆▆ Service tag:▆▆▆▆

If you have any questions or need more information, please contact me at the above mentioned phone number or address.

Thank you.

Sincerely,

Sabrina Morresi-Quairoli, Successor Trustee for Lucia Morresi
Successor Trustee of Lucia Morres

21499523801

October 5, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

Dear sirs:
I purchased a Dell notebook computer with service tag ▇▇▇▇▇ on January 15, 2008.
It is an Inspiron 1720. That particular model is not listed among the models affected on
the web site http://www.nvidiasettlement.com. Therefore, I wish to be excluded from the
Class in The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW.
Thank you,

Thomas C. Loyd

20283349501
(13)



**Mary Beth Angin**

Thursday 7 October 2010

*NVIDIA GPU Litigation* Settlement Administrator
P.O. Box 6177
Novato, CA 94948-6177

*RE: The NVIDIA GPU Litigation,* Case No. 08-cv-04312-JW

To Whom It May Concern:

Regarding the above Case Action Settlement *The NVIDIA GPU Litigation,* Case No. 08-cv-04312-JW, I wish to be **Excluded** from the Class Settlement in this Action.

I have provided all current personal information requested by you in recent postcard notification of the case litigation and on the website in the letterhead address block above.

Mary Beth Angin





October 3, 2010

NVIDIA GPU Litigation Settlement Administrator
P.O. Box 6117
Novato, CA   94948-6177

**RE:**   Case No. 08-cv-04312-JW
           HP Pavilion ▮▮▮▮▮▮
           S/N ▮▮▮▮▮▮
           P/N ▮▮▮▮▮▮

Gentlemen:

I, Norma S. Doenecke, wish to be **EXCLUDED** from the above-referenced class action suit covering the HP ▮▮▮▮▮▮ listed above.

I request notification of receipt of this request for exclusion from you.

Sincerely,

*Norma S. Doenecke*

Norma Doenecke

Exhibit J

6 October 2010

Robert A. Lloyd
9803 Vale Road
Vienna, Virginia 22181

Clerk of the Court
United States District Court for the
Northern District of California
San Jose Division, 280 South 1st Street
San Jose, CA 95113


Reference:   *NVIDIA GPU Litigation,* Case No. 08-cv-04312-JW

Dell Latitude D630 Laptop
Service Number GQQVMG1
(shipped 6/28/08 with Item No 320-5485 128MB NVIDIA Quadro NVS
135M)

Your Honor:

With all due respect, I object to the proposed settlement in *The NVIDIA GPU Litigation,*
Case No. 08-cv-04312-JW.

I am an average Joe Schmuck Class Member who happens to need to use a computer
to conduct personal business and to communicate with my family.  I resent having to
pay huge settlements to lawyers who are trying to fleece us Joe Schmucks (indirectly
through the entities they sue) on the basis that we are a bunch of illiterate, clueless
idiots who owe these leeches a high-class living.

Please reduce the lawyers' settlement fees to a more reasonable level – e.g. their
incurred cost ex in-house salaries (supported by IRS-quality documentation) plus 6%.
That is more than an adequate settlement for these bums and their clients.

If plaintiffs and counsel object to the above fees, then I respectfully urge you to please
disapprove the settlement.


Very truly yours,

Robert A. Lloyd


c:   Jeff S. Westerman; Milberg LLP; One California Plaza; 300 South Grand Avenue, Suite 3900, Los Angeles, CA 90071
     Robert P. Varian; Orrick, Herrington & Sutcliffe LLP;  405 Howard Street, San Francisco, CA 94105

**TO:**   Clerk of the Court
United States District Court for the
Northern District of California
San Jose Division, 280 South 1ˢᵗ St.
San Jose, CA 95113

**CC:**   Jeff S. Westerman
Milberg LLP
One California Plaza
300 South Grand Ave., Ste. 3900
Los Angeles, CA 90071

**CC:**   Robert P. Varian
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

**OBJECT:** The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

*Computer information:*
Dell XPS M1730 laptop        Service Tag: 11FJZF1        Serial Number: 2263375117        Purchased: 3/31/2008

**Reason:**
I am objecting to this settlement because it does not reimburse all class members for losses they have incurred as a result of NVIDIA chip failures.

My NVIDIA GPU failed on 9/14/2010. I was forced to send it in for extended warranty repair to the Dell Warranty Depot and did not receive it back until 9/30/2010. I then had to ship it back to Dell on 10/1/2010 because the replacement GPU that was sent was not properly working when I received it. I have not received the laptop back yet. This warranty service began 532 days after the original 1-year warranty provided by the manufacturer had expired under the 4-year extended warranty which I paid an additional $265.05 to obtain.

Even if I had received the laptop back in working condition, I would have lost 16 days of the extended warranty service under which I would have been actively placing wear and tear on the laptop, in addition to the burden of not having access to my product and the contents stored on it for 16 days.

I believe that the settlement, in order to fairly compensate all class members, must include a cash reimbursement option for anyone who can show evidence that they received extended warranty service for their qualifying laptop. This reimbursement could either be a flat sum, such as $100; or a rate to be calculated by the number of days the computer was not available for use, or by the number of claimants seeking reimbursement for under-utilized warranty service periods.

Because extended warranties are not provided free of charge by the manufacturer, service performed under an extended warranty contract should be viewed as an actual loss by the class member.

Additionally, a Dell employee gave me the impression that he believed it was my responsibility to "take extra measures to keep [the laptop] cool" (evidence provided). It is not clear how many other class members were told (or in my case, had it strongly implied) that they should buy third-party laptop or computer cooling devices to ensure proper functionality of their video cards.

As such, I believe it would be just for anyone who can submit proof that they purchased both a qualifying computer and a separate cooling device to be reimbursed for the cooling device up to the actual cost or $100 (whichever is least).

Matt Weidler        250 W. Central Ave., #1116, Brea, CA 92821        (714) 990-5830

Order Status

🇺🇸 United States    Buy Online or Call 1-800-234-9999

ECCU  Logout  🛒 My Cart  Quick Links

 **DELL**  Shop    Support    My Premier

Keyword Search    🔍

Downloads & Drivers    Product Support    My Systems List    Warranty Information    Order Support    Support by Topic    Contact Us    View All ⌄

Support Home Page

**Support Options**

▸ Support Home Page

**Drivers and Downloads**
Drivers Home
Drivers Help
Dell Supported Operating Systems
Technical Subscriptions
Monitor Drivers
Dell Certified Drivers

**Product Support**
EqualLogic Serial Number Converter
Troubleshooting
Manuals
My Product List
System Configuration
Enterprise Resource Center
Interactive System Teardowns
Support History & Status
Express Service Code Converter
DSET
Data Center Capacity Planner
Customer Self Repair
Recall Information
EqualLogic
KACE Appliance Support

**Support by Topic**
Hot topics
Windows 7
Windows XP
Windows Vista
Networking and Wireless
Security & Virus
Support Videos

**Order Support**
Order Status
Delivery
FAQs
Missing, Wrong or Damaged
Returns

**Warranty Information**
Warranty Status
Extend & Upgrade Warranty
Expired Warranty Service
Service Contracts
Ownership Transfers
Return Parts After Service

**Contact Us**
Contact Technical Support
Contact Order Support
Contact Dell Sales
International Support

## Order Details - Order Number: 656258674

**Order Description: Mail-in Service after Remote Diagnosis**

🔵 View My Orders

🔵 Learn more about the Estimated Delivery Date

Once your order is listed as "Shipped", a link will be available next to Tracking Number - by clicking on the link, you will be able to view your tracking number(s), check on the delivery status, and click straight through to the carrier's website.

| Order Information | Billing Information | Shipping Information |
|---|---|---|
| **Full Name:** DANIELLE COLLETT | **Bill to:** DANIELLE COLLETT | **Ship to:** 250 WEST CENTRAL AVE |
| **Customer Number:** 15661865 | 955 W IMPERIAL HWY | APT 1116 |
| **Order Number:** 656258674 | BREA | BREA |
| **Order Date:** 2/24/2009 | 92821 | 92821 |
| **Order Status:** Shipped | | **Shipping Method:** 2nd Business Day |
| ▸ Invoices | | **Shipped Date:** Information Temporarily Unavailable. |
| ▸ Request a Return | | **Estimated Delivery Date:** Information Temporarily Unavailable. |
| | | **Carrier:** Information Temporarily Unavailable. |
| | | **Tracking Number:** Information Temporarily Unavailable. |

| Quantity | Item Number | Description | Unit Price |
|---|---|---|---|
| 1 | 983-2075 | Mail-in Service after Remote Diagnosis | $181.00 |
| 1 | 902-6255 | Warranty Support Service | $84.05 |

▸ Invoices

▸ Request a Return

🔵 View My Orders

|  |  |
|---|---|
| **Sub-Total :** | $265.05 |
| **Shipping :** | $0.00 |
| **Tax :** | $0.00 |
| **Order Total :** | $265.05 |

Support Home Page

❓ Help

© 2010 Dell For customers of the 50 United States and the District of Columbia only.
Site Terms | Terms of Sale | Privacy | Feedback

snEB11

https://support.dell.com/support/order/GlobalOrderDetails.aspx?c=us&cs=RC1015606&l=en&s=biz    10/8/2010

## Extended Services Quote Information

| Quote #: | 1010828257491 |

## Customer Information

| Date: | February 20, 2009 |
| Company Name: | ECCU |
| Dell Customer # : | 15661865 |

## Dell Contact Information

**Brandy Young**
*APOS Services Consultant*

Brandy_Young@Dell.com
Phone: 1-800-247-4618 ext. 7250235
Fax: 1-866-562-0731

## Dell Extended Services Details

### Current Equipment Information

| Service Tag # | Model | Service Contract Type | Ship Date | Service Contract Expiration |
|---|---|---|---|---|
| 11F2F1 | XPS M1730 | RR | 3/31/2008 | 3/31/2009 |

### Extended Service Information

| Service Contract Type | New Contract End Date | Service Extension | Reinstatement Fee | Total Price |
|---|---|---|---|---|
| RR | 3/31/2013 | $   265.06 | $    - | $   265.06 |

| | | |
|---|---|---|
| Extended Services Subtotal | $ | 265.06 |
| Reinstatement Fees | $ | - |
| **Subtotal:** | **$** | **265.06** |
| **Total:** | **$** | **265.06** |

Pricing does not include sales tax where applicable.
This quotation is valid for 30 days.

### Contract Descriptions

| | |
|---|---|
| 2H | 2HR 7x24 Service |
| 6H | 2HR 7x24 onsite diagnosis/ 6HR repair |
| S1, S9 | 4HR 7X24 Service |
| S4 | 4HR 5X10 Service |
| ND | Next Business Day Onsite Service |
| NP | Next Business Day - Parts Only |
| AE | Advanced Exchange |
| RR | Return to Depot |
| LT | Limited Technical Support |
| KK | Keep Your Hard Drive |
| TS | Gold Technical Support |
| CC | Complete Care |
| SV, GD, PL | Silver/Gold/Platinum |
| PS | End User ProSupport |
| PSMC | End User ProSupport Mission Critical |
| IPS | IT ProSupport |
| IPSMC | IT ProSupport Mission Critical |
| EPS | Enterprise ProSupport |
| EPSMC | Enterprise ProSupport Mission Critical |
| EOL | End Of Life |

Questions about Services?  Click here.

Support Questions?  Click here.

## Purchase Order Requirements

Please remember to include the following information:

- Billing address
- Shipping address, including a contact name & phone number
- Terms stated as 'Net 30'
- A total dollar amount
- An authorizing signature (if required)

Please attach a copy of your Dell quote, or reference the Dell quote number(s) on the purchase order.

Confidential - Dell Computer Corporation

**Matt Weidler**

| | |
|---|---|
| **From:** | Dell Services [noreply@dell.com] |
| **Sent:** | Wednesday, September 15, 2010 9:44 AM |
| **To:** | mattweidler@hotmail.com |
| **Subject:** | Status on your Dell dispatch # 136616703 |

## Service Request: Depot Service Dispatch

Dear MATT WEIDLER,

Your request for repair service has been processed. Please do not respond to this email.

**Current Status**

- A service order has been created for return-to-depot repair service and an order for an empty box to be shipped to you for sending your notebook to the depot has been placed.
- **Timeline**: If you scheduled your return-to-depot service before 5 p.m. local time , then you will receive your empty box within 1 business day.  If you scheduled your return-to-depot service after 5pm then you will receive the box within 2 business days.
- Please review your service call information below and keep this email to reference your information. If you need to make any changes to the service order/dispatch contact information, please visit our Support Center or Click here to Chat with a live support representative.

**What's Next?**

- We will send you an email once your empty box  has shipped.

**Dispatch Information**
**\*\*PLEASE VERIFY THE INFORMATION HIGHLIGHTED BELOW IN RED**

| | |
|---|---|
| **Dispatch Number:** 136616703 | **Service Call Method:** SDC |
| **Service Tag:** 11FJZF1 | **Express Service Code:** 2263375117 |
| **Contact Name:** MATT WEIDLER | **Contact Phone:** 7149905830 |
| **Alt Contact Name:** | **Alt Phone:** 0000000000 |
| **Street:** 955 W IMPERIAL HWY | **City,State,Zip Code:** BREA, CA, 92821, US |
| **System Type:** XPS M1730,T9300,CPEN,Siberia | |

If you need to make any changes to the dispatch contact information, please visit our Support Center or Click here to Chat with a live support representative.

**Important:**

- **Repair Time**:  On average, a carrier takes 3-5 business days to transport your notebook to our repair center.  The notebook then typically spends 1 business day at the repair center before we ship it back to you.  We will ship your unit back to you using a 2-day express shipping method.  This means you may be without your notebook, on average, for up to 8 business days.  The repair timeline is subject to part availability and other factors.  If your service is delayed,  Dell will contact you with additional information.
- **Hard Drive**:  Sending us your hard drive can help us diagnose a problem, but it is very important that you back up files and data, and remove confidential or sensitive data from your hard drive and any storage device before you send them to us. *Dell will not be responsible for any of your confidential, proprietary or personal data on your hard drive, and may in some cases need to re-install your operating system and/or replace your hard drive in order to resolve an issue, which WILL result in data loss.*  If you need assistance in removing the hard drive from the machine, please contact Dell Tech Support at 800-624-9896.
- **Damage/ Limited Hardware Warranty**:  If the Limited Hardware Warranty on your Dell notebook has

1

expired or if its damaged it is not covered by the warranty (e.g., accidental or intentional damage such as a liquid spill) our Out of Warranty team will call and/or e-mail you to discuss the cost of repair.  If you agree to the cost of the repair your notebook is generally repaired within one business day of your approval.  In the event that our Out of Warranty team cannot reach you, Dell will hold your notebook for up to 5 business days, at which time your notebook will be returned to you unrepaired.

- **Service Contract**:  Service is provided in accordance with your service contract. Service contracts are here.
- **Scope of Service**:  Service will be limited to defects covered by current Dell Limited Hardware Warranty and Out of Warranty service approved by you, as described above.
- **Cancellation of Service**:  If you choose to cancel your depot service, please contact Dell at 800-624-9896 to cancel.
- Dell provides a status email service as a convenience to our customers. If you no longer wish to receive status update via email, click here to unsubscribe.


Respectfully,
Unavailable
Consumer Technical Support Specialist
Dell
**Thanks again for choosing Dell!**
Copyright 2005, 2009 Dell. U.S. only. Dell is located at One Dell Way, Mail Stop 8129, Round Rock, TX 78682

**Matt Weidler**

| | |
|---|---|
| **From:** | Mike_Bailey@DELL.com |
| **Sent:** | Friday, October 01, 2010 3:04 PM |
| **To:** | Matt Weidler |
| **Subject:** | RE: Status on your Dell dispatch # 137125637 |

Understood. I will mention to you that with an upgraded card, the heat generated is going to increase. You will have to take extra measures to keep it cool. I will see what I can get done on that note.

Thank you,

**Mike Bailey**
Executive Escalations
Resolution Expert Center – Commercial Support Services – Dell Inc.
800-822-8965 Ext 5136019
mike_bailey@dell.com

---

**From:** Matt Weidler [mailto:Matt.Weidler@eccu.org]
**Sent:** Friday, October 01, 2010 4:20 PM
**To:** Bailey, Mike
**Cc:** Danielle Collett; Richards, Melissa
**Subject:** FW: Status on your Dell dispatch # 137125637

Mike,

Thanks for your time.  I understand, I'll send it off to the depot again.  Thanks for keeping an eye on it.  Below is the service ticket.

The Dell rep I spoke with on Wednesday said that she would try to help me get an upgrade to the video card as an apology for sending a faulty card (but no guarantees).  Since you can't send anyone out, maybe you could at least try to help me get the upgrade from the 8700 to 8800 or 9800GTX sli video card.  I'm just really unhappy about being without my laptop for a full month.

Thanks,
-Matt Weidler
IS Asset Coordinator
Evangelical Christian CU
955 W. Imperial Highway
Brea, CA 92822
(714) 671-5700 ext. 1425
(714) 671-5779
NOTICE: This email may contain confidential and privileged material for the sole use of the intended recipient. Any unauthorized review, use or distribution by others is strictly prohibited. If you have received the message in error, please advise the sender by reply email and delete the message. Thank you.

---

Date: Wed, 29 Sep 2010 19:26:35 -0500
From: noreply@dell.com
To: mattweidler@hotmail.com
Subject: Status on your Dell dispatch # 137125637

## Service Request: Depot Service Dispatch

Dear MATT WEIDLER,
Your request for repair service has been processed. Please do not respond to this email.

10/8/2010

**Current Status**

- A service order has been created for return-to-depot repair service and an order for an an empty box to be shipped to you for sending your notebook to the depot has been placed.
- **Timeline**: If you scheduled your return-to-depot service before 5 p.m. local time , then you will receive your empty box within 1 business day. If you scheduled your return-to-depot service after 5pm then you will receive the box within 2 business days.
- Please review your service call information below and keep this email to reference your information. If you need to make any changes to the service order/dispatch contact information, please visit our Support Center or Click here to Chat with a live support representative.

**What's Next?**

- We will send you an email once your empty box  has shipped.

**Dispatch Information**
**\*\*PLEASE VERIFY THE INFORMATION HIGHLIGHTED BELOW IN RED**
**Dispatch Number:** 137125637                    **Service Call Method:** SDC
**Service Tag:** 11FJZF1                           **Express Service Code:** 2263375117
**Contact Name:** MATT WEIDLER                     **Contact Phone:** 7149905830
**Alt Contact Name:**                              **Alt Phone:** 0000000000
**Street:** 955 W Imperial Hwy                     **City,State,Zip Code:** BREA, CA, 92821, US
**System Type:** XPS M1730,T9300,CPEN,Siberia
**If you need to make any changes to the dispatch contact information, please visit our** Support Center **or** Click here to Chat **with a live support representative.**

**Important:**

- **Repair Time**: On average, a carrier takes 3-5 business days to transport your notebook to our repair center. The notebook then typically spends 1 business day at the repair center before we ship it back to you. We will ship your unit back to you using a 2-day express shipping method. This means you may be without your notebook, on average, for up to 8 business days. The repair timeline is subject to part availability and other factors. If your service is delayed, Dell will contact you with additional information.
- **Hard Drive**: Sending us your hard drive can help us diagnose a problem, but it is very important that you back up files and data, and remove confidential or sensitive data from your hard drive and any storage device before you send them to us. *Dell will not be responsible for any of your confidential, proprietary or personal data on your hard drive, and may in some cases need to re-install your operating system and/or replace your hard drive in order to resolve an issue, which WILL result in data loss.* If you need assistance in removing the hard drive from the machine, please contact Dell Tech Support at 800-624-9896.
- **Damage/ Limited Hardware Warranty**: If the Limited Hardware Warranty on your Dell notebook has expired or if its damaged it is not covered by the warranty (e.g., accidental or intentional damage such as a liquid spill) our Out of Warranty team will call and/or e-mail you to discuss the cost of repair. If you agree to the cost of the repair your notebook is generally repaired within one business day of your approval. In the event that our Out of Warranty team cannot reach you, Dell will hold your notebook for up to 5 business days, at which time your notebook will be returned to you unrepaired.
- **Service Contract**: Service is provided in accordance with your service contract. Service contracts are here.
- **Scope of Service**: Service will be limited to defects covered by current Dell Limited Hardware Warranty and Out of Warranty service approved by you, as described above.
- **Cancellation of Service**: If you choose to cancel your depot service, please contact Dell at 800-624-9896 to cancel.
- Dell provides a status email service as a convenience to our customers. If you no longer wish to receive status update via email, click here to unsubscribe.

Respectfully,
Michelle Guillermo
Consumer Technical Support Specialist
Dell
**Thanks again for choosing Dell!**
Copyright 2005, 2009 Dell. U.S. only. Dell is located at One Dell Way, Mail Stop 8129, Round Rock, TX 78682

10/8/2010

LOS ANGELES CA 900

12 OCT 2010 PM 12 L

RECEIVED

OCT 1 4 2010

OHS MAILROOM

Matt Weidler
250 W. Central Ave., #116
Brea, CA 92821

Robert P. Varian
Orrick, Herrington + Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

94105+2665

Robert P. Varian
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

### Objection to the proposed settlement of:
### *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW

Dear Sir/Madam,

I object to the proposed settlement in the above class action lawsuit against NVIDIA for manufacturing defective laptop into certain HP laptop models. I own a broken HP Pavilion tx1000z laptop with product # GD617AV, which exhibited the same failure symptoms described in the case:

1. Initial failure of the wireless network adapter
2. Subsequent total laptop failure and inability to start

I ask The Court to amend the settlement to include Hewlet Packard laptop model tx1000z Part # GD617AV as one of the affected models. Please, find attached evidence that I purchased the above-mentioned laptop model in 2007.

Sincereley,

Hristo Stoyanov
address: 3410 South Main str. E1, Santa Ana, CA 90702
email: hr.stoyanov@gmail.com
phone: (619)3928301

Date: 10/10/2010

# Online order receipt

**ORDER CONFIRMATION NUMBER:** Online Order H101361292

09/16/2007, 09:57:30 PDT

## Order summary

| Item description | | Product # | Qty. | Unit Price | Your extended price |
|---|---|---|---|---|---|
| HP Pavilion tx1000z customizable Notebook PC | FREE | GD617AV | 1 | ~~$1,179.99~~ | $943.99 |

- Genuine Windows Vista Home Premium (32-bit)
- AMD Turion(TM) 64 X2 Dual-Core Mobile Technology TL-58 (1.9 GHz, 512KB+512KB L2 Cache )
- 12.1" WXGA High-Definition HP BrightView Widescreen Display(1280 x 800) with Integrated Touch-screen
- $50 OFF upgrade from 1GB DDR2 System Memory (2 Dimm) to 2GB DDR2 System Memory (2 Dimm)!
- NVIDIA(R) GeForce(R) Go 6150
- FREE Upgrade to HP Imprint Finish + Fingerprint Reader + Webcam + Microphone
- 802.11a/b/g WLAN and Bluetooth
- 120GB 5400RPM SATA Hard Drive
- SuperMulti 8X DVD+/-R/RW with Double Layer Support
- No TV Tuner w/remote control
- 6 Cell Lithium Ion Battery
- Microsoft(R) Works 8.0
- HP Home & Home Office Store in-box envelope

**Tracking Number:**
923378557872
**Serial Number:**
CNF7382TLF

Product price does not include a $6.00 recycling fee per unit*

| | |
|---|---|
| **Summary of discounts for order H101361292**<br>Instant discounts you received:<br>**$236.00** Coupon NB2770 | |

| | |
|---|---|
| **Estimated ship date:**<br>Your customized HP Pavilion tx1000z customizable Notebook PC will be built by September 25, 2007 | |

| | |
|---|---|
| Order subtotal | $943.99 |
| Shipping<br>(Standard 5-7 Business Days) | FREE |
| CA Tax | $77.88 |
| Recycling fee* | $6.00 |
| **Grand total** | **$1,027.87** |

**Shipping to:**
Hristo I Stoyanov
Perun Consulting Services, Inc, 11432 South street #362
Cerritos, CA 90703

**Billing address:**
Hristo I Stoyanov
Perun Consulting Services, Inc, 11432 South street #362
Cerritos, CA 90703

**Shipping option:**
Standard 5-7 Business Days

**Payment method:**
Visa: XXXXXXXXXXXXXXX0149
Charged Amount  $1,027.87

**Support and Drivers**
For easy access to expert service and support for your HP product (including drivers) in English or

**To Request a Return or Exchange**
Step 1

Thank you for visiting the HP Home & Home Office Store.

**Useful info**

Helsto Steymon
3410 South Main Str. E1
Santa Ana CA 90702

OHS MAILROOM

RECEIVED
OCT 14 2010

SANTA ANA CA 927

12 OCT 2010 PM 6 L

Robert P. Varian
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

