MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA  90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

MILBERG LLP
PETER SAFIRSTEIN
psafirstein@milberg.com
JENNIFER S. CZEISLER
jczeisler@milberg.com
ROLAND W. RIGGS
rriggs@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Counsel for Plaintiff Todd Feinstein and Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. C 08-4312 JW |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF SERVICE |
| ALL ACTIONS. | DATE:      December 20, 2010<br>TIME:      9:00 a.m.<br>CTRM:     8, 4th Floor<br>JUDGE:    Hon. James Ware |

DECLARATION OF SERVICE ~ CASE NO. C 08-4312 JW
DOCS\533483v1

# DECLARATION OF SERVICE BY CM/ECF AND/OR MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. Declarant hereby certifies that on October 15, 2010, declarant served the following documents:

   (a) NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT

   (b) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT

   (c) NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TIME AND EXPENSE REIMBURSEMENT FOR PLAINTIFFS

   (d) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TIME AND EXPENSE REIMBURSEMENTS FOR PLAINTIFFS

   (e) COMPENDIUM OF DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TIME AND EXPENSE REIMBURSEMENT FOR PLAINTIFFS

   (f) DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF (1) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND (2) PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TIME AND EXPENSE REIMBURSEMENT FOR PLAINTIFFS

   (g) DECLARATION OF LAYN R. PHILLIPS IN SUPPORT OF UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES AND EXPENSES

1        (h)     DECLARATION OF KIMBERLY LYTIKAINEN

2        (i)     DECLARATION OF KATIE HORTON RE: NOTICE PROCEDURES

3        (j)     DECLARATION OF SERVICE

4 by electronically filing the foregoing document listed above by using the Case Management/

5 Electronic Case filing system.

6     3.    Declarant further certifies:

7 ☐ All participants in the case are registered CM/ECF users and that service will be

8 accomplished by the court's CM/ECF system

9 ☒ Participants in the case who are registered CM/ECF users will be served by the

10 court's CM/ECF system. Participants in the case that are not registered CM/ECF users will be

11 served by First-Class Mail, postage pre-paid or have dispatched to a third-party commercial

12 carrier for delivery to the non-CM/ECF participants as addressed.

13     4.    That there is a regular communication by mail between the place of mailing and

14 the places so addressed.

15     I declare under penalty of perjury that the foregoing is true and correct. Executed this

16 15th day of October, 2010, at Los Angeles, California.

17

18

19                                            CECILLE CHAFFINS

## SERVICE LIST

| | |
|---|---|
| Jeff S. Westerman<br>Nicole M. Duckett<br>MILBERG LLP<br>One California Plaza<br>300 South Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>213-617-1200<br>213-617-1975 (fax) | Attorneys for Plaintiff Todd Feinstein |
| Peter Safirstein<br>Jennifer S Czeisler<br>Roland Riggs<br>MILLBERG LLP<br>One Pennsylvania Avenue<br>New York, NY 10119<br>212-594-5300<br>212-868-1229 (fax) | |
| Michael J. Boni<br>BONI & ZACK LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>610-822-0201<br>610-822-0206 (fax) | |
| Stephen A. Weiss<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>212-584-0700<br>212-584-0799 (fax) | |
| Ralph M. Stone<br>Thomas G. Ciarlone, Jr.<br>SHALOV STONE BONNER & ROCCO LLP<br>260 Madison Avenue<br>17th Floor<br>New York, NY 10016<br>212-239-4340<br>212-239-4310 (fax) | Attorneys for Plaintiffs Brian Robinson, Lance Waidzunas, Brent West, Michael Mann, Tyler Burgert, Chi Lok Leung and and Jordan Cormier |
| Jonathan Shub<br>SEEGER WEISS LLP<br>1515 Market Street, Suite 1380<br>Philadelphia, PA 19102<br>215-564-2300<br>215-851-8029 (fax) | Attorneys for Plaintiffs Lance Waidzunas, Brent West, Michael Mann, Tyler Burgert, Chi Lok Leung and Brian Robinson |

| | | |
|---|---|---|
| 1 | Ronen Sarraf<br>Joseph Gentile<br>SARRAF GENTILE LLP<br>11 Hanover Square<br>New York, NY 10005<br>212-868-3610<br>212-918-7967 (fax) | Attorneys for Plaintiff Jordan Cormier |
| 2 | Ira P. Rothken<br>ROTHKEN LAW FIRM LLP<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949-8248<br>415-924-4250<br>415-924-2905 (fax) | |
| 3 | Paul O. Paradis<br>Michael A. Schwartz<br>Edward Y. Kroub<br>Gina M. Tufaro<br>HORWITZ HORWITZ & PARADIS<br>405 Lexington Avenue, 61st Floor<br>New York, NY  10174<br>212-986-4500<br>212-986-4501 (fax) | Attorneys for Plaintiff Steven Nakash, Nathan DeBockler and Brent West |
| 4 | Paul R. Kiesel<br>KIESEL BOUCHER & LARSON LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>310-854-4444<br>310-854-0812 (fax) | Attorneys for Plaintiffs Steven Nakash and Brent West |
| 5 | James V. Bashian<br>THE LAW OFFICES OF JAMES V. BASHIAN, P.C.<br>500 Fifth Avenue, Suite 2700<br>New York, NY 10110<br>(212) 921-4110<br>(212) 921-4249 (fax) | |
| 6 | Brant C. Martin<br>WICK PHILLIPS GOULD & MARTIN, LLP<br>2100 Ross Avenue, Suite 950<br>Dallas, TX 75201<br>214-692-6200<br>214-692-6255 (fax) | |
| 7 | Robert B. Weiser<br>THE WEISER LAW FIRM, P.C.<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA 19087<br>610-225-2677<br>610-225-2678 (fax) | |

| | |
|---|---|
| William J. Doyle, II<br>John A. Lowther, IV<br>DOYLE LOWTHER LLP<br>9466 Black Mountain Road, Suite 210<br>San Diego, CA 92126<br>619-573-1700<br>619-573-1701 (fax) | Attorneys for Plaintiff Inicom Networks, Inc. and John Russo |
| Nicholas Koluncich<br>LAW OFFICES OF NICHOLAS KOLUNCICH III, LLC<br>6501 Americas Parkway NE<br>1 Park Square, Suite 620<br>Albuquerque, NM 87110<br>505-881-2228<br>505-881-4288 (fax) | Attorneys for Plaintiff Inicom Networks, Inc. |
| Helen I. Zeldes<br>Alreen Haeggquist<br>ZELDES & HAEGGQUIST, LLP<br>625 Broadway, Suite 906<br>San Diego, CA 92101<br>619-434-0024<br>619-342-7878 (fax) | Attorneys for Plaintiff National Business Offices Association, Inc. |
| Edward M. Gergosian<br>Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>750 B Street, Suite 1250<br>San Diego CA 92101<br>619-237-9500<br>619-237-9555 (fax) | |
| Alan M. Mansfield<br>THE CONSUMER LAW GROUP<br>9466 Black Mountain Road, Suite 225<br>San Diego , CA 92126<br>619-308-5034<br>888-341-5048 (fax) | Attorneys for Plaintiff Louis Olivos |
| Joe R. Whatley , Jr.<br>Joseph Guglielmo<br>WHATLEY DRAKE & KALLAS LLC<br>1540 Broadway, 37th Floor<br>New York , NY 10036<br>212-447-7070<br>212-447-7077 (fax) | |
| James D. Baskin<br>THE BASKIN LAW FIRM<br>300 West 6th Street, Suite 1950<br>Austin, TX 78701<br>512-381-6300<br>512-322-9280 (fax) | Attorneys for Plaintiff Milosz Sielicki |

DECLARATION OF SERVICE ~ CASE NO. C 08-4312 JW         - 5 -
DOCS\533483v1

| | |
|---|---|
| 1   Robert P. Varian<br>    James Neil Kramer<br>2   Justin Myer Lichterman<br>    Joshua Daniel Watts<br>3   ORRICK HERRINGTON & SUTCLIFFE LLP<br>    405 Howard Street<br>4   San Francisco, CA 94105<br>    415-773-5700<br>5   415-773-5759 (fax) | Attorneys for Defendant NVIDIA Corporation |