

**BIOLOGICAL SPECIALTY CORPORATION**
2165 N. Line Street • Colmar, PA 18915
215-997-8771 • Fax: 215-997-8778
sales@biospecialty.com • www.biospecialty.com

October 12, 2010

Clerk of the Court
United States District Court for the
Northern District of California
San Jose Division, 280 South 1st Street
San Jose, CA 95113

Dear Sirs:

I am a class member of the NVIDIA GPU Litigation. I have a Dell Laptop Computer, Service Tag Number GY290G1, which has and still does experience the symptoms described in the litigation.

Having read the Stipulation and Agreement of Settlement and Release, along with Amendments 1 and 2, I wish to object that nowhere can I find anything saying that Dell Computer will provide <u>onsite</u> replacement of the defective graphic component.

It is not in the best interests of anyone to ship the laptop for repair because of possible damage and proprietary information on the hard drive.

Please ensure that onsite replacement is included in the final settlement.

*[signature]*
Jeffrey Widdoss
*President*

**BSC**  BIOLOGICAL SPECIALTY CORPORATION
2165 N. Line Street    •    Colmar, PA 18915



02 1P    $ 000.44⁰
0003975045   OCT 13 2010
MAILED FROM ZIP CODE 18915

CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION, 280 SOUTH 1ST STREET
SAN JOSE, CA 95113

95113$30$5 C060