October 14, 2010

Honorable Judge James Ware

U.S. District Court for the Northern District of California
280 South 1st St, San Jose Division
San Jose, CA 95113

RE: NVIDIA GPU Litigation (Case #08-CV-04312-JW)

Honorable Judge Ware,

I am writing to request that my two HP/Compaq laptop model numbers be added to the class action law suit referenced above. Both units have Nvidia chipset motherboards and suffer from "failure to detect the wireless device". HP recommended that I install a bios update that would spin the cooling fan faster. Both of these models failed just weeks after expiration of the warranty period. The models are as follows:

    1) Compaq Presario F700 (F730US)
       P/N: GR967UA#ABA

    2) HP Pavilion TX1000 (TX1499US)
       P/N: KC479UA#ABA

I thank you for your valuable time in regards to this matter.

Sincerely,

James E. Meehan
5821-A Isleta Blvd SW
Albuquerque, NM 87105
Phone: 505-877-2132
pdxjames@hotmail.com


CC:  NVIDIA GPU Litigation Settlement Administrator
      Novato, CA 94948-6177

      Clerk of the Court
      US District Court for the Northern District of California
      San Jose Division

      CLASS COUNSEL
      Jeff S. Westerman, Milberg LLP
      Los Angeles

      DEFENSE COUNSEL
      Robert P. Varian
      Orrick, Herrington & Sutcliffe LLP
      San Francisco