United States District Court for the
Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Jeff S. Westerman
Milberg LLP
One California Plaza
300 South Grand Avenue, Ste 3900
Los Angeles, CA 90071

Robert P Varian
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

October 16, 2010

RE:    The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

This letter is to inform all concerned parties to an objection I have to the proposed settlement of
the above NVIDIA GPU Litigation.

The objection is the list of included laptop computer models is incomplete. Specifically, it does
not include an HP Pavillion model owned by me and unusable due to the same NVIDIA GPU
chip issues as other listed models.

I purchased a HP Pavillion model DV2315nr on 6/1/2007 from Best Buy, Mt. Laurel, NJ. That
computer model is included in the proposed settlement and it developed the video problems
described in the litigation notice. Under the terms of a Best Buy Performance Service Plan
purchased with the computer, Best Buy exchanged the DV2315nr for a similar HP Pavillion
model DV2715nr (HP p/n KC453UA#ABA, serial no. 2CE8081HW4) on 3/15/2008.

The replacement computer has since developed both the video problem (nothing on laptop
screen) plus the additional issue of failing to detect the wireless adapter, as described in the
notice of proposed settlement.

The replacement computer model is not listed as included in proposed settlement in the
litigation document.

I request the list of included HP models be expanded to include the DV2715nr (it is also
identified on the HP label as a dv2500 series).

Thank you in advance for your consideration.
A response would be greatly appreciated.

Mark E Duncan
12 Lakefield Dr.
Marlton, NJ 08053
Email: meduncan2@verizon.net
Phone: 856.596.8070

Attachments: proof of original purchase; proof of exchange by Best Buy.

WELCOME TO BEST BUY #583
MT. LAUREL, NJ 08054
(856)608-1600

Keep your receipt!

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Val #: 0419-4513-9818-1323

0583 050 8341 03/15/08      15:24 0330008

EXCHANGE

ORIGINAL TRAN 0583 002 6459  06/15/07

RETURN ITEMS
8293483   RV324UA                    799.99-
   DV2315NR/TURIONTL-52/1024/160

SALE ITEMS
8654048   DV2715NR                   799.99
   DV2715NR/TURION64TL-58/2048/1
5426693   RZ CARD                      0.00
   REWARD ZONE CARD
   SERIAL # 2037848617
                                  ==========
                          TOTAL     0.00


MARK,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCES AS OF 03/09/08
POSTED POINTS: 212
GO TO WWW.MYREWARDZONE.COM FOR MORE INFO



   Be ready for the Analog to Digital TV
   Transition on Feb. 17, 2009. Learn more @
   www.BestBuy.com/DTV or www.DTV2009.gov.

        YOUR CUSTOMER SERVICE PIN IS:
           0583 050 8341 031508


------------------------------------------
      BEST BUY VALUES YOUR FEEDBACK!!
   TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
   WIN A $5,000 BEST BUY SHOPPING SPREE!!

      Visit http://www.bestbuycares.com
      Cuestionario en Espanol tambien

      & enter the following codes:

         Group A:   598638

         Group B:   5409

**Bank of America**

Prepared for: **MARK E DUNCAN**
**CATHY S DUNCAN**
5491 0002 0011 7740

**July 2007 Statement**
Credit Line: **$25,000.00**
Cash or Credit Available: **$23,900.14**

**Customer Service**
For Information on Your Account Visit:
www.bankofamerica.com
Mail Payments to:
BANK OF AMERICA
P.O. BOX 15719
WILMINGTON, DE 19886-5719
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026
Call toll-free 1-800-789-6685
TDD hearing-impaired 1-800-346-3178

## Account Information

| Summary of Transactions | | |
|---|---|---|
| Previous Balance | | $478.75 |
| Payments and Credits | - | $590.32 |
| Cash Advances | + | $0.00 |
| Purchases and Adjustments | + | $1,204.90 |
| Periodic Rate **Finance Charges** | + | $6.53 |
| Transaction Fee **Finance Charges** | + | $0.00 |
| New Balance Total | | $1,099.86 |

| Billing Cycle and Payment Information | |
|---|---|
| Days in Billing Cycle | 31 |
| Closing Date | 07/02/07 |
| Payment Due Date | 07/22/07 |
| Current Payment Due | $17.00 |
| Past Due Amount          + | $0.00 |
| **Total Minimum Payment Due** | **$17.00** |

## Transactions

| | Posting Date | Transaction Date | Reference Number | Account Number | Category | Amount |
|---|---|---|---|---|---|---|
| **Payments and Credits** | | | | | | |
| ADJUSTMENT TO BALANCE | 06/05 | 06/01 | 4606 | | | 50.22 CR |
| ADJUSTMENT TO BALANCE | 06/05 | 06/01 | 4609 | | | 24.95 CR |
| ADJUSTMENT TO BALANCE | 06/05 | 06/01 | 4611 | | | 13.71 CR |
| FOREIGN TRANSACTION FEE | 06/05 | 06/01 | 4607 | | | 1.50 CR |
| DISPUTE FINANCE CHARGE ADJ | 06/05 | 06/01 | 4605 | | | 0.70 CR |
| DISPUTE FINANCE CHARGE ADJ | 06/05 | 06/01 | 4608 | | | 0.35 CR |
| DISPUTE FINANCE CHARGE ADJ | 06/05 | 06/01 | 4610 | | | 0.19 CR |
| #GRC YOUTHFUL ESSENCE 800-394-8565 IA | 06/15 | | 3736 | 7740 | | 19.95 CR |
| 000006200029379 M0 12100035MARK E DUNC | 06/21 | | | | | 478.75 CR |
| | | | | | | |
| **Purchases and Adjustments** | | | | | | |
| #CTR FOR FMLY GUIDNC P MARLTON    NJ | 06/07 | 06/06 | 0124 | 7740 | C | 80.00 |
| ADJUST BALANCE | 06/09 | 06/09 | 5657 | | C | 24.95 |
| #BLIZZARD ENT WOW SUB BLIZZARD.COM CA | 06/11 | 06/09 | 7348 | 7740 | C | 14.99 |
| #BEST BUY MHT 0000583 MT LAUREL   NJ | 06/16 | 06/15 | 2720 | 7740 | C | 1,016.48 |
| #AMZ AMAZON PAYMENTS  AMZN.COM/BILLWA | 06/23 | 06/22 | 2440 | 7740 | C | 68.48 |

```
     FINANCIAL REWARDS POINTS
          11   EARNED THIS PERIOD
           0   REDEEMED THIS PERIOD
         429   TOTAL POINTS AVAILABLE
     CALL 1.800.598.5665 TO REDEEM OR VISIT
     WWW.BANKOFAMERICA.COM/FINANCIALREWARDS
```