October 18th, 2010

Clerk of the Court
United States District Court for the Northern District of California
San Jose Division, 280 S. 1st Street
San Jose, CA 95113

RE: The NVIDIA GPU Litigation, Case No. 08-cv-04312-JW

Clerk of the Court:

The purpose of this letter is objection to the proposed settlement in the NVIDIA GPU Litigation, Case No. 08-cv-04312-JW.

The reason for my objection is due to the fact that although my HP Pavilion laptop has incurred the same identified damage due to the faulty graphic processing unit by Nvidia, my specific model, the HP Pavilion dv2700t, is not included on HP's list of affected computers.

Enclosed is documentation of the order placed directly with HP, including dates, cost and specifications. Indicated is a ship date of April 22, 2008, and the 128MB NVIDIA GeForce 8400M GS graphic processor. The machine no longer displays anything on the screen (blank) and is therefore completely unusable. I was told by HP over the phone it would cost in excess of $400. to have the motherboard replaced.

Further information of affected computer:

Product Name: HP Pavilion dv2700t
Sn:           2CE8152BP7
Pn:           KQ654AV

In fairness, I believe the settlement should include this model as one of HP's affected computers and that compensation to me by HP is in order.

Thank you for your consideration in this matter.

Sincerely,

Patrick Yusko
964 NW Spruce Ridge Dr #D-4
Stuart, FL 34994
Ph: 561-909-3153

Enclosures (3)

cc: Jeff S. Westerman, Robert P. Varian

Page 1 of 5

Yahoo! Mail - patyusko@yahoo.com   Case5:08-cv-04312-JW   Document265   Filed10/21/10   Page2 of 6



Print - Close Window

**Date:** Tue, 15 Apr 2008 18:30:16

**From:** "HP Home & Home Office Store" <myhpsales@hp.com>

**Subject:** Order Accepted: H103233311

**To:** patyusko@yahoo.com

**CC:**

To make sure our e-mails are delivered to your inbox (not to bulk- or junk-mail folders), please add myhpsales@hp.com to your e-mail address book.



Hello **Patrick Yusko**,

Thank you for placing your order with the HP Home & Home Office Store.

Your customized **HP Pavilion dv2700t Entertainment CTO NB** is estimated to be built by Apr 24, 2008. The delivery date is determined by the shipping method you chose during checkout.

Your customized PC includes:

- **HP Pavilion dv2700t Entertainment CTO NB**
- Upgrade to Genuine Windows Vista Business with Service Pack 1 (32-bit)
- Intel(R) Core(TM) 2 Duo Processor T9300 (2.50 GHz, 6 MB L2 Cache, 800MHz FSB)
- 14.1" diagonal WXGA High-Definition HP BrightView Widescreen Display (1280 x 800)
- 4GB DDR2 System Memory (2 Dimm)
- 128MB NVIDIA GeForce 8400M GS
- HP Imprint Finish (Radiance) + Webcam + Microphone
- Intel(R) PRO/Wireless 4965AGN Network Connection and Bluetooth(TM)
- 50% OFF Upgrade to 250GB 5400RPM SATA Hard Drive!!
- LightScribe SuperMulti 8X DVD+/-RW with Double Layer Support
- No TV Tuner w/remote control
- High Capacity 6 Cell Lithium Ion Battery
- Microsoft(R) Works 9.0

| | | | |
|---|---|---|---|
| HP Pavilion dv2700t Entertainment CTO NB | KQ654AV | 1 | $1101.79 |

Summary of discounts for order H103233311:

FL Tax: $71.62
Shipping: Free
Grand total: $1173.41

Instant discounts you received:
$472.20  Coupon NB3098

You requested delivery to:

Patrick Yusko
964 NW Spruce Ridge Dr #D4
Stuart, FL 34994

We have billed the following account(s) :

VISA card number:  XXXX-XXXX-XXXX-3879   $1,173.41

Patrick Yusko
964 NW Spruce Ridge Dr #D4
Stuart, FL 34994

We will ship your order as soon as it's processed and send your tracking information via email.

You can check the status of your order online by going to order status. We will also send you a confirmation email when your order has been shipped.

To purchase any additional products, please visit the HP Home & Home Office Store.

To see our return and exchange policy, please click here.

We hope your visit has been enjoyable. Come back soon!

HP Home & Home Office Store

# Yahoo! Mail - patyusko@yahoo.com

Print - Close Window

**Date:** Tue, 22 Apr 2008 01:38:11

**From:** "HP Home & Home Office Store" <myhpsales@hp.com>

**Subject:** Order Shipped: H103233311

**To:** patyusko@yahoo.com

**CC:**

To make sure our e-mails are delivered to your inbox (not to bulk- or junk-mail folders), please add myhpsales@hp.com to your e-mail address book



### Hello **Patrick Yusko**,

Your order from the HP Home & Home Office Store is on its way! Your chosen shipping method is **standard 5-7 business days**. You can use the tracking numbers below to check your order status. Please retain packing lists for your records and mail-in rebates.

We have built your order number **H103233311** to the following specifications:

- **HP Pavilion dv2700t Entertainment CTO NB**
- Upgrade to Genuine Windows Vista Business with Service Pack 1 (32-bit)
- Intel(R) Core(TM) 2 Duo Processor T9300 (2.50 GHz, 6 MB L2 Cache, 800MHz FSB)
- 14.1" diagonal WXGA High-Definition HP BrightView Widescreen Display (1280 x 800)
- 4GB DDR2 System Memory (2 Dimm)
- 128MB NVIDIA GeForce 8400M GS
- HP Imprint Finish (Radiance) + Webcam + Microphone
- Intel(R) PRO/Wireless 4965AGN Network Connection and Bluetooth(TM)
- 50% OFF Upgrade to 250GB 5400RPM SATA Hard Drive!!

### Satisfaction survey

» **Tell us how we did!**
Please answer a quick four-question survey on this transaction

Yahoo! Mail - patyusko@yahoo.com    Case5:08-cv-04312-JW    Document265    Filed10/21/10    Page5 of 6

**YAHOO! MAIL**

Print - Close Window

**Date:** Tue, 22 Apr 2008 01:38:11

**From:** "HP Home & Home Office Store" <myhpsales@hp.com>

**Subject:** Order Shipped: H103233311

**To:** patyusko@yahoo.com

**CC:**

To make sure our e-mails are delivered to your inbox (not to bulk- or junk-mail folders), please add myhpsales@hp.com to your e-mail address book.



Hello **Patrick Yusko**,

Your order from the HP Home & Home Office Store is on its way! Your chosen shipping method is **standard 5-7 business days**. You can use the tracking numbers below to check your order status. Please retain packing lists for your records and mail-in rebates.

We have built your order number **H103233311** to the following specifications:

- **HP Pavilion dv2700t Entertainment CTO NB**
- Upgrade to Genuine Windows Vista Business with Service Pack 1 (32-bit)
- Intel(R) Core(TM) 2 Duo Processor T9300 (2.50 GHz, 6 MB L2 Cache, 800MHz FSB)
- 14.1" diagonal WXGA High-Definition HP BrightView Widescreen Display (1280 x 800)
- 4GB DDR2 System Memory (2 Dimm)
- 128MB NVIDIA GeForce 8400M GS
- HP Imprint Finish (Radiance) + Webcam + Microphone
- Intel(R) PRO/Wireless 4965AGN Network Connection and Bluetooth(TM)
- 50% OFF Upgrade to 250GB 5400RPM SATA Hard Drive!!

**Satisfaction survey**

» Tell us how we did!
Please answer a quick, four-question survey on this transaction

# CUSTOMER PACKING LIST

Page  1 of 1

**Ship To:**
Patrick Yusko
964 NW Spruce Ridge Dr #D4
STUART, FL 34994
561-346-3303

P.O.Number : CE02009107
Reference Order # : H103233311
Order Date : 04/15/2008
Carrier : FedEx
Ship Date : 04/22/2008

| Qty | Units | Item# | Item Description |
|---|---|---|---|
| In This Shipment | | | |
| 1 | EA | KQ654AV | HP Pavilion dv2700t Entertainment NB PC |

Tracking number: 923708843099
Serial Number: 2CE8152BP7

| Qty | Units | Item# | Item Description |
|---|---|---|---|
| 1 | EA | RM903AV | LightScribe Super Multi 8X DVD+/-RW w/DL |
| 1 | EA | ES716AV | No TV Tuner w/remote control |
| 1 | EA | RT066AV | High Capacity 8 Cell Lithium Ion Battery |
| 1 | EA | KL003AV#ABA | Microsoft(R) Works 9.0 |
| 1 | EA | DC305AV | HP Home & Home Office Store Insert |
| 1 | EA | KQ659AV#ABA | Upgrade to GenuineWindowsVista Business |
| 1 | EA | GV703AV | Intel(R)Core(TM)2Duo proc. T9300(2.5GHz) |
| 1 | EA | RM889AV | 14.1"WXGA BrightViewWidescreen(1280x800) |
| 1 | EA | RM893AV | 4GB DDR2 System Memory (2 Dimm) |
| 1 | EA | GP364AV | 128MB NVIDIA GeForce 8400M GS |
| 1 | EA | RM852AV | HPImprintFinishRadiance+MicrophoneWebcam |
| 1 | EA | RM880AV | Intel(R) PRO/Wireless4965AGN w/Bluetooth |
| 1 | EA | GM714AV | 250GB 5400RPM SATA Hard Drive |

**Please retain for your records and mail-in rebates**

Total cartons: 1

www.fedex.com
1.800.Go.Fedex

Return to:
HP Home and Home Office Store

If you ordered peripheral items, they may arrive separately.