ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     +1-415-773-5700
Facsimile:      +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 08-04312 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPPLEMENTAL NOTICE OF SETTLEMENT** |

1    By order dated September 15, 2010, this Court granted preliminary approval of the Stipulation and Agreement of Settlement and Release (the "Preliminary Approval Order"), and approved the Notice, the form and content of the related documents, and the Notice Plan, as defined in the Preliminary Approval Order.

The Preliminary Approval Order directed the Settlement Administrator to commence the Notice Plan, including causing direct notice to be sent to members of the Settlement Class, on or before September 30, 2010. The Settlement Administrator completed direct notice to approximately 5.1 million potential class members on September 30, 2010, initiated a media and publication campaign, and established a settlement website, as contemplated by the Stipulation and Agreement of Settlement and Release and Preliminary Approval Order.

The parties recently discovered that, due to a technical problem, direct notice inadvertently was not provided to potential class members owning Dell Vostro 1700 computer systems manufactured by Dell, Inc. After further investigation, the parties have determined that there are approximately 86,000 additional addresses to whom direct notice could be sent, before any de-duplication of records.

The parties therefore agree that it is appropriate to provide supplemental notice to the potential class members owning Dell Vostro 1700 computer systems, and to adjust the deadlines for objections and exclusion from the class for those potential class members only in order to ensure that they enjoy the same 36-day time period to lodge objections and requests for exclusions as those class members who have already received notice. *See, e.g.*, *Dupler v. Costco Wholesale Corp.*, 705 F. Supp. 2d 231, 248-49 (E.D.N.Y. 2010) (permitting supplemental notice only to subset of class who inadvertently did not receive direct notice, and where objection and request for exclusion deadlines were extended).

The parties agree that the supplemental notice shall be completed on or before November 1, 2010. Such supplemental notice is appropriate, and would not cause any prejudice to any party or potential class member or affect the current December 20, 2010 Final Approval hearing date, which shall remain in effect.

In addition, the parties have agreed to amend the Stipulation and Agreement of Settlement

and Release to remove the requirement that the Hewlett-Packard tx1xxx series computers included with the definition of Class Computers must contain a certain product identification number in order to be included as Class Computers. The parties therefore agree to provide supplemental direct notice to owners of the Hewlett-Packard tx1xxx series computers who previously received direct notice and who otherwise satisfy the requirements of the Stipulation and Agreement of Settlement and Release are eligible to participate in the settlement upon the filing of a valid Claim Form approved by the Settlement Administrator.

Except as provided herein, the Stipulation and Agreement of Settlement and Release and Preliminary Approval Order shall remain in full force and effect according to their terms.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and NVIDIA Corporation, through their counsel of record and Interim Lead Class Counsel for Plaintiffs, that:

1.      The Settlement Administrator shall provide supplemental notice in substantially the form attached hereto as Exhibits A, B, and C only to owners of Dell Vostro 1700 computer systems and Hewlett-Packard tx1xxx series computer systems respectively, on or before November 1, 2010, at no expense to those potential class members;

2.      The November 5, 2010, deadline for objections and requests for exclusions contained in paragraphs 11 and 12 of the Preliminary Approval Order shall be adjusted to December 7, 2010, but only for owners of Dell Vostro 1700 computer systems and Hewlett-Packard tx1xxx series computer systems.

3.      Except as provided herein, all other deadlines, hearing dates, terms of the Stipulation and Agreement of Settlement and Release, and provisions of the Preliminary Approval Order shall remain unchanged and in full force and effect.

| | | |
|---|---|---|
| 1 | Dated: October 22, 2010 | ROBERT P. VARIAN |
| 2 | | JAMES N. KRAMER |
| | | JUSTIN M. LICHTERMAN |
| 3 | | Orrick, Herrington & Sutcliffe LLP |

/s/ Justin M. Lichterman<br>
JUSTIN M. LICHTERMAN<br>
Attorneys for Defendant<br>
NVIDIA CORPORATION

Dated: October 22, 2010     JEFF S. WESTERMAN
                            NICOLE M. DUCKETT
                            Milberg LLP

/s/ Jeff S. Westerman<br>
JEFF S. WESTERMAN<br>
Interim Lead Class Counsel for<br>
Plaintiffs and All Others Similarly Situated

The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) which shall serve in lieu of their signature(s) on the document.

IT IS SO ORDERED:

DATE: October 22, 2010                    _____
                                          UNITED STATES DISTRICT JUDGE

OHS West:261015798.1                - 3 -                STIPULATION RE SUPPLEMENTAL NOTICE OF
                                                         SETTLEMENT   C 08-04312 JW

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 22, 2010.

*/s/ Justin M. Lichterman*

Justin M. Lichterman