RECEIVED
OCT 2 5 2010
RICHARD W. W...ING
CLERK, U.S. DIST... ...URT
NORTHERN DISTRICT ...IFORNIA
SAN J...

October 20, 2010

Kari Schoening Diehl
2425 Franklin Street
Bellingham, WA 98225
360.738.7640

Clerk of the Court
United States District Court for the
Northern District of California
San Jose Division, 280 South 1st Street
San Jose, CA 95113

To whom it may concern:

I wish to object to the proposed settlement in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW on the grounds that my HP Pavilion Notebook model, purchased between May 2006 – November 30, 2008, should be included in this settlement but is not.

I have an HP Pavilion Notebook, model #dv9000, product number RP116UA#ABA, that contains the NVIDIA GeForce graphics chip. The screen is now completely nonfunctional.

This same product number: RP116UA, **is** included in the settlement list for the HP Pavilion Notebook model #dv92xx. Given that the model numbers are so close and the product number is identical (with my model experiencing the same video issue caused by the NVIDIA chip), I believe that my unit should also be included in this settlement.

Thank you.

Sincerely,

*[signature]*

Kari S. Diehl

cc: Jeff S. Westerman, Milberg LLP
    Robert P. Varian, Orrick, Herrington & Sutcliffe LLP

Diell
2425 Franklin St.
Bellingham, WA 98225

EVERETT WA

Clerk of the Court
United States District Court for the Northern
District of California
San Jose Division, 280 South 1st Street
San Jose, CA 95113

9511313002