October 27, 2010

To:
Clerk of the Court
United States District Court for the Northern District of California
San Jose Division,
280 South 1st Street
San Jose, CA 95113

FILED
NOV 02 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To Whom It May Concern:

I own an HP Pavilion dv9420 notebook computer with the following product identification number: GA354UA. I am writing to object to the proposed settlement in *The NVIDIA GPU Litigation*, Case No. 08-cv-04312-JW. Specifically, I object to the provision for the replacement of my HP notebook computer with one similar in kind and value. I have already replaced my nonfunctional HP notebook computer. The settlement should provide for the <u>option to receive the money I paid for the above notebook computer back</u>.

Sincerely,

Dr. Konstantinos Kontomaris
63 Quail Hollow Drive
Hockessin, DE 19707
302 999 2051