ROBERT P. VARIAN (SBN 107459)
Email: rvarian@orrick.com
JUSTIN M. LICHTERMAN (SBN 225734)
Email: jlichterman@orrick.com
JENNIFER NEJAD (SBN 267109)
Email: jnejad@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU LITIGATION | Case No. C 08-04312 JW<br><br>**DECLARATION OF JUSTIN M. LICHTERMAN IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT**<br><br>Date: December 20, 2010<br>Time: 9:00 a.m<br>Courtroom: 8, 4th Floor<br>Judge: Honorable James Ware |

I, Justin Myer Lichterman, hereby declare as follows:

1. I am an attorney with the law firm Orrick, Herrington & Sutcliffe LLP, counsel of record for NVIDIA Corporation ("NVIDIA") in the above-captioned action. I submit this declaration in support of the Motion for Final Approval of the Settlement. I have personal knowledge of the matters set forth herein, and, if called upon, I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of Apple Inc.'s Repair Extension Program, which states in part: "Apple is issuing refunds to customers who may have paid for repairs related to this issue. Please contact Apple for details on the refund process." The Repair Extension Program was previously authenticated in the Declaration of Charlotte Wheelock, which was filed in support of NVIDIA's Opposition to Plaintiff's Motion for Class Certification in the above-captioned matter at Docket No. 190 on May 4, 2010. The Court should take judicial notice of this document pursuant to Federal Rule of Evidence 201(d) and *In re Copper Mountain Secs. Litig.*, 311 F. Supp. 2d 857, 864 (N.D. Cal. 2004) (court may take judicial notice of its own files).

3. Attached as **Exhibit B** is a true and correct copy of the Second Amended Complaint in *Nygren v. Hewlett-Packard Co.*, No. 07-05793 (JW) (N.D. Cal.) (Ware, J.), which is also available online at Docket No. 63 in that case. The Court should take judicial notice of this document pursuant to Federal Rule of Evidence 201(d). *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n. 6 (9th Cir. 2006) (taking judicial notice of briefs filed in another court); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (court may take judicial notice of the existence and content of court files in another court);.

4. Attached as **Exhibit C** is a true and correct copy of the Order Granting Defendant's Motion for Summary Judgment; Denying as Moot Plaintiffs' Motion for Class Certification and Defendant's Motions to Strike in *Nygren v. Hewlett-Packard Co.*, No. 07-05793 (JW) (N.D. Cal.) (Ware, J.). The Order is also available online at Docket No. 260 in the *Nygren* case. The Court should take judicial notice of this document pursuant to Federal Rule of Evidence 201(d).

OHS West:261050018.3 - 1 - DECLARATION OF JUSTIN M. LICHTERMAN
C 08-04312 JW

1         5.       Attached as **Exhibit D** is a true and correct copy of the Declaration of Richard

2  Hunt Hodge, which was previously filed in support of Hewlett-Packard Company's ("HP")

3  Opposition to plaintiffs' Motion for Class Certification in *Nygren v. Hewlett-Packard Co.*, No.

4  07-05793 (JW) (N.D. Cal.) (Ware, J.).  The Hodge declaration is also available online at Docket

5  No. 239 in the *Nygren* case.  The Court should take judicial notice of this document pursuant to

6  Federal Rule of Evidence 201(d).

7         6.       Attached as **Exhibit E** is a true and correct copy of the Complaint in *Perron v.*

8  *Hewlett-Packard Co.*, No. 10-00695 (LHK) (N.D. Cal.), which is also available online at Docket

9  No. 1 in the *Perron* case.  The Court should take judicial notice of this document pursuant to

10  Federal Rule of Evidence 201(d).

11         7.       Attached as **Exhibit F** is a true and correct copy of the Stipulation and Order to

12  Stay Litigation in *Perron v. Hewlett-Packard Co.*, No. 10-00695 (LHK) (N.D. Cal.), which is also

13  available online at Docket No. 41 in the *Perron* case.  The Court should take judicial notice of

14  this document pursuant to Federal Rule of Evidence 201(d).

15         8.       Attached as **Exhibit G** is a true and correct copy of NVIDIA's Form 8-K for the

16  period ending July 2, 2008 and filed with the SEC on July 2, 2008.  The Court should take

17  judicial notice of this document pursuant to Federal Rule of Evidence 201(d), and *In re Vantive*

18  *Corp. Sec. Litig.*, 110 F. Supp. 2d 1209, 1213 n.8 (N.D. Cal. 2000), *aff'd*, 283 F.3d 1079 (9th Cir.

19  2002) (finding SEC documents properly subject to judicial review where their authenticity is not

20  disputes and their accuracy cannot reasonably be questioned).

21         9.       On December 6, 2010, I visited the NVIDIA settlement website located at

22  www.NVIDIASettlement.com and clicked on the "Check Models" tab on the left-hand side of the

23  screen.  On the next screen, I checked the box marked "HP" and then clicked "Continue."  On the

24  following screen, I selected the "HP Pavilion dv21xx" model from the drop down menu of

25  Platform or Model, and clicked "Next Step."  Next, I selected the option for "If the screen on your

26  HP-Compaq notebook computer **is NOT** working after you plug in your computer and turn it on,

27  please choose this option." and again clicked "Next Step."  There, I found and printed a webpage

28  titled "Check Your Model."  A true and correct copy is attached hereto as **Exhibit H**.  I then

OHS West:261050018.3        - 2 -       DECLARATION OF ROBERT P. VARIAN
C 08-04312 JW

1  clicked on the icon that read "How do I find my Product Identification Number?" and a new
2  screen popped up that displayed a picture of where I could find my Product Identification Number
3  on my HP computer tag.  A true and correct copy of a snapshot of the pop-up screen is attached
4  hereto as **Exhibit H**.

5      10.    On December 6, 2010, I visited the NVIDIA settlement website located at
6  www.NVIDIASettlement.com and clicked "Check Models" on the left-hand side of the screen.  I
7  then selected "Dell," and then "Latitude D630" as my Model Number.  Next, I selected the option
8  for "If the screen on your Dell notebook computer **is NOT** working after you plug in your
9  computer and turn it on, please choose this option."  There, I found and printed a webpage titled
10 "Check Your Model."  A true and correct copy is attached hereto as **Exhibit I**.  I then clicked on
11 the icon that read "Where do I find my service tag number?" which directed me to a pop-up
12 screen.  A true and correct copy of a snapshot of the pop-up screen is attached hereto as **Exhibit**
13 **I**.

14      11.    On December 6, 2010, I visited the NVIDIA settlement website located at
15 www.NVIDIASettlement.com and clicked "Check Models" on the left-hand side of the screen.  I
16 then selected "Apple," and then "MacBook Pro (17-inch)" as my Model Number.  Next, I
17 selected the option for "If the screen on your Apple notebook computer **is NOT** working after
18 you plug in your computer and turn it on, please choose this option."  There, I found and printed a
19 webpage titled "Check Your Model."  A true and correct copy is attached hereto as **Exhibit J**.  I
20 then clicked on the icon that read "Where do I find my Serial Number?" which directed me to a
21 pop-up screen.  A true and correct copy of a snapshot of the pop-up screen is attached hereto as
22 **Exhibit J**.

23      12.    I have been actively involved in NVIDIA's efforts to research, select and obtain
24 replacement computers for Class Members who own a Hewlett-Packard ("HP") computer system
25 and whose claims are approved by the administrator.  In light of the passage of time and
26 technological advances, the new systems are expected to have similar or better performance than
27 the Class Computers, albeit at a lower cost.  HP has helped NVIDIA to identify suitable
28

1  replacement systems and is likely to help supply NVIDIA with many replacement computers at
2  NVIDIA's cost.

3     13. I was involved in obtaining manufacturing and shipping data for the chips that
4  were incorporated into Class Computers.  The data were obtained from NVIDIA, its Original
5  Equipment Manufacturers, and their Original Device Manufacturers, and provided to Interim
6  Lead Counsel during settlement discussions.  After hard-bargaining by Plaintiffs, NVIDIA agreed
7  that the Settlement would cover Class Computers sold from the date that NVIDIA first started
8  shipping chips that were incorporated into those computer models until several months after
9  NVIDIA stopped shipping those chips, to ensure that the date range included a sufficient
10 "cushion" period, and would capture computers that had chips with the material set at issue in the
11 litigation.  The date ranges specified in the settlement agreement are over-inclusive.

12     14. I was involved in discussions and negotiations with the OEMs regarding
13 implementing the settlement.  After the class certification hearing held in this case, I learned for
14 the first time from the OEMs that they often sold different versions of the same computer models,
15 some of which contained NVIDIA chips and some of which did not.  I also learned that those
16 different versions were sold under the same name over the same time frame.

17     I declare under penalty of perjury that the foregoing is true and correct to the best of my
18 knowledge.  Executed this 6th day of December, 2010, in San Francisco, California.

*/s/ Justin M. Lichterman*
JUSTIN M. LICHTERMAN
Attorneys for Defendant
NVIDIA CORPORATION