UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 08-04312 JW<br><br>**DECLARATION OF KATIE HORTON RE: DENIED CLAIMS**<br><br>Judge: Hon. James Ware |

I, **Katie Horton,** declare:

1. I am a Case Manager at Rosenthal & Company LLC ("Rosenthal"), a division of Kurtzman Carson Consultants LLC, located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. All facts and statements contained herein are made to the best of my knowledge and belief as of the date hereof. This declaration supplements the declarations that I executed on October 15, 2010 and December 6, 2010.

2. The purpose of this declaration is to provide the Parties and the Court with a summary of claims denied through the date of this declaration.

3. Between January 10, 2011 and February 10, 2011, 21,272 claims have been filed. Of the

1  claims filed, a total of three claims have been denied to date. A summary of the denied claims organized
2  by manufacturer and the reasons for denial is attached hereto as Exhibit A. The claims period is still
3  open, and Rosenthal's administration of the filed claims is ongoing.
4
5  I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and
6  correct to the best of my knowledge and that this declaration was executed this 11th day of February
7  2011 at Novato, California.

*Katie Horton*
Katie Horton

# Exhibit A

**Rosenthal & Company, LLC**
*Nvidia GPU Litigation*
Claim Denials
2/11/2011

**Count of Denied Claims:** 3

| Count | Manufacturer | Documentation Contradicts Claim Form Information |
|---|---|---|
| 3 | HP-Compaq | Y |