ROBERT P. VARIAN (SBN 107459)
Email: rvarian@orrick.com
JAMES N. KRAMER (SBN 154709)
Email: jkramer@orrick.com
JUSTIN M. LICHTERMAN (SBN 22573
Email: jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No.  C 08-04312 JW<br><br>NVIDIA CORPORATION'S RESPONSE TO "EMERGENCY MOTION TO SHORTEN TIME" (DOCKET NO. 343)<br><br>Judge:  Hon. James Ware |

1    NVIDIA Corporation ("NVIDIA") files this response to the "Emergency Motion to
2    Shorten Time" filed on February 23, 2011 by Theodore H. Frank on behalf of five class members
3    covered by the settlement approved by the Court in the judgment entered in this (now closed)
4    action on December 20 of last year.

5    NVIDIA and Court-appointed Lead Counsel for the Class devoted substantial attention to
6    the matters raised in Mr. Frank's motion (which concern assertions of dissatisfaction by a tiny
7    minority of class members with the settlement consideration), which have been fully addressed.
8    Mr. Frank was not authorized to represent to the Court that NVIDIA does not oppose his motion,
9    and NVIDIA does not believe that there is any issue that warrants the Court's attention at this
10   time.  Moreover, there is a substantial question whether the Court has jurisdiction to address this
11   issue because several Class Members filed notices of appeal from this Court's December 20, 2010
12   Order approving the settlement (Docket Nos. 326, 327 and 328). [1]  Nevertheless, NVIDIA is
13   happy to provide any information that the Court might desire on a schedule convenient to the
14   Court, including on shortened time.

Date:  February 24, 2011            Respectfully submitted:

ORRICK HERRINGTON & SUTCLIFFE LLP


/s/  Robert P. Varian
                By:  Robert P. Varian
                Counsel for NVIDIA Corporation

---

[1] *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("the filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal"); *Universal Trading and Inv. Co. v. Kiritchenko*, 2008 WL 114929, at *3-4 (N.D. Cal. Jan. 10, 2008) (district court lacked jurisdiction over administrative motions where relief sought related to aspects of the case involved in the appeal).

OHS West:261097670.1          - 1 -          RESPONSE TO MOTION TO SHORTEN TIME
                                             C 08-04312 JW