MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
NICOLE M. DUCKETT (SBN 198168)
nduckett@milberg.com
One California Plaza
300 S. Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

MILBERG LLP
PETER SAFIRSTEIN
psafirstein@milberg.com
JENNIFER S. CZEISLER
jczeisler@milberg.com
ROLAND RIGGS
rriggs@milberg.com
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Counsel for Plaintiff Todd Feinstein and Interim Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NVIDIA GPU LITIGATION | Case No. C 08-04312 JW |
| This Document Relates To:<br>    ALL ACTIONS. | CLASS ACTION<br><br>SUPPLEMENTAL DECLARATION OF SARA LARATRO IN SUPPORT OF PLAINITFFS' REQUEST TO APPROVE SETTLEMENT CONSIDERATION<br><br>DATE:    MARCH 28, 2011<br>TIME:    9:00 a.m.<br>CTRM:   8, 4th Floor<br>JUDGE:  Hon. James Ware |

DECLARATION OF SARA LARATRO IN SUPPORT OF PLAINTIFFS' REQUEST TO APPROVE SETTLEMENT CONSIDERATION
Case No. C 08-04312 JW

I, Sara Laratro, under penalty of perjury, hereby declare that the following is true and correct to the best of my knowledge and belief:

1. I am over the age of 18 and am fully familiar with the facts and circumstances set forth herein and could competently testify thereto if called upon to do so.

2. I am employed by Milberg LLP as a Shareholder Services Representative. In that capacity, I answer phones and emails from class members, amongst other things.

3. I have personal knowledge of the facts contained herein, and would competently testify to them if called upon to do so.

4. I previously submitted a declaration to this Court listing the complaints or near complaints that Milberg received regarding the proposed replacement computers as of March 3. I submit this declaration to provide further information to the Court on this topic. I submit this declaration to provide the Court with information regarding the communications Milberg has received since my previous declaration.

5. From March 4 to the present, Milberg received 31 complaints regarding the replacement models. Of these 31 complaints:

a. Approximately 22 were about the CQ56-115DX ("CQ56") as a replacement for the various HP Laptops;

b. Approximately 9 were about the Asus EEE T101MT-EU37-BK ("Asus") as a replacement for the Tablet Notebooks.

6. In addition to the 31 communications I would characterize as complaints, or near complaints, since March 3, Milberg has also received 67 communications from Class Members on other topics, such as inquiries regarding whether a Class Member may remove his or her hard drive before submitting a computer for repair or replacement, or questions regarding the timing of the claims process, or seeking information about the status of their claims. Milberg also received another 11 communications from individuals who are not Class Members, but who would like to be part of the Class.

| SUPPLEMENTAL DECLARATION OF SARA LARATRO IN SUPPORT OF PLAINTIFFS' REQUEST TO APPROVE SETTLEMENT CONSIDERATION<br>Case No. C 08-04312 JW | 1 |
|---|---|

7. Thus, in total, since March 3, 2011 Milberg has received 78 communications regarding the settlement that were not complaints about replacement models, and 31 that were.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 24, 2011 at New York, New York.

*Sara Laratro*

Sara Laratro

SUPPLEMENTAL DECLARATION OF SARA LARATRO IN SUPPORT OF PLAINTIFFS' REQUEST TO APPROVE SETTLEMENT CONSIDERATION

Case No. C 08-04312 JW

2