UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The NVIDIA GPU Litigation<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C 08-04312 JW<br><br>**DECLARATION OF KATIE HORTON RE: DENIED CLAIMS**<br><br>Judge: Hon. James Ware |

I, **Katie Horton,** declare:

1. I am a Case Manager at Rosenthal & Company LLC ("Rosenthal"), a division of Kurtzman Carson Consultants LLC, located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. All facts and statements contained herein are made to the best of my knowledge and belief as of the date hereof. This declaration supplements the declarations that I executed on October 15, 2010, December 6, 2010 and February 11, 2011.

2. Per the Court's Preliminary Approval Order, the purpose of this declaration is to address the concern expressed in the paragraph (4) of the Court's September 2, 2010 Order Re: Preliminary

1  Approval of Class Settlement by providing the Parties and the Court with a summary of claims denied
2  through the date of this declaration.
3        3.      Between January 10, 2011 and March 29, 2011, a total of 36,487 claims have been filed.
4  Of these claims, 28,779 have been approved and 124 have been denied. Of the 124 claimants with
5  denied claims, one claimant was able to provide proof of purchase documentation to support the
6  purchase date of the claimed computer. This brings the next number of denied claims to 123. A
7  summary of the 123 denied claims organized by manufacturer and the reasons for denial is attached
8  hereto as Exhibit A. Rosenthal's administration of the filed claims is ongoing.
9
10 I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and
11 correct to the best of my knowledge and that this declaration was executed this 29th day of March 2011
12 at Novato, California.

*[signature: Katie Horton]*

Katie Horton

Supplemental Declaration of Katie Horton Re: Denied Claims

**EXHIBIT A**

**Rosenthal & Company, LLC**
*Nvidia GPU Litigation*
Claim Denials
3/29/2011

**Count of Denied Claims:** 123

| Count | Manufacturer | Documentation Contradicts Claim Form Information | No Computer Information Claimed |
|---|---|---|---|
| 22 | Dell | Y | N |
| 79 | HP-Compaq | Y | N |
| 22 | HP-Compaq | N | Y |