UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: THE NVIDIA GPU LITIGATION, | No. 11-15186 |
| STEVEN NAKASH; et al., | D.C. No. 5:08-cv-04312-JW |
| Plaintiffs - Appellees, | U.S. District Court for Northern California, San Jose |
| v. | **MANDATE** |
| NVIDIA CORPORATION, | |
| Defendant - Appellee, | |
| v. | |
| FRANK BARBARA, | |
| Objector - Appellant. | |

| | |
|---|---|
| In re: THE NVIDIA GPU LITIGATION, | No. 11-15190 |
| STEVEN NAKASH; et al., | D.C. No. 5:08-cv-04312-JW |
| Plaintiffs - Appellees, | U.S. District Court for Northern California, San Jose |
| v. | |
| STEVEN F. HELFAND, | |
| Objector - Appellant. | |

v.

NVIDIA CORPORATION; HEWLETT-PACKARD COMPANY,

    Defendants - Appellees,

v.

APPLE INC.,

    Third-party-defendant - Appellee.

| | |
|---|---|
| In re: THE NVIDIA GPU LITIGATION, | No. 11-15191 |
| STEVEN NAKASH; et al., <br><br>     Plaintiffs - Appellees, <br><br> v. <br><br> CHASE A. THOMPSON, <br><br>     Objector - Appellant, <br><br> v. <br><br> NVIDIA CORPORATION; HEWLETT-PACKARD COMPANY, <br><br>     Defendants - Appellees, <br><br> v. <br><br> APPLE INC., | D.C. No. 5:08-cv-04312-JW <br> U.S. District Court for Northern California, San Jose |

| | |
|---|---|
| Third-party-defendant - Appellee. | |

| | |
|---|---|
| In re: THE NVIDIA GPU LITIGATION, | No. 11-15192 |
| STEVEN NAKASH; et al., | D.C. No. 5:08-cv-04312-JW<br>U.S. District Court for Northern California, San Jose |
| Plaintiffs - Appellees, | |
| v. | |
| NIKKI JOHNSON, | |
| Objector - Appellant, | |
| v. | |
| NVIDIA CORPORATION; HEWLETT-PACKARD COMPANY, | |
| Defendants - Appellees, | |
| v. | |
| APPLE INC., | |
| Third-party-defendant - Appellee. | |

The judgment of this Court, entered September 04, 2013, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk